# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Alena W. Hammer

                        Plaintiff,

v.                                      Case No.: 1:13–cv–06397

                                      Honorable Thomas M. Durkin

Residential Credit Solutions, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 15, 2014:

        MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion to stay/dismiss [15] is denied as moot. Plaintiff's motion to supplement response [22] is granted. Motion hearing held on 1/15/2014. Defendant's amended motion to dismiss is to be filed by 1/22/14. Plaintiff's response is due 2/19/14. Defendant's reply is due 3/5/14. Status hearing set for 3/27/2014 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.