IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALENA W. HAMMER, | |
| Plaintiffs, | Case No. 1:13-cv-6397 |
| v. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | |
| Defendant. | |

**MOTION OF CODILIS & ASSOCIATES, P.C.
FOR ENTRY OF A PROTECTIVE ORDER**

NOW COMES Codilis & Associates, P.C., and pursuant to Federal Rule of Civil Procedure 26 (c) moves this Honorable Court for the entry of a protective order relative to a notice of deposition that was served upon it by Plaintiff, and in support thereof states as follows:

1. Plaintiff has served Codilis & Associates, P.C., with a notice seeking to take the deposition of one of its representatives on January 8, 2015.

2. As set forth more fully in Codilis & Associates, P.C.'s Memorandum of Law in support of its motion, the notice of deposition improperly seeks the deposition of Codilis & Associates, P.C., which is Defendant's former legal counsel, and it contains a rider with a list of topics that are unreasonably broad in scope, and that potentially, and in some instances specifically, include topics that are that potentially invade fundamental aspects of attorney-client and work product privileges.

3. Codilis & Associates, P.C. has conferred telephonically with Plaintiff's

counsel in a good faith attempt to limit the scope of the deposition questions without the necessity of the court's intervention, but Codilis & Associates, P.C. has been unable to resolve the dispute.

WHEREFORE, Codilis & Associates, P.C. respectfully requests that the Court enter a protective order disallowing the deposition of Codilis & Associates, P.C., or, in the alternative, limiting the scope of the deposition and directing Plaintiff to issue an amended notice that contains a rider that is more specific and narrow in scope and that excludes topic of discussion that relate to any items that are subject to privilege, and that it stay Codilis & Associates, P.C.'s obligation to participate in the deposition until such amended notice is issued.

                              Respectfully submitted,

By:    /s/ Michael R. Kemock

ARDC #6286572
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
630-794-5300
Michael.kemock@il.cslegal.com

14-23804