IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALENA W. HAMMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-6397 |
| | ) | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) | Judge Thomas M. Durkin |
| | ) | |
| Defendant. | ) | |

## DEFENDANT RESIDENTIAL CREDIT SOLUTION, INC.'S MOTIONS IN LIMINE

| No. | Motion |
|---|---|
| 1. | Bar Statement Asking Jury to Send a Message |
| 2. | Bar Evidence Regarding Claim For Lost Wages and Lost Time |
| 3. | Bar Lay Medical Testimony |
| 4. | Bar Evidence Regarding Discovery Disputes |
| 5. | Bar Evidence Regarding Lawsuit (etc) Against Defendant |
| 6. | Bar Evidence Regarding Non-Economic Damages |
| 7. | Bar Evidence Regarding Punitive Damages |
| 8. | Bar Testimony Regarding Damage to Credit |
| 9. | Bar Testimony Regarding Why Plaintiff Defaulted on Note |
| 10. | Bar Testimony Regarding Letters Sent by Kozar, Sulaiman, and Plaintiff |
| 11. | Bar Testimony Regarding Litigation Privilege |
| 12. | Bar Testimony Regarding Defendant's Net Worth |

## **CERTIFICATE OF SERVICE**

      I, an attorney, hereby certify that on <u>March 26, 2015</u>, I electronically filed Defendant's <u>Motions In Limine</u> with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ John P. Ryan                        </u>
John P. Ryan

131029284v1 0951421