# MOTION IN LIMINE NO. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALENA W. HAMMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 13 C 6397 |
| | ) | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) | Judge Durkin |
| | ) | |
| Defendant. | ) | |

### MOTION IN LIMINE NO. 1
### TO BAR PLAINTIFF FROM OFFERING ANY STATEMENT BY COUNSEL TO REQUEST THAT THE JURY SEND A MESSAGE

Defendant, Residential Credit Solutions ("RCS"), by and through its attorneys, David M. Schultz, James M. Lydon, John P. Ryan, Palak N. Shah, and Linnea Schramm respectfully moves in limine for this Court to enter an order granting this motion to prohibit comment, argument, or statement by any witness or counsel during opening or closing statement, *Vior Dire*, or otherwise during trial, that the jury send a message. In support of its motion, RCS states as follows:

Statements asking the jury to "send a message" are inherently inappropriate, as they invite a jury to provide a verdict outside the law due to emotion, as opposed to rendering a verdict based upon the evidence on whether Plaintiff has proven her claim. *See U.S. v. Badger*, 983 F.2d 1443, 145 (7th Cir. 1993); *McGown v. Arnold*, 2014 WL 5502612, *2 (N.D.Ind. Oct. 30, 2014).

### CONCLUSION

WHEREFORE, defendant, Residential Credit Solutions, Inc., respectfully requests this Court to enter an order granting this motion to prohibit comment, argument, or statement by any witness or counsel during opening or closing statement, *Vior Dire*, or otherwise during trial, that

131001036v4 0951421

the jury send a message and for any other relief to the Defendant that this Court deems equitable and just.

Respectfully submitted,

Residential Credit Solutions, Inc.

By: /s/ John P. Ryan
 One of its Attorneys
 John P. Ryan
 HINSHAW & CULBERTSON LLP
 222 N. LaSalle Street, Ste 300
 Chicago, IL 60601
 (312) 704-3000

2

131001036v4 0951421