# MOTION IN LIMINE NO. 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALENA W. HAMMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 13 C 6397 |
| | ) | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) | Judge Durkin |
| | ) | |
| Defendants. | ) | |

### MOTION IN LIMINE NO. 4
### TO BAR PLAINTIFF FROM OFFERING ANY EVIDENCE REGARDING DISCOVERY DISPUTES

Defendant, Residential Credit Solutions ("RCS"), by and through its attorneys, David M. Schultz, James M. Lydon, John P. Ryan, Palak N. Shah, and Linnea Schramm moves in limine for an Order prohibiting comment, argument, or statement by any witness or by counsel during opening or closing statement, *Voir Dire* or otherwise during trial, on any testimony or evidence regarding the existence of discovery disputes, and in support of its motion, RCS states as follows:

There have been discovery disputes by and between counsel for the parties. Evidence of such discovery disputes are not relevant to the Plaintiff's claim and should be barred. *Waters v. Genesis Health Ventures, Inc.,* 400 F.Supp.2d 814, 818 (E.D.Pa. 2005). However, even if such evidence was somehow relevant to the issues under Rules 401 and 402 of the Federal Rules of Evidence, whatever probative value such proffered testimony or evidence may have is far outweighed by the danger of unfair prejudice, confusion of issues or misleading of the jury. *Empire Gas Corp. v. American Bakeries Co.,* 646 F.Supp. 269, 274-76 (N.D.Ill. 1986).

Therefore, RCS submits that any testimony, evidence or reference as to such discovery disputes should not be allowed and should be barred. Any such testimony, evidence or

references will simply distract a jury and not assist the triers of fact. *Nemir v. Mitsubishi Motors Corp.*, No. 96 – 75380, 2002 WL 482557, at *3 (E.D.Mich. 2002).

## CONCLUSION

WHEREFORE, defendant, Residential Credit Solutions, Inc., respectfully requests this Court to enter an order granting this motion to prohibit comment, argument, or statement by any witness or counsel during opening or closing statement, *Vior Dire*, or otherwise during trial, on any testimony or evidence regarding the existence of discovery disputes and for any other relief to the Defendant that this Court deems equitable and just.

Respectfully submitted,

Residential Credit Solutions, Inc.

By: /s/ John P. Ryan
    One of its Attorneys
    John P. Ryan
    HINSHAW & CULBERTSON LLP
    222 N. LaSalle Street, Ste 300
    Chicago, IL 60601
    (312) 704-3000