# MOTION IN LIMINE NO. 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALENA W. HAMMER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 13 C 6397 |
| | ) |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) Judge Durkin |
| | ) |
| Defendant. | ) |

### MOTION IN LIMINE NO. 9
### TO BAR EVIDENCE REGARDING THE REASON THAT PLAINTIFF DEFAULTED ON HER MORTGAGE OBLIGATION AND NOTE

Defendant, Residential Credit Solutions ("RCS"), by and through its attorneys, David M. Schultz, James M. Lydon, John P. Ryan, Palak N. Shah, and Linnea Schramm moves in limine for an Order prohibiting comment, argument, or statement by any witness or counsel during *Voir Dire*, opening or closing statement or otherwise during trial, on any testimony or evidence regarding the reason why plaintiff defaulted on her mortgage obligation and note. The issues in this case are whether defendant violated RESPA or ICFA, or breached the alleged loan modification agreement and if not, the amount of damages, if any, to be awarded to plaintiff. In other words, the only issues in the case focus entirely on the defendant's conduct. As a result, any mention of the reason why plaintiff defaulted on her mortgage obligation and note is not relevant to any issues to be adjudicated and would unfairly prejudice defendant. *See* FRE 402, 403.

Respectfully submitted,

Residential Credit Solutions, Inc.

By: */s/ John P. Ryan*
One of its Attorneys
John P. Ryan
HINSHAW & CULBERTSON LLP

131029319v1 0951421

222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

2

131029319v1 0951421