# MOTION IN LIMINE NO. 12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALENA W. HAMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 13 C 6397 |
| | ) |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) Judge Durkin |
| | ) |
| Defendant. | ) |

### MOTION IN LIMINE NO. 12
### TO BAR PLAINTIFF FROM OFFERING ANY STATEMENT REGARDING DEFENDANT'S NET WORTH

Defendant, Residential Credit Solutions ("RCS"), by and through its attorneys, David M. Schultz, James M. Lydon, John P. Ryan, Palak N. Shah, and Linnea Schramm moves in limine for an order granting this motion to prohibit comment, argument, or statement by any witness or counsel during opening or closing statement, *Vior Dire*, or otherwise during trial, regarding RCS's net worth or financial status. In support of its motion, RCS states as follows:

Information regarding RCS's size, health and net worth is not relevant to this matter. *Rush Univ. Med. Center v. Minn. Mining and Manufacturing, Co.*, 2009 WL 3229435, *3 (N.D.Ill. Oct. 1, 2009). Courts often recognize that the finances of a party can distract the jury form the real issues in the case. *Id.* Moreover, any probative value of RCS's net worth is outweighed by its unfair prejudice. *Weilgus v. Ryobi Technologies, Inc.*, 2012 WL 1853090, *6 (N.D.Ill. May 21, 2012) (financial status and its unfair prejudicial impact is particularly high where a plaintiff references a defendant's financial status for the purpose of invoking the jury's sympathy by conjuring a David versus Goliath scenario).

131028528v1 0951421

## CONCLUSION

WHEREFORE, defendant, Residential Credit Solutions, Inc., respectfully requests this Court to enter an order granting this motion to prohibit comment, argument, or statement by any witness or counsel during opening or closing statement, *Vior Dire*, or otherwise during trial, regarding RCS's net worth or financial status and for any other relief to the Defendant that this Court deems equitable and just.

Respectfully submitted,

Residential Credit Solutions, Inc.

By: /s/ John P. Ryan
One of its Attorneys
John P. Ryan
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

131028528v1 0951421