# EXHIBIT B

IN THE CIRCUIT COURT FOR THE 18TH JUDICIAL DISTRICT
DUPAGE COUNTY - WHEATON, ILLINOIS

| | |
|---|---|
| AmTrust Bank<br>PLAINTIFF<br><br>Vs.<br><br>Alena W. Hammer a/k/a Alena Hammer; et. al.<br>DEFENDANTS | No. 2009 CH 03951<br>RESIDENTIAL |

### ORDER

The above cause coming on to be heard on Plaintiff's motion to substitute Residential Credit Solutions, Inc. as party Plaintiff and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. Residential Credit Solutions, Inc. is substituted as party Plaintiff in this action.

2. The caption in all subsequent pleadings shall reflect Residential Credit Solutions, Inc. as the Plaintiff herein.

Dated: 1/3/11

Enter: _____

Robert Spickerman
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
14-09-26098
DuPage #15170

**Electronically Certified**

I, Chris Kachiroubas, Clerk of the 18th Judicial Circuit Court, DuPage County, Illinois, do hereby certify the above to be correct.

Date: 01-Mar-2015

CHRIS KACHIROUBAS, Clerk

By: DEWEY HARTMAN
Deputy Clerk

This order is the command of the Circuit Court and violation thereof is subject to the penalty of the law. 7771808