# EXHIBIT D

IN THE CIRCUIT COURT FOR THE 18TH JUDICIAL DISTRICT
DUPAGE COUNTY - WHEATON, ILLINOIS



Residential Credit Solutions, Inc.
           PLAINTIFF

Vs.

Alena W. Hammer a/k/a Alena Hammer; et. al.
           DEFENDANTS

No. 2009 CH 03951
RESIDENTIAL

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

NOW COMES the Plaintiff, Residential Credit Solutions, Inc., by and through its Attorneys, Codilis & Associates, P.C., and in support of its Response states as follows:

1. On December 9, 2003, Alena W. Hammer executed a mortgage to Mortgage Electronic Registration Systems, Inc. as Nominee for First Centennial Mortgage, Inc., to secure a note in the principal sum of $220,000.00. This mortgage pledged the real property commonly known as 355 N. Addison Road, Villa Park, Illinois as security for the loan.

2. On September 9, 2009, Plaintiff filed the instant complaint to foreclose mortgage. At the time the complaint was filed, the subject loan was due for the May 1, 2009, monthly mortgage installment and each successive installment.

3. On January 3, 2011, Judgment entered against the Defendant.

4. On January 5, 2011, Defendant, through attorney Scott Brower, filed a Motion to Vacate Judgment.

5. On January 14, 2011, Judgment was vacated by agreement and Defendant filed a Motion to Dismiss pursuant to 735 ILCS 5/2-5[?] Attached here as Exhibit A.

Electronically Certified
I, Chris. Kachiroubas, Clerk of the 18th Judical Circuit Court, DuPage County, Illinois, do hereby certify the above to be correct.
Date 30-Dec-2014
CHRIS KACHIROUBAS, Clerk
By DEWEY HARTMAN
Deputy Clerk
This order is the command of the Circuit Court and violation thereof is subject to the penalty of the law. 7642961

## CASE LAW

Section 2-619 of the Illinois Code of Civil Procedure allows for dismissal of a claim if the claim asserted is barred by other affirmative matter avoiding the legal effect of or defeating the claim. 735 ILCS 5/2-619(a)(9). This section allows for the dismissal of a complaint on the basis of issues of law or easily proven issues of fact. Advocate Health & Hosps. Corp. v. Bank One, 348 Ill. App. 3d 755, 759 (1st Dist. 2004). Under this motion the defendant admits to all the well-pled facts of plaintiff's complaint, but asks the court to conclude that there is no set of facts which would entitle the plaintiff to recover. Id.

## ARGUMENT

Defendant's argument involves negotiations between Plaintiff and Defendant for a loan modification, and Defendant's own attached exhibits undermines her argument that any agreement was reached. Under Illinois law, a written contract within the Statute of Frauds may not be modified by an oral agreement. Melrose Park Nat'l Bank v. Carr, 249 Ill.App.3d 9, 15 (1st Dist. 1993). Defendant alleges that a written loan modification agreement was executed, however she attaches an agreement that was physically modified by her and never executed by the Plaintiff. Further, the Defendant attaches no affidavit attesting to any of the facts she plead. Instead she relies solely on the exhibits attached to her Motion to Dismiss. 735 ILCS 5/2-606 states that the exhibits constitute part of the pleading for all purposes. And as the exhibits contradict her pleading, the Motion to Dismiss should be denied.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order denying Defendant's Motion to Dismiss, and for any further relief this Honorable Court deems equitable and just.

Respectfully submitted,

BY: _____
Codilis & Associates, P.C.
One of Its Attorneys

Courtney J. Nogar
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
DuPage #15170
14-09-26098

**NOTE: This law firm is deemed to be a debt collector.**

# EXHIBIT A

REQUEST RECEIVED ON-AHMADSULAIMAN-12/30/2014 06:32:44 PM DOCUMENT SUPPLIED ON 12/30/2014 06:32:45 PM # 17043333538Hammer000511
Click here or Visit http://www.i2file.net/dv to validate this document. Validation ID:: IF12302014-0632-4631

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

RESIDENTIAL CREDIT SOLUTIONS, )
)
VS. ) No. 09 CH 3951
)
ALENA W. HAMMER, )

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW

Now comes, the Law Office of Scott A. Brower, LLC, attorney for Alena Hammer, in the above captioned matter and as and for their Motion to Dismiss pursuant to Section 2-619 of the Illinois Code of Civil Procedure moves this court to dismiss Plaintiff's complaint, and in support thereof state as follows:

