# EXHIBIT F

1

```
 1   STATE OF ILLINOIS    )
                          ) SS:
 2   COUNTY OF DU PAGE    )

 3           IN THE CIRCUIT COURT OF DU PAGE COUNTY
          FOR THE EIGHTEENTH JUDICIAL CIRCUIT OF ILLINOIS
 4

 5   RESIDENTIAL CREDIT       )
     SOLUTIONS, INC.,         )
 6                            )         ORIGINAL
              Plaintiff,      )
 7                            )
              and             )   No.  09 CH 3951
 8                            )
     ALENA W. HAMMER a/k/a    )
 9   ALENA HAMMER, et al.,    )
                              )
10            Defendants.     )

11                  REPORT OF PROCEEDINGS had at

12   the hearing of the above-entitled cause, before

13   the Honorable ROBERT GIBSON recorded on the DuPage

14   County computer based digital recording system,

15   DuPage County, Illinois, and transcribed by

16   Donna E. Gaba, commencing on the 18th day of March,

17   A.D. 2011.

18

19   PRESENT:

20        MS. COURTNEY J. NOGAR,

21             appeared on behalf of the Plaintiff;

22        MR. SCOTT A. BROWER,

23             appeared on behalf of the Defendants.

24             DONNA E. GABA, Official Court Reporter
                            Lic. #84-1824
```

Hammer000526

```
 1       MR. BROWER:  This on line 57, your 10:00
 2  o'clock call, RCS versus Alena Hammer.
 3       THE COURT:  Yes.
 4       MS. NORGAR:  Courtney Norgar on behalf of RCS.
 5            Your Honor, this a hearing.  It's fully
 6  briefed.
 7            I think that we just wanted to step up
 8  and see if it was --
 9       MR. BROWER:  That's correct, Judge.
10            It's our argument on our motion to
11  dismiss the complaint.
12            I know that we've tendered copies of
13  everything.
14            Hopefully, you have it all, but if you
15  don't, I can provide those for you again.
16       THE COURT:  When did you provide them?
17            I didn't have -- I've got courtesy copies
18  of a lot of things, but I don't have that.
19       MR. BROWER:  I have courtesy copies, Judge.
20            It was done in January 5th on our
21  original, and on the answer -- our response, it was
22  March the 4th.
23            Both of those were dropped off with your
24  secretary.
```

Case: 1:13-cv-06397 Document #: 136-6 Filed: 03/26/15 Page 4 of 7 PageID #:1466

3

```
 1          THE COURT:  All right.
 2               Well, we'll probably to have take a few
 3     minutes to look at it.
 4          MR. BROWER:  That's fine, Judge.
 5               I can tender you copies of Plaintiff's
 6     response, my motion to dismiss, and reply.
 7          THE COURT:  All right.  Thank you.
 8               We'll recess for a few minutes, and let
 9     me review these pleadings.
10          MR. BROWER:  That's fine.
11               Thank you, Judge.
12          MS. NOGAR:  Thank you.
13          THE COURT:  Thank you.
14                              (WHEREUPON, a recess was
15                               taken after which the
16                               following further
17                               proceedings were had
18                               herein:)
19          THE COURT:  09 CH 3951, Residential Credit
20     Solutions versus Alena Hammer.
21          MS. NORGAR:  Good morning again, your Honor.
22          THE COURT:  Would everyone state your name
23     again for the record?
24          MS. NORGAR:  Courtney Norgar on behalf
```

1  Residential Credit Solutions.

2      MR. BROWER: Judge, Scott Brower on behalf of
3  Alena Hammer, who is present in court.

4      THE COURT: Good morning.

5          All right. I reviewed the motion, the
6  response, and the reply.

7          What troubles me from the Plaintiff's
8  side is there is attached to this -- to the motion
9  the -- granted, that when the modification
10 agreement was modified and sent and initialed and
11 sent back, there wasn't a meeting of the minds, but
12 then when Ms. Hammer sent in on June 28th, 2010, on
13 or about June 28th, seven forty-nine eighty-eight,
14 which was the amount to be sent pursuant to this
15 agreement as modified, if it were to be accepted,
16 the Plaintiff then went ahead -- actually, it was
17 the Plaintiff's predecessor, went ahead and cashed
18 that check.

19         Then a future check, the next month's
20 check, was sent on or about June 28, 2010, for
21 seven forty-nine eighty-eight, and the Plaintiff's
22 predecessor cashed that check as well.

23         That would be deemed acceptance of the
24 terms of the revised modification agreement as

1  revised by Ms. Hammer.

2  For the predecessor -- for the successor

3  to then claim that they're not bound by that, I see

4  no basis for the successor to then ignore the

5  agreement, which by -- by cashing these checks,

6  endorsing these checks, which, in fact, is a

7  written -- a written endorsement, they've

8  ratified -- the agreement was ratified.

9  The modification of the agreement was

10 ratified by the Plaintiff's predecessor, and the

11 successor steps into the shoes of the predecessor

12 as to this.

13 So, for those reasons, the motion to

14 dismiss is granted.

15 MR. BROWER: Thank you, Judge.

16 THE COURT: I'll give you your courtesy --

17 your copies back.

18 MR. BROWER: Thank you very much, Judge.

19 THE COURT: All right.

20                         (WHICH were all of the
21                          proceedings had at the
22                          hearing of the above-
23                          entitled cause, this
24                          date.)

6

```
 1   STATE OF ILLINOIS   )
                         )  SS:
 2   COUNTY OF DU PAGE   )

 3

 4              I, Donna E. Gaba, hereby certify that
 5   I am a certified shorthand Official Court Reporter
 6   assigned to transcribe the computer based digital
 7   recording of proceedings had of the above-entitled
 8   cause, Administrative Order No. 99-12, and Local
 9   Rule 1.01(d).  I further certify that the foregoing
10   consisting of Pages 1 to 5, inclusive, is a true
11   and accurate transcript hereinabove set forth.
12
13
14
15
16   _____
                Official Court Reporter
17          Eighteenth Judicial Circuit of Illinois
                      DuPage County
18                Certificate # 84-1824
19
20
21
22
23
24
```

Hammer000531