# EXHIBIT G

ORDER - BLANK 157 2116 (Rev. 07/09)

**STATE OF ILLINOIS**    **UNITED STATES OF AMERICA**    **COUNTY OF DU PAGE**
**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

RCS

vs

Alena Hammer

CASE NUMBER: 09 CH 3951

FILED 11 MAR 18 PM 2:53 — CLERK OF THE 18th JUDICIAL CIRCUIT DuPAGE COUNTY, ILLINOIS

## ORDER

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

That upon hearing of defendant's motion to dismiss

Court grants defendant's motion and Complaint in foreclosure is hereby dismissed

Name: Scott Brover   ☐ PRO SE
DuPage Attorney Number: 100
Attorney for: Alena Hammer
Address:
City/State/Zip:
Telephone: (630)678-0008

ENTER: Date: 07-Jan-2015

Electronically Certified

I, Chris Kachiroubas, Clerk of the 18th Judicial Circuit Court, DuPage County, Illinois, do hereby certify the above to be correct.

CHRIS KACHIROUBAS, Clerk

Judge

By DEWEY HARTMAN
Date: 3/18 Deputy Clerk

This order is the command of the Circuit Court and violation thereof is subject to the penalty of the law. 7660245