# EXHIBIT A

Alena Hammer
November 20, 2014

Page 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ILLINOIS

EASTERN DIVISION

ALENA W. HAMMER,                    )

        Plaintiff,                  )

        -vs-                        )   No. 1:13-cv-6397

RESIDENTIAL CREDIT                  )   Honorable Judge

SOLUTIONS, INC.,                    )   Durkin

        Defendant.      )


        The deposition of ALENA  W. HAMMER, called

for examination, taken pursuant to the Federal

Rules of Civil Procedure of the United States

District Courts pertaining to the taking of

depositions, taken before CAROL RAYMOND, CSR No.

84-001077, a Notary Public within and for the

County of DuPage, State of Illinois, and a

Certified Shorthand Reporter of said state, at

Suite 150, 222 North LaSalle Street, Chicago,

Illinois, on the 20th day of November, A.D. 2014,

commencing at 10:00 a.m.

Alena Hammer
November 20, 2014

Page 92

1    made it more complex.

2              After RCS took over the 2009 foreclosure

3    action, you did not say, "Oh, they have a

4    foreclosure against me, I will send them payment,"

5    did you?

6         A.    Payments on what?

7         Q.    On your mortgage or your loan

8    modification?

9         A.    They have gotten a check for my mortgage

10   every month.

11        Q.    Okay.  And they did not cash any of

12   those except for three, right?

13        A.    Four.

14        Q.    You have never written a check to RCS

15   for $33,486,64, right?

16        A.    No.

17        Q.    You have never written a check to RCS

18   for $32,050.60, right?

19        A.    No.

20        Q.    From day one when RCS took over your

21   loan, you also disputed RCS trying to charge you

22   any alleged fees, right?

23        A.    Yes.

24        Q.    So you never paid RCS any of their fees

Alena Hammer
November 20, 2014

Page 93

1    that they tried to charge you, right?

2         A.    Correct.

3         Q.    And when you say that RCS cashed four of

4    your payments, were two of those four payments

5    directed to AmTrust FDIC who cashed them?

6         A.    Yes, the first two.

7         Q.    Have any of your payments to RCS, since

8    September 2010, been cashed?

9         A.    Didn't we just go through that?

10        Q.    I am confused as to which ones.  You

11   said four of them went to RCS?

12        A.    You are confused?  Just think how

13   confused I am.

14        Q.    That's what we're trying to go through,

15   the one -- chronology here.

16        A.    I mean, this is your job.  It is not my

17   job.  I am trying to --

18        Q.    I got you.  If you not understand a

19   question, all you have to do is say, you do not

20   have to understand the question.

21        A.    All I said was --

22        Q.    You said the two payments went to

23   AmTrust.  Now, what your saying is, there are two

24   payments from September 10th to the present that

U.S. LEGAL SUPPORT, INC.
312-236-8352

Alena Hammer
November 20, 2014

Page 98

```
 1   were cashed to any financial institution regarding

 2   your loan modification or your mortgage, other than

 3   the four payments that we discussed?

 4        A.    Since foreclosure you said?

 5        Q.    Since the first foreclosure which --

 6        A.    No.

 7        Q.    Other than not agreeing to the

 8   modification agreement, is there anything else RCS

 9   did that you thought was unfair?

10        A.    Yeah, a lot of things.  The way that

11   they handled themselves, it was not very

12   professional.  And the language that they used.  In

13   fact, there are collection laws that do not permit

14   the kind of language that they used.  They could

15   get into really a lot of trouble for that.

16        Q.    Is there anything else that you thought

17   they did that you thought was unfair?

18        A.    Well, if they would have settled, they

19   could have avoided a lot of this.

20        Q.    If they would have settled the

21   foreclosure case, is that what you're saying?

22        A.    Right.  If they would have settled the

23   first time that it went in.

24        Q.    The first foreclosure?
```