# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| ALENA W. HAMMER, | ) | CIVIL ACTION | |
| Plaintiff, | ) | | |
| | ) | File No. 1:13-cv-6397 | |
| | ) | | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., v. | ) | JURY TRIAL DEMANDED | |
| | ) | | |
| Defendant. | ) | Honorable Judge Durkin | |

**ALENA HAMMER'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Plaintiff Alena Hammer ("Hammer") hereby provides the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Hammer continues her investigation and reserves the right to supplement these disclosures in accordance with Rule 26(a).

**(i)** **the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

1. **Alena Hammer.** Alena Hammer has information related to the matters, allegations, and damages in the complaint. Alena Hammer has information related to the loan servicing, loss mitigation activities, escrow account, communications, and the conduct of RCS.

   **Contact Information**
   Contact through:
   Ross Zambon
   900 Jorie Blvd., Ste 150
   Oak Brook, IL 60523
   (630) 585-8181

1

2. **Mike Hammer.** Mike Hammer has information related to the matters, allegations, and damages in the Complaint. Mike Hammer has information related to the loan servicing, loss mitigation activities, escrow account, communications, and the conduct of RCS.

   **Contact Information**
   Contact through:
   Ross Zambon
   900 Jorie Blvd., Ste 150
   Oak Brook, IL 60523
   (630) 585-8181

3. **Kozar Law Office (and its employees).** Kozar Law Office has information related to the allegations in the complaint including but not limited to the foreclosure cases 09 CH 3951 and 11 CH 4503 (DuPage County).

   **Contact Information**
   P.O. Box 705
   Elmhurst, IL 60126
   (630) 561 - 1408

4. **Codilis and Associates, P.C. (and its employees).** Codilis and Associates, P.C. has information related to the allegations in the complaint including but not limited to foreclosure cases 09 CH 3951 and 11 CH 4503 (DuPage County).

   **Contact Information**
   Codilis & Associates, P.C.
   15W030 North Frontage Road, Suite 100
   Burr Ridge, Illinois 60527

5. **Dr. Ofelia Phillips, M.D.** Dr. Phillips has information related to Alena Hammer's medical condition.

   **Contact Information**
   Butterfield Family Medical Canter
   242 N. York Road, Suite 106
   Elmhurst, IL 60126
   (630) 834 – 6246

6. **Dr. S. J. Hasanain, M.D.** Dr. Hasanain has information related to Alena Hammer's medical condition.

   **Contact Information**
   675 West North Ave., Suite 309
   Melrose Park, IL 60160
   (708) 450 – 5757

7. **Dr. Rukhsana Muneer, M.D.** Dr. Muneer has information related to Alena Hammer's medical condition.

    **Contact Information**
    Elmhurst Memorial Hospital
    West Medical Office Building
    133 E. Brush Hill Road, Suite 301
    Elmhurst, IL 60126
    (630) 832 - 2183

8. **Loyola University Health System (Hospital).** – Information related to Alena Hammer's medical condition.

    **Contact Information**
    Loyola University Health System
    2160 S. First Ave.
    Maywood, IL 60153

9. **Elmhurst Memorial Healthcare.** – Information related to Alena Hammer's medical condition.

    **Contact Information**
    155 E. Brush Hill Road
    Elmhurst, IL 60126
    (331) 221-1000

10. **Gottlieb Memorial Hospital.** – Information related to Alena Hammer's medical condition.

    **Contact Information**
    Loyola University Health System
    2160 S. First Ave.
    Maywood, IL 60153

11. **AmTrust Bank (and its employees).** AmTrust Bank has information related to the matters and allegations in the complaint, including but not limited to the loan servicing, loss mitigation activities, and communications.

    **Contact Information**
    FDIC as Receiver of AmTrust Bank
    1601 Bryan St.
    Dallas, TX 75201-3430

3

12. **Federal Deposit Insurance Corporation (and its employees).** The FDIC Bhas information related to the matters and allegations in the complaint, including but not limited to the loan servicing, loss mitigation activities, and communications.

    **Contact information**
    FDIC as Receiver of AmTrust Bank
    1601 Bryan St.
    Dallas, TX 75201-3430

13. **Residential Credit Solutions, Inc.** All matters, allegations, and damages in the complaint.

(ii) **a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

  1. Notices, statements, contracts, and correspondences to, from, and with the parties identified above.
  2. Foreclosure Complaints.
  3. Payment histories, including bank statements.
  4. Insurance policies.
  5. Certified mailings and other proofs of delivery.
  6. Medical records.

(iii) **a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

  Damages are uncertain and subject to expert testimony.

  a. **Illegal charges, fees, and costs assessed to the loan** – Unknown. Estimated to be over $30,000.00;

  b. **Loss of equity in real property** – Uncertain, subject to expert testimony;

  c. **Damage to Credit** – Loss of personal credit, subject to expert testimony;

  d. **Loss of opportunities to pursue other loss mitigation strategies** – Uncertain, subject to expert testimony;

    e. **Physical Injury/Medical Bills/Medications –** Uncertain, estimated to be in excess of $300,000.00

    f. **Emotional Distress and Psychological Damages** – Uncertain, subject to expert testimony;

    g. **Pain and Suffering** – Uncertain, subject to expert testimony;

    h. **Punitive Damages** – Uncertain, requesting in excess of $750,000.00.

Plaintiff suffered additional damages in legal fees and costs in this lawsuit and the corresponding foreclosure cases that continue to accrue.

Plaintiff will make available for inspection and copying, in accordance with Rule 34, non-privileged or otherwise non-protected documents relating to the computation of damages at a mutually agreeable time and place.

**(iv)**     for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    Not applicable.

September 26, 2014                      Respectfully submitted on behalf of

                                        Plaintiff Alena Hammer,

                                        /s/Ross Zambon
                                        Attorney for Plaintiff

Sulaiman Law Group, Ltd.
Ross M. Zambon (ARDC # 6294149)
Mara A. Baltabols (ARDC # 6299033)
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523
(630) 575-8181

5

**CERTIFICATE OF SERVICE**

      I, Ross M. Zambon, an attorney, certify that on September 26, 2014 I caused the foregoing **Rule 26(a)(1) Disclosures** to be served upon counsel of record, as listed below, via email.

                                 /s/ Ross M. Zambon
                                 ---------------------------------------------
                                 ROSS M. ZAMBON, No. 6294149
                                 SULAIMAN LAW GROUP, LTD.
                                 Attorney for Plaintiff
                                 900 JORIE BOULEVARD, SUITE 150
                                 OAK BROOK, ILLINOIS 60523
                                 (630) 575-8181

**John P. Ryan**
Hinshaw & Culbertson LLP
222 N LaSalle Street, Suite 300
Chicago, IL 60601
jryan@hinshawlaw.com