# EXHIBIT C



### New Order Submit Success [478574]
U.S. Legal Support Client Services

to: Undisclosed recipients:        11/12/2014 04:42 PM

**Order # 478574**

| | | | |
|---|---|---|---|
| Order Date | 11/12/2014 4:24:15 PM | Order Type | Subpoena |
| Rush | No | Region | MR8IL |

**Ordered By**

| | | | |
|---|---|---|---|
| Ordered By | STEPHANIE GARRIS | Attorney/Adjustor | Daniel Ryan |
| Firm/Insurance Co. | Hinshaw & Culbertson LLP | Address | 222 North LaSalle Street Suite 300 |
| City | Chicago | State | IL |
| Zip | 60601 | Phone | 312-704-3000 |
| Email | | | |

**Billing Information**

| | | | |
|---|---|---|---|
| Firm/Insurance Co. | Hinshaw & Culbertson LLP | Attorney/Adjustor | Daniel Ryan |
| Claim Number | 0951421 | Client Matter Number | |
| Name of Insured | | | |
| Address | 222 North LaSalle Street Suite 300 | City | Chicago |
| State | IL | Zip | 60601 |
| Phone | 312-704-3000 | Email | |

**Delivery Information/Other Parties**

| | | | |
|---|---|---|---|
| Party Type: | Deliver_To | Party Origin: | Ordered_By |
| Company | Hinshaw & Culbertson LLP | Attention | |
| Address | 222 North LaSalle Street Suite 300 | City | Chicago |
| State | IL | Zip | 60601 |
| Phone | 312-704-3000 | Fax | |
| Email | sgarris@hinshawlaw.com | | |
| Represents | | Delivery Method | CD:0, Paper:0, Repository:1 |

**Records Pertaining To**

| | | | |
|---|---|---|---|
| Patient | Alena W. Hammer | AKA | |
| Date Of Birth | | Date Of Loss | |
| Date Of Death | | SSN | |
| Address | | City | |
| State | | Zip | |

**Case Information**

| | | | |
|---|---|---|---|
| Case Name | ALENA W. HAMMER vs RESIDENTIAL CREDIT SOLUTIONS, INC. | | |
| Plaintiff | ALENA W. HAMMER | Defendant | RESIDENTIAL CREDIT SOLUTIONS, INC. |
| Case/Cause No | Case No.: 13 C 6397 | | |
| Federal | True | Court | |
| County | | District | UNITED STATES DISTRICT COURT FOR THE NORTHERN DIST |
| Division | EASTERN DIVISION | State | IL |
| Attorney For | RESIDENTIAL CREDIT SOLUTIONS, INC. | Represents | Defendant |
| Special Instructions | | | |

**Personal Appearance**

| | | | |
|---|---|---|---|
| Type | Not_Applicable | Date/Time | |
| Location | | | |

**Other Counsel**

| | | | |
|---|---|---|---|
| Party Type: | Other_Counsel | Party Origin: | 0 |
| Company | Sulaiman Law Group | Attention | Ross Zambon |
| Address | 900 Jorie Boulevard, Suite 150 | City | Oak Brook |
| State | IL | Zip | 60523 |
| Phone | 630-575-8181 | Fax | |
| Email | | | |
| Represents | ALENA W. HAMMER | Delivery Method | CD:0, Paper:0, Repository:0 |

## Locations

| | | | |
|---|---|---|---|
| Name | Butterfield Family Medical Center | Department | Dr. Ofelia Phillips |
| Address | 242 N. York Road, Suite 106 | City | Elmhurst |
| State | IL | Zip | 60126 |
| Phone | 630-834-6246 | Email | |
| Record Type | Medical, X-Rays, Billing, See Attached Rider/Scope | Other | |
| Date Pick Date From | All Dates | To Present Date To | False |
| Instruction | | Add'l Instructions | RIDER Please produce any and all records in your possession of any kind and nature pertaining to the patient referenced below for treatments rendered, consultations, office visits, telephone discussions, prescriptions, and any and all other contact with patient at any time whatsoever, including but not limited to the following: all office charts; office notes; histories, subjective complaints, objective findings, diagnoses, prognoses; initial office visit forms or other forms completed by the patient; notes of any and all telephone discussions with or pertaining to patient; copies of all correspondence in your possession (including but not limited to correspondence to and from the patient, the patient's attorneys, to and from any other physicians, to and from any insurance companies, to and from any employers, companies or other persons or entities); consultation reports; hospital records or portions of hospital records in your office chart; results of any tests, X ray reports, laboratory examinations and the like which are in your office records; insurance claim forms, attending physician's statements, and any and all other correspondence or documents relative to contacts with any insurance companies pertaining to patient; records of any worker's compensation claims or lawsuits brought or filed at any time by patient; all statements of charges pertaining to your treatment of this patient, up to and including the present date. No images please. This subpoena covers treatment for any and all conditions up to and including the present date. |

