# EXHIBIT D

## Sulaiman Law Group, LTD

DEDICATION | INNOVATION | COMPASSION | EXCELLENCE

900 Jorie Boulevard – Suite 150 - Oak Brook, Illinois 60523
Tel 630.575.8181 - Fax 630.575.8188

Ahmad T. Sulaiman
Ross M. Zambon
Mohammed O. Badwan
Matthew H. Hector
Mara A. Baltabols
Nathan C. Volheim
Charles L. Magerski
Paul M. Bach▲
Penelope Bach▲

▲ Of Counsel

November 19, 2014

<u>Sent Via Regular Mail & Fax</u>: (630) 834-3355

Dr. Ophelia Phillips, M.D.
Butterfield Family Medical Center
360 W. Butterfield Rd. Ste 140
Elmhurst, IL 60126

   Re:  Alena W. Hammer v. RCS, 13 cv 6397 (N.D.Ill.)

   Our Client:  Alena W. Hammer
   SS No.:  ▇▇▇▇1084
   Date of Birth: 7/7/1946
   Date of Care: August 1, 2010 through the present

Dear Sir or Madam:

  This office represents Alena W. Hammer in connection with the above referenced lawsuit. We write this letter on behalf of Ms. Hammer to obtain her medical records. As you may know, Ms. Hammer was forced to deal with two wrongful foreclosure actions that threatened to take her family home. As a result of the "never-ending" stress and anxiety caused by the wrongful foreclosures – that have spanned several years – Ms. Hammer suffered medical injuries between August 1, 2010 and the present. It is our understanding that Ms. Hammer was seen at your facility for these injuries, and has been an ongoing patient of yours through the present day.

  Pursuant to the enclosed HIPAA compliant medical authorization, please provide the undersigned with copies of all of the listed records and reports, including x-rays, nurses' notes, and your prognosis, diagnosis and treatment plan. Please also send the itemized billing statement for services rendered, including any Health Insurance Claim forms (HCFA) or Medicare of Medicaid billing forms (CMS-1500 & UB-04).

  In accordance with the Illinois Code of Civil Procedure, Examination of Health Care Records, Section 5/8-2001(e), we are requesting the records **within 30 days** of this request. If our client is a patient that has ongoing care with your office or facility, please contact us so we may discuss sending all of the records at the conclusion of their treatment. If possible, please **send all records and/or bills to my attention via fax at (630) 575-8188 or e-mail at** mara.baltabols@gmail.com.

  If this request has not been sent to the proper custodian, notify our office of the correct contact person and their address.

                Sincerely,

                Mara A. Baltabols, Esq.

Page 1 of 1

# Sulaiman Law Group, LTD

DEDICATION | INNOVATION | COMPASSION | EXCELLENCE

900 Jorie Boulevard – Suite 150 – Oak Brook, Illinois 60523
Tel 630.575.8181 – Fax 630.575.8188

Ahmad T. Sulaiman
Ross M. Zambon
Mohammad O. Badwan
Matthew H. Hector
Mara A. Baltabols
Nathan C. Volheim
Charles L. Magerski
Paul M. Bach▲
Penelope Bach▲

▲ Of Counsel

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: Alena W. Hammer     Health Record No:
Date of Birth: 7/7/1946    Social Security No: ███1084

1. I authorize the use or disclosure of the above named individual's health information as described below:

   For the purpose of representing Alena W. Hammer in the lawsuit, *Alena W. Hammer v. Residential Credit Solutions, Inc*, 13-cv-6397 (N.D.Ill). This suit involves a wrongful foreclosure(s) of Hammer's home and the mismanagement of Hammer's mortgage loan account over the last several years. As a result, Ms. Hammer suffered damages from the ensuing stress and anxiety that include medical bills.

2. The Following individual or organization is authorized to make the disclosure:

   Dr. Ophelia Phillips, M.D.
   Butterfield Family Medical Center
   360 W. Butterfield Rd. Ste 140
   Elmhurst, IL 60126

3. The type and amount of information to be used or disclosed is as follows:

   x   problem list
   x   medication list
   x   most recent history and physical
   x   most recent discharge summary
   x   laboratory results from 08/01/2010 to the present
   x   x-ray and imagine reports from 08/01/2010 to the present
   x   consultation reports from Dr. Ophelia Phillips, M.D.
   x   entire record
   x   medical records from 08/01/2010 to present
   x   medical bills from 08/01/2010 to present

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization:

   Sulaiman Law Group, Ltd.
   900 Jorie Blvd, Suite 150
   Oak Brook, IL 60523
   (630) 575-8181 Phone (630) 575-8188 Fax

   This information is to be disclosed for legal purposes.

6. I understand that I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoke, this authorization will expire on the following date, event or condition: termination or dismissal of the lawsuit, *Hammer v. Residential Credit Solutions*, 13-cv-6397 (N.D.Ill.).

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand any disclosure of information carried with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

_____   _11/19/14_____
Signature of Patient or Legal Representative   Date

_____   _____
If signed by Legal Representative, Relationship to Patient   Signature of Witness