# EXHIBIT G



**Alena W. Hammer**
U.S. Legal Support Client Services

to: Undisclosed recipients:;   02/13/2015 02:33 PM

Dear Stephanie Garris,

This is notification that records for:

Patient: **Alena W. Hammer**
Claim #: **0951421**
Client Matter #: **0951421**
Records Type: **Medical Records**
Location: **Loyola University Health System at Gottlieb Memorial Hospital**
Order No.: **478574.006**
Case Name: **Alena W. Hammer vs. Residental Credit Solution, Inc.**

are now available for access.

Records:
Medical Records

Please login at www.uslegalsupport.com if you would like to view your records.

Please do not reply to this message. This has been automatically generated and is for notification purposes only. Contact your local customer service representative or call 855-333-LQLA (5652) for any questions or concerns

Please visit our website at www.uslegalsupport.com