# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ALENA W. HAMMER, | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | File No. 1:13-cv-6397 |
| | ) | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | Honorable Judge Durkin |

<u>**ALENA HAMMER'S SUMMARY DISCLOSURES PURSUANT TO RULE 26(a)(2)(C)**</u>

Plaintiff Alena Hammer hereby provides the following summary disclosures under Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure with respect to her treating physicians, Dr. Ofelia Phillips and Dr S.J. Hasanain, as follows:

**(i)** <u>the subject matter on which the witness is expected to present evidence:</u>

**Dr. Ofelia Phillips** – Dr. Phillips is Plaintiff's primary care physician who has treated Plaintiff since approximately 2009. Dr. Phillips will likely testify as to her differential diagnosis of the Plaintiff, her treatment of the Plaintiff's condition (including prescriptions issued), and personal observations of the Plaintiff made during the course of her treatment and care of the Plaintiff.

**Dr. S.J. Hasanain** – Dr. Hasanain is Plaintiff's cardiologist who has treated Plaintiff since approximately 2006. Dr. Hasanain will likely testify as to his differential diagnosis of the Plaintiff, treatment history of Plaintiff's cardiac issues/conditions (including his prescriptions written in furtherance of his treatment regimen). In addition, Dr. Hasanain will testify concerning his personal observations of Plaintiff made during the course of his treatment and conditions.

**(ii)** <u>a summary of the facts and opinions to which the witness is expected to testify.</u>

**Dr. Ofelia Phillips** – It is expected that Dr. Phillips will testify about her personal observations of Plaintiff's condition which occurred during her treatment of Plaintiff. It is expected that Dr. Phillips will testify concerning the severity of the stress, anxiety, and depression experienced by Plaintiff and the time periods of those conditions. It is also expected that Dr. Phillips will give testimony regarding her management of the symptoms of Plaintiff's congestive heart failure and

the regimen of medicines prescribed to manage those symptoms. Dr. Phillips' testimony will focus on her personal knowledge of Plaintiff's condition, treatment, diagnosis, and her medical records and medical history.

**Dr. S.J. Hasanain** – It is expected that Dr. Hasanain will provide testimony regarding the treatment of Plaintiff's heart condition. Dr. Hasanain will testify with respect to his records, observations, and his diagnosis of Plaintiff's heart condition and his treatment regarding his management of Plaintiff's heart condition. In the course of explaining his diagnosis and treatment, Dr. Hasanain may discuss generally accepted data and principals as part of explaining his diagnosis and treatment of Plaintiff. Dr. Hasanain's testimony will focus on his personal knowledge of Hammer's condition, treatment, diagnosis, and his medical records and medical history. Plaintiff expects testimony will be in agreement with his medical records previously provided to RCS.

February 5, 2015                         Respectfully submitted on behalf of
                                         Plaintiff Alena Hammer,

                                         /s/Ross Zambon
                                         Attorney for Plaintiff

Sulaiman Law Group, Ltd.
Ross M. Zambon (ARDC # 6294149)
Mara A. Baltabols (ARDC # 6299033)
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523

## CERTIFICATE OF SERVICE

I, Ross M. Zambon, an attorney, certify that on February 5, 2015 I caused the foregoing **Rule 26(a)(2)(C) Summary** to be served upon counsel of record, as listed below, via email.

                                         /s/ Ross M. Zambon
                                         ---------------------------------------------
                                         ROSS M. ZAMBON, No. 6294149
                                         SULAIMAN LAW GROUP, LTD.
                                         Attorney for Plaintiff
                                         900 JORIE BOULEVARD, SUITE 150
                                         OAK BROOK, ILLINOIS 60523

**John P. Ryan** – jryan@hinshawlaw.com
Hinshaw & Culbertson LLP
222 N LaSalle Street, Suite 300
Chicago, IL 60601

2