1. That Amtrust Bank originally filed a Complaint to Foreclose Mortgage on September 9, 2009, with regard to the property commonly known as 355 N. Addison Road, Villa Park, IL 60181, with a Tax Parcel Number of 06-04-233-009.
2. That Ms. Hammer over the next several months actively called, discussed and managed this matter through a variety of entities in an attempt to resolve the debt.
3. That through those discussions with AmTrust Bank, she was able to come to an understanding and agreement on terms for a modification of the loan.
4. She was sent a Loan Modification Agreement with an effective date of July 1, 2010 and a monthly payment of $749.88. Upon receipt of this agreement, Ms. Hammer noticed that there were additional charges of $2,303.60 which she had not agreed to. She had agreed to pay the principal and interest that was due and owing at the time of $207,167.99.
5. Upon receipt of this Loan Modification Agreement, Ms. Hammer called AmTrust Bank to dispute the additional fees of $2,303.60. She was told by an employee of AmTrust Bank to cross off the amount of $209,471.59 on the

Agreement and replace it with $207,167.99, sign it and send the Agreement in to the Bank. A copy of this agreement is attached as Exhibit A.

6. Pursuant to that agreement Ms. Hammer began sending in her monthly payments of the $749.88 into AmTrust Bank. Check number 2133 dated June 28, 2010 in the amount of $749.88 and check number 2031 dated July 28, 2010 in the amount of $749.88 were both accepted and cashed by AmTrust Bank. The checks are attached as Exhibits B and C, respectively.

7. Subsequent to those checks being cashed, AmTrust Bank sold the loan to Residential Credit Solutions, Inc. Ms. Hammer continued to make payments as required under the loan modification agreement, however, Residential Credit Solutions returned those payments in violation of the contract stating they were insufficient to bring the account current.

8. Clearly Ms. Hammer has a binding a valid contract with AmTrust Bank and Residential Credit Solutions through the purchase of the loan from AmTrust Bank.

Wherefore, Alena Hammer through the Law Office of Scott A. Brower, LLC, prays for an entry of an order granting:

A. The enforcement of the signed loan modification agreement dated August 16, 2010;
B. Dismiss the Complaint to Foreclose Mortgage with prejudice; and
C. Any other relief this Honorable Court deems equitable and just.

Respectfully Submitted,

Scott A. Brower

Law Office of Scott A. Brower
1 S 450 Summit Ave. Suite 140
Oakbrook Terrace, Illinois 60181
630-678-0008
DuPage Atty # 100



**AMTRUST BANK**
*A Division of New York Community Bank, Member FDIC*

June 8, 2010

Alena Hammer
355 N. Addison Road
Villa Park, IL 60181

RE: Mortgage Loan Number - # 0007064675     Property Address: 355 N. Addison Road, Villa Park, IL 60181

Dear Alena Hammer,

Enclosed is a copy of the Loan Modification Agreement for your review and acknowledgment. Please sign and notarize these agreements and mail it back to me using the prepaid envelope enclosed before <u>June 25, 2010.</u> Please <u>sign, have witnessed and notarize</u> the two (2) loan modifications NOT STAMPED COPY, and return to AmTrust Bank a Division of New York Community Bank ("AmTrust"). Retain the 3rd modification STAMPED COPY for your records.

The Effective Date of your new monthly payment is <u>July 1, 2010</u> for $749.88 and broken down as follows:

Principal & Interest:    $749.88

The modified principal balance of $209,471.59 was calculated as follows:

| | |
|---|---|
| Current Principal Balance | $207,167.99 |
| Interest Due | Waived |
| Escrow Required | $0.00 |
| Fees/Costs | $2,303.60 |
| Less Contributions | ($ 0.00) Credit |
| Modified Principal Balance | $209,471.59 |

This loan modification will bring your loan current by capitalizing the amount that you are currently behind over the life of the loan.

Your monthly mortgage payments are subject to change when we perform our Annual Escrow Analysis that is based on any changes to your real estate taxes or homeowners insurance premium. An Escrow Analysis statement will be mailed to you at that time.

All future payments beginning in <u>July 1, 2010</u> should be mailed to the address provided on the monthly statement.

I am pleased that I was able to work with you to bring your loan current to avoid your home going into foreclosure.

You can contact me direct at 1-216-588-5898 if you have any questions.

IF THIS DOCUMENT IS NOT SIGNED AND NOTARIZED BY THE DATE INDICATED, WE WILL ASSUME THAT YOU ARE NO LONGER INTERESTED IN ASSISTANCE TO BRING THE LOAN CURRENT AND WE WILL CONTINUE WITH OUR COLLECTION/FORECLOSURE ACTION.