| | | | |
|---|---|---|---|
| Name | Dr. S.J. Hasanain | Department | |
| Address | 675 West North Avenue, Suite 309 | City | Melrose Park |
| State | IL | Zip | 60160 |
| Phone | 708-450-5757 | Email | |
| Record Type | Medical, X-Rays, Billing, See Attached Rider/Scope | Other | |
| Date Pick Date From | All Dates | To Present Date To | False |
| Instruction | | Add'l Instructions | RIDER Please produce any and all records in your possession of any kind and nature pertaining to the patient referenced below for treatments rendered, consultations, office visits, telephone discussions, prescriptions, and any and all other contact with patient at any time whatsoever, including but not limited to the following: all office charts; office notes; histories, subjective complaints, objective findings, diagnoses, prognoses; initial office visit forms or other forms completed by the patient; notes of any and all telephone discussions with or pertaining to patient; copies of all correspondence in your possession (including but not limited to correspondence to and from the patient, the patient's attorneys, to and from any other physicians, to and from any insurance companies, to and from any employers, companies or other persons or entities); consultation reports; hospital records or portions of hospital records in your office chart; results of any tests, X ray reports, laboratory examinations and the like which are in your office records; insurance claim forms, attending physician's statements, and any and all other correspondence or documents relative to contacts with any insurance companies pertaining to patient; records of any worker's compensation claims or lawsuits brought or filed at any time by patient; all statements of charges pertaining to your treatment of this patient, up to and including the present date. No images please. This subpoena covers treatment for any and all conditions up to and including the present date. |

| | | | |
|---|---|---|---|
| Name | Loyola University Health System | Department | |
| Address | 2160 S. First Avenue | City | Maywood |
| State | IL | Zip | 60153 |
| Phone | | Email | |
| Record Type | Medical, X-Rays, Billing, See Attached Rider/Scope | Other | |
| Date Pick Date From | All Dates | To Present Date To | False |
| | | | RIDER Please produce any and all records in your possession of any kind and nature pertaining to the patient referenced below for treatments rendered, consultations, office visits, telephone discussions, prescriptions, and any and all other contact with patient at any time whatsoever, including but not limited to the following: all office charts; office notes; histories, subjective complaints, objective findings, diagnoses, prognoses; initial office visit |