Sincerely,

Loss Mitigation Department

*[handwritten annotation: Sent to: Sandy Beauregard 216-588-5585 Amtrust Bank OH98-0506 1111 Chester Avenue, Cleveland, OH 44114    6/28 Sent UPS 1st pays 2nd Day]*

AMTRUST BANK CENTER • 1801 EAST NINTH STREET • SUITE 200 • CLEVELAND • OHIO • 44114
(888) 696-4444 •(888) 696-4443 EN ESPAÑOL



REQUEST RECEIVED ON-AHMADSULAIMAN-12/30/2014 06:32:44 PM DOCUMENT SUPPLIED ON 12/30/2014 06:32:45 PM # 17043333 Hammer000514
Click here or Visit http://www.i2file.net/dv to validate this document. Validation ID:: IF12302014-0632-4631

AFTER RECORDING, RETURN TO:

FDIC as receiver for Amtrust Bank
Attn: D. Wilson
OH98-0504
1111 Chester Avenue, Suite 200
Cleveland OH 44114

Loan # 0007064675

———————————— [Space Above This Line For Recording Data] ————————————

MIN 100162500070646758

# LOAN MODIFICATION AGREEMENT
# Balloon
# (Step Rate)

This Loan is payable in full at maturity, you must repay the entire Principal Balance of the Loan and unpaid interest then due. Lender is under no obligation to refinance the loan at the time. You will, therefore, be required to make payment out of other assets that you may own, or will have to find a lender, which may be the lender you have this loan with, willing to lend you the money. If you refinance this loan at Maturity, you may have to pay some or all of the closing costs normally associated with a new loan even if you obtain refinancing from the same lender.

This Loan Modification Agreement ("Agreement"), made this 1st day of June, 2010, between Alena Hammer, Unmarried Woman ("Borrower"), and FDIC as receiver for Amtrust Bank, ("Lender"), and Mortgage Electronic Registration Systems, Inc., ("Mortgagee") amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), and Timely Payment Rewards Rider, if any, dated December 9, 2003, and granted or assigned to Mortgage Electronic Systems, Inc., as mortgagee of record (solely as nominee for Lender and Lender's successors and assigns), P.O. Box 2026, Flint, Michigan 48501-2026 and recorded on December 19, 2003 under Document # R2003-477313, Book #, Page(s) # of the County of Dupage, Records of Illinois and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

355 N. Addison Road, Villa Park, Illinois 60181

the real property described being set forth as follows:
See Attached Exhibit A

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note and Security Instrument):

1. As of June 1, 2010, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $~~209,471.59~~ consisting of the amount(s) loaned to Borrower by Lender and any interest capitalized to date. ↳ 207,167.99

MERS Phone: 1-888-679-6377

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
—THE COMPLIANCE SOURCE, INC.—
www.compliancesource.com
Page 1 of 4

MERS Modified Form 3179 1/01 (rev. 8/01)
23102MU 05/04
©2004, The Compliance Source, Inc.

BARCODE

REQUEST RECEIVED ON-AHMADSULAIMAN-12/30/2014 06:32:44 PM DOCUMENT SUPPLIED ON 12/30/2014 06:32:45 PM # 1704333385 Hammer000515
Click here or Visit http://www.i2file.net/dv to validate this document. Validation ID:: IF12302014-0632-4631

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance for the *first five years* at the yearly rate of 3.000%, from June 1, 2010, and Borrower promises to pay in monthly payments of principal and interest, in the amount of $749.88 beginning on the 1st day of July, 2010. Beginning on the first day of the *sixth year*, interest will be charged at the yearly rate of 4.000% from June 1, 2015 and Borrower shall pay monthly payments of principal and interest in the amount of $862.74 beginning on the 1st day of July, 2015. Beginning on the first day of the *seventh year* interest will be charged at a yearly rate of 5.000% from June 1, 2016 and Borrower shall pay monthly principal and interest payments of $980.82, beginning on the 1st day of July, 2016. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Modification Agreement. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on July 1, 2040 I still owe amounts under this Modification Agreement., I will pay those amounts in full on that date which is called the "Maturity Date".

   Borrower will make such payments at 1801 East Ninth Street Cleveland OH 44114 or at such place as Lender may require.

3. If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

   (b) all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

MERS Phone: 1-888-679-6377

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument  MERS Modified Form 3179 1/01 (rev. 8/01)
—THE COMPLIANCE SOURCE, INC.— Page 2 of 4 23702MU 05/04
www.compliancesource.com ©2004, The Compliance Source, Inc.

BARCODE

REQUEST RECEIVED ON-AHMADSULAIMAN-12/30/2014 06:32:44 PM DOCUMENT SUPPLIED ON 12/30/2014 06:32:45 PM # 1704333385 sulaiman000516
Click here or Visit http://www.i2file.net/dv to validate this document. Validation ID:: IF12302014-0632-4631

EXECUTED as of the day and year first above written.