| Instruction | | Add'l Instructions | forms or other forms completed by the patient; notes of any and all telephone discussions with or pertaining to patient; copies of all correspondence in your possession (including but not limited to correspondence to and from the patient, the patient's attorneys, to and from any other physicians, to and from any insurance companies, to and from any employers, companies or other persons or entities); consultation reports; hospital records or portions of hospital records in your office chart; results of any tests, X ray reports, laboratory examinations and the like which are in your office records; insurance claim forms, attending physician's statements, and any and all other correspondence or documents relative to contacts with any insurance companies pertaining to patient; records of any worker's compensation claims or lawsuits brought or filed at any time by patient; all statements of charges pertaining to your treatment of this patient, up to and including the present date. No images please. This subpoena covers treatment for any and all conditions up to and including the present date. |
|---|---|---|---|
| Name | Elmhurst Memorial Hospital | Department | Dr. Rukhsana Muneer |
| Address | 133 East Brush Hill Road, Suite 301 | City | Elmhurst |
| State | IL | Zip | 60126 |
| Phone | 630-832-2183 | Email | |
| Record Type | Medical, X-Rays, Billing, See Attached Rider/Scope | Other | |
| Date Pick | All Dates | To Present | False |
| Date From | | Date To | |
| Instruction | | Add'l Instructions | RIDER Please produce any and all records in your possession of any kind and nature pertaining to the patient referenced below for treatments rendered, consultations, office visits, telephone discussions, prescriptions, and any and all other contact with patient at any time whatsoever, including but not limited to the following: all office charts; office notes; histories, subjective complaints, objective findings, diagnoses, prognoses; initial office visit forms or other forms completed by the patient; notes of any and all telephone discussions with or pertaining to patient; copies of all correspondence in your possession (including but not limited to correspondence to and from the patient, the patient's attorneys, to and from any other physicians, to and from any insurance companies, to and from any employers, companies or other persons or entities); consultation reports; hospital records or portions of hospital records in your office chart; results of any tests, X ray reports, laboratory examinations and the like which are in your office records; insurance claim forms, attending physician's statements, and any and all other correspondence or documents relative to contacts with any insurance companies pertaining to patient; records of any worker's compensation claims or lawsuits brought or filed at any time by patient; all statements of charges pertaining to your treatment of this patient, up to and including the present date. No images please. This subpoena covers treatment for any and all conditions up to and including the present date. |
| Name | Elmhurst Memorial Healthcare | Department | |
| Address | 155 E. Brush Hill Road | City | Elmhurst |
| State | IL | Zip | 60126 |
| Phone | 331-221-1000 | Email | |
| Record Type | Medical, X-Rays, Billing, See Attached Rider/Scope | Other | |
| Date Pick | All Dates | To Present | False |
| Date From | | Date To | |
| Instruction | | Add'l Instructions | RIDER Please produce any and all records in your possession of any kind and nature pertaining to the patient referenced below for treatments rendered, consultations, office visits, telephone discussions, prescriptions, and any and all other contact with patient at any time whatsoever, including but not limited to the following: all office charts; office notes; histories, subjective complaints, objective findings, diagnoses, prognoses; initial office visit forms or other forms completed by the patient; notes of any and all telephone discussions with or pertaining to patient; copies of all correspondence in your possession (including but not limited to correspondence to and from the patient, the patient's attorneys, to and from any other physicians, to and from any insurance companies, to and from any employers, companies or other persons or entities); consultation reports; hospital records or portions of hospital records in your office chart; results of any tests, X ray reports, laboratory examinations and the like which are in your office records; insurance claim forms, attending physician's statements, and any and all other correspondence or documents relative to contacts with any insurance companies pertaining to patient; records of any worker's compensation claims or lawsuits brought or filed at any time by patient; all statements of charges pertaining to your treatment of this patient, up to and including the present date. No images please. This subpoena covers treatment for any and all conditions up to and including the present date. |
| Name | Gottlieb Memorial Hospital | Department | Loyola University Health System |

| | | | |
|---|---|---|---|
| Address | 2160 S. First Avenue | City | Maywood |
| State | IL | Zip | 60153 |
| Phone | | Email | |
| Record Type | Medical, X-Rays, Billing, See Attached Rider/Scope | Other | |
| Date Pick | All Dates | To Present | False |
| Date From | | Date To | |
| Instruction | | Add'l Instructions | RIDER Please produce any and all records in your possession of any kind and nature pertaining to the patient referenced below for treatments rendered, consultations, office visits, telephone discussions, prescriptions, and any and all other contact with patient at any time whatsoever, including but not limited to the following: all office charts; office notes; histories, subjective complaints, objective findings, diagnoses, prognoses; initial office visit forms or other forms completed by the patient; notes of any and all telephone discussions with or pertaining to patient; copies of all correspondence in your possession (including but not limited to correspondence to and from the patient, the patient's attorneys, to and from any other physicians, to and from any insurance companies, to and from any employers, companies or other persons or entities); consultation reports; hospital records or portions of hospital records in your office chart; results of any tests, X ray reports, laboratory examinations and the like which are in your office records; insurance claim forms, attending physician's statements, and any and all other correspondence or documents relative to contacts with any insurance companies pertaining to patient; records of any worker's compensation claims or lawsuits brought or filed at any time by patient; all statements of charges pertaining to your treatment of this patient, up to and including the present date. No images please. This subpoena covers treatment for any and all conditions up to and including the present date. |
| Attachments | | | |

Order submitted via client portal. Reference #[29312]

*Please do not reply to this message. This has been automatically generated and is for notification purposes only. Contact your local customer service representative or call 855-333-LOLA (5652) for any questions or concerns.*

*Please visit our website at  www.uslegalsupport.com*