_____ (Seal)       _____ (Seal)
Alena Hammer    -Borrower                                     -Borrower

_____ (Seal)      _____ (Seal)
-Borrower                                             -Borrower

*[Sign Original Only]*

Witnessed By:

_Victoria Weiss_                         _signature_
Signature                                  Signature

VICTORIA WEISS                  Ranma Giralamo
Print Name                               Print Name

ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE:

_____ (Seal)
                                     -Lender

_____ (Seal)
Mortgage Electronic Registration Systems, Inc.    -Mortgagee

By:_____

————————————[Acknowledgment on Following Page]————————————

MERS Phone: 1-888-679-6377
Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument      MERS Modified Form 3179 1/01 (rev. 1/01)
—THE COMPLIANCE SOURCE, INC.—    Page 3 of 4      13792MU 05/04
www.compliancesource.com                                                            ©2004, The Compliance Source, Inc.
                                                                                                                     BARCODE

REQUEST RECEIVED ON-AHMADSULAIMAN-12/30/2014 06:32:44 PM DOCUMENT SUPPLIED ON 12/30/2014 06:32:45 PM # 17043333858 Hammer000517
Click here or Visit http://www.i2file.net/dv to validate this document. Validation ID:: IF12302014-0632-4631

## BORROWER ACKNOWLEDGMENT

State of ILLINOIS §
County of DUPAGE §
§

This instrument was acknowledged before me on 8/16/2010, by Alena Hammer

(Seal)

**OFFICIAL SEAL**
**JOSEPH A GIRALAMO**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/11/14

_____
Notary Public, State of
My Commission Expires:

## LENDER ACKNOWLEDGMENT

State of §
County of §
§

The foregoing instrument was acknowledged before me on _____ [date],
by _____ [name of officer or agent, title of officer or agent]
of _____ [name of corporation acknowledging], a
[state or place of incorporation] corporation, on behalf of the corporation.

MERS Phone: 1-888-679-6377

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
—THE COMPLIANCE SOURCE, INC.—
www.compliancesource.com
Page 4 of 4

MERS Modified Form 3179 1/01 (rev. 8/01)
23702MU 05/04
©2004, The Compliance Source, Inc.

**BARCODE**

REQUEST RECEIVED ON-AHMADSULAIMAN-12/30/2014 06:32:44 PM DOCUMENT SUPPLIED ON 12/30/2014 06:32:45 PM # 1704333385Hammer000518
Click here or Visit http://www.i2file.net/dv to validate this document. Validation ID:: IF12302014-0632-4631

STREET ADDRESS: 355 ADDISON
CITY: VILLA PARK    COUNTY: DUPAGE
TAX NUMBER: 06-04-233-009-0000

LEGAL DESCRIPTION:

LOT 26 IN BLOCK 13 IN ARDMORE MANOR, BEING A SUBDIVISION OF PART OF THE WEST 1/2 OF THE EAST 1/2 OF SECTION 4, TOWNSHIP 39 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED DECEMBER 3, 1924 AS DOCUMENT 185662, IN DUPAGE COUNTY, ILLINOIS.

CLEGALD

ALENA W. HAMMER  
355 N. ADDISON RD.  
VILLA PARK, IL 60181

7064675    2-2566/710    2133

DATE 6/28/10

PAY TO THE ORDER OF  Amtrust Bank    $ 749.88

Seven Hundred Forty Nine & 88/100 DOLLARS

HARRIS.  Harris N.A.

MEMO _____    Alena Hammer

⑈071025664⑈  4300525121⑈  2133

AmTrust Bank  
0005980000023710   07/01/2010  
241070433

ENDORSE HERE

| Field | Value |
|---|---|
| Media | M-- |
| Posting Date | 20100702 |
| CPCS Seq # | 2600315849 |
| Account # | 4300525121 |
| Amount | 74988 |
| Ck/Serial # | 2133 |
| Dep CPCS Seq # | 128 |
| Dep Account | 0 |
| R/T Routing Transit | 07102566 |
| Bank # | 29 |
| TranCode | 0 |
| Exception | 0 |

DEFENDANT'S EXHIBIT B



```
Media                        M—
Posting Date                 20100802
CPCS Seq #                   2600199343
Account #                    4300525121
Amount                       74988
Ck/Serial #                  2031
Dep CPCS Seq #               128
Dep Account                  0
R/T Routing Transit          07102566
Bank #                       29
```

REQUEST RECEIVED ON-AHMADSULAIMAN-12/30/2014 06:32:44 PM DOCUMENT SUPPLIED ON 12/30/2014 06:32:45 PM # 1704333386 Hammer000521
Click here or Visit http://www.i2file.net/dv to validate this document. Validation ID:: IF12302014-0632-4631