# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALENA W. HAMMER,           )
                           )
        Plaintiff,         )
                           )
    -vs-                   ) No. 13 C 6397
                           )
RESIDENTIAL CREDIT SOLUTIONS, )
INC.,                      )
                           )
        Defendants.        )

        The videotaped discovery deposition of SYED J. HASANAIN, M.D., called as a Witness, pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Donna O'Connor, a Certified Shorthand Reporter within the State of Illinois, at the location of 675 West North Avenue, Melrose Park, Illinois, on Wednesday, February 25, 2015, commencing at 1:41 p.m., pursuant to subpoena.

Reported by: Donna O'Connor, C.S.R.
License No.: 84-003579

Page 22

1  after 2007 or 2008?
2  A.  I believe that is correct, yes. From
3  August of 2011, I have been seeing her quite
4  regularly.
5  Q.  Okay. And before 2011, you have seen
6  Alena Hammer sporadically or --
7  A.  Again, I have no clear recollection. My
8  notes indicate that she had an angiogram done in
9  2000. Between 2000 and 2011, I would have to
10 research the records as we do not have office
11 records. But the hospital possibly may have seen
12 her.
13 Q.  Are you aware that Alena Hammer has had
14 other cardiologists treating her?
15 A.  She at one time was being treated by a
16 group at Elmhurst Hospital, and they put in a
17 pacemaker. And actually, that's when she started
18 coming to me. She did not want to see them
19 again.
20 Q.  All right. Was she also seeing a
21 cardiologist? I think his name is Lopez at
22 Loyola?
23 A.  I think Dr. Lopez saw her after I
24 started seeing her. And then she needed, I

Page 23

1  believe, some gynecologic procedures, so it had
2  to be done. And we sent her to Loyola. And
3  before surgery, I'm sure Dr. Lopez was called to
4  clear her for surgery. And he was involved for a
5  short while, but she does not see him regularly.
6  Q.  Okay. But before she started seeing you
7  regularly in 2011, do you know who all her
8  treating cardiologists were dating back to when
9  she first started --
10 A.  I do not believe --
11 Q.  -- having hypertension?
12 A.  I would have no knowledge of that.
13 Q.  Okay. And her hypertension extends back
14 possibly to the 1980s, correct?
15 A.  Once again, I would have no evidence or
16 no clear -- We have to go by the patient's
17 history. And if she says I've had high blood
18 pressure for several years, I would have to
19 believe that. But I would have no proof one way
20 or the other.
21 Q.  And so Alena Hammer reported that she --
22 when you first saw her in 2011, that she had
23 hypertension for over 25 years. Correct?
24 A.  I think she mentioned something to that

Page 24

1  effect, that it is a longstanding condition.
2  Q.  And you have no reason to disagree with
3  the fact that her hypertension is a longstanding
4  condition, correct?
5  A.  That's correct.
6       (WHEREUPON, A DOCUMENT WAS
7       MARKED EXHIBIT NO. 4 FOR
8       IDENTIFICATION.)
9  Q.  All right. And showing you Exhibit
10 No. 4, Doctor, this is a record from
11 Dr. Phillips' office from 2006. Do you see that?
12 A.  June 20th, 2006, yes. That is correct.
13 Q.  And in her diagnosis section,
14 Dr. Phillips has congestive heart failure.
15 Correct?
16 A.  I'm trying to read this. No. 1,
17 hypertension; No. 2, atrial fibrillation; No. 3,
18 venous insufficiency; No. 4, Gout; No. 5 -- I
19 can't...
20 Q.  0A, osteoarthritis?
21 A.  Probably. No. 6, congestive heart
22 failure. That's correct.
23 Q.  Okay. So is it possible that
24 Alena Hammer has had congestive heart failure at

Page 25

1  least dating back to '06?
2  A.  It doesn't necessarily mean that
3  although it is possible. Very often, the
4  diagnosis is incorrectly made by a lot of
5  treating physicians.
6  Q.  Okay. But you have no reason to
7  disagree with the notion that she may have had
8  congestive heart failure dating back to at least
9  2006?
10 A.  Yes, that's correct. I mean, that is
11 quite possible.
12 Q.  And in Alena Hammer's case, her chronic
13 diastolic congestive heart failure has been a
14 gradual and progressive disease?
15 A.  It's been more of a refractory heart
16 failure since 2011. Prior to that, I guess I did
17 not see her, so I can't speak for that. How long
18 it's been going on, whether it's been progressive
19 or was it of a sudden onset, I would have no way
20 of telling.
21 Q.  All right. And as far as her cardiac --
22 I'm sorry -- her congestive heart failure since
23 2011, do you know one way or the other what may
24 have aggravated it?

Page 26

1    A.  There's multiple conditions playing a
2  role here. One is, since 2011 her blood pressure
3  became extremely difficult to control. As you
4  can see in the 2006 note, it's a perfectly normal
5  blood pressure, 110 over 70-something, 78
6  according to this. But since she started coming
7  to me, her blood pressure has been extremely
8  difficult to treat.
9     We had to use multiple drugs for a
10 very long time, so that could be one reason for
11 heart failure. The other reason very likely was
12 atrial fibrillation that she developed, irregular
13 heartbeat.
14    The third reason, pulmonary
15 hypertension, can lead to congestive heart
16 failure. So there are multiple factors since
17 that time.
18    Q.  And is there any way to determine what
19 caused an elevation in her hypertension back in
20 2011?
21    A.  It's, again, we are talking about
22 essential systemic hypertension or pulmonary
23 hypertension.
24    Q.  Well, you said there was a combination

Page 27

1  of factors that she --
2    A.  She had both, and they both can cause
3  heart failure.
4    Q.  Okay. So in 2011, both her pulmonary
5  and systemic hypertension aggravated her
6  congestive heart failure?
7    A.  That is correct. However, something
8  aggravated her blood pressure and both, the
9  pulmonary hypertension, became a big problem.
10   Q.  Okay. And do you know what may have
11 caused an aggravation of her hypertension?
12   A.  It's very difficult for me to tell.
13 Very often, it's due to -- It's a multifactorial
14 thing which involves the amount of sodium intake
15 by the patient. The amount of stress the patient
16 is undergoing. Very many factors. Very
17 difficult to sort it out. So I really have no
18 definite idea about that.
19   Q.  So you do not hold an opinion as to what
20 may have aggravated her hypertension?
21   A.  She was under an extreme amount of
22 stress, and that can always make both systemic
23 hypertension as well as pulmonary hypertension
24 worsen. But it's very difficult to quantify

Page 28

1  those things.
2     I would not have a test that I could
3  see if that is operative or not. She denied use
4  of excessive sodium intake. So it's somewhat of
5  an enigma to me.
6    Q.  And that's all I was asking. You can't
7  testify within a reasonable degree of medical
8  certainty what may or may not have aggravated her
9  hypertension?
10   A.  Well, we can only assume that all of
11 these factors that I mentioned, that they are
12 working together. Which one is the dominant
13 factor, no, you cannot tell that.
14   Q.  So in answer to my question, you can't
15 offer an opinion within a reasonable degree of
16 medical certainty what may or may not have
17 aggravated her hypertension based on all of the
18 factors you discussed?
19   A.  As I said, the two things that would be
20 operative may have something to do with it. One
21 would be stress induced. The second would be an
22 excessive amount of sodium intake.
23   Q.  Okay.
24   A.  But between these two factors, one can

Page 29

1  have an aggravation of blood pressure as well as
2  pulmonary hypertension.
3    Q.  Have you ever documented her stress in
4  your medical records?
5    A.  No. I have to go through my medical
6  records. I don't know what I have written. I
7  would have to read them. If you wish, I could go
8  over them --
9    Q.  Yes, let's do that.
10   A.  -- to see if I have...
11   Q.  Sure.
12   A.  I'll have to read and see what's...
13   Q.  You can probably start at August of --
14 Let's look at the first note.
15   A.  2011?
16   Q.  That's where you say her blood pressure
17 was aggravated, correct?
18   A.  The blood pressure was not so bad in the
19 first visit.
20   Q.  140 over 90?
21   A.  140 over 90 is sort of a borderline
22 blood pressure. But the next visit, it went up
23 to 150/110.
24   Q.  Right.

Page 42

1  electrocardiogram. Then it depends on what you
2  want to rule out.
3      We have ruled out coronary artery
4  disease twice, at least, by doing that. The gold
5  standard is clearly cardiac catheterization and a
6  heart angiogram. Once you do that, you pretty
7  much know what you can know about a heart
8  condition. Is it due to a coronary artery
9  disease? So you take a picture of the coronary
10 arteries. Is it due to cardiomyopathy? So you
11 take a picture of the left ventricle and see how
12 it is contracting. You measure pressures from
13 all different chambers of the heart to rule out
14 valvular heart disease, etcetera, etcetera. So
15 that was all done.
16     Q. Did you ever do any type of causative
17 analysis to determine what may have aggravated
18 her cardiac conditions?
19     A. Well, it seemed like the stress was
20 playing big role in her condition. And whether
21 this was actually-- It certainly was not the
22 cause of it. It did not start pulmonary
23 hypertension. It is nothing that we know. In
24 over 90, 95 percent of the patients, we do not

Page 43

1  know what causes pulmonary hypertension.
2      There are a few of the rare causes
3  like collagen disorders. We rule that out by
4  running the appropriate testing for that.
5      Q. In April of 2011 -- I'm sorry.
6      In August of 2011, your first visit
7  with her?
8      A. Yes.
9      Q. Was there any mention of stress
10 symptoms?
11     A. No. I usually don't mention stress.
12 That was the first time I was seeing her after
13 many years. And my emphasis in my note was to
14 diagnose her condition before getting as to what
15 is playing a role.
16     Generally, from a medical standpoint,
17 stress is something that we advise patients to
18 avoid. And we have repeatedly told her to avoid
19 stress, both physical as well as psychological
20 stress. All patients with pulmonary hypertension
21 are advised to do that. However, this is not a
22 form of therapy that is mainstream in medicine
23 where we will send them for counselling and so on
24 unless someone has really severe psychiatric

Page 44

1  stress from a psychiatric illness.
2      So generally, it is a general
3  recommendation. The patient should avoid
4  physical stress which will -- Excuse me.
5      MR. LYDON: Off the record.
6      THE VIDEOGRAPHER: Going off the record
7  at 2:34 p.m.
8      (WHEREUPON, after a short
9      break, proceedings continued
10     as follows:)
11     THE VIDEOGRAPHER: We are going back on
12 the record at 2:34 p.m.
13 BY MR. LYDON:
14     Q. So going back to my question, if you are
15 testifying today that you believe stress
16 aggravated her cardiac condition, wouldn't that
17 be something important to note in your medical
18 records?
19     A. Well, it may or may not be. The first
20 visit is generally when patients -- We're trying
21 to evaluate and find out what is the diagnosis
22 here before we get to the stress part of it or
23 whatever.
24     Q. Okay. So let's go to your next visit.

Page 45

1      A. Yes. I think, once again, most of these
2  things you will probably find in the hospital
3  records where someone comes in with heart
4  failure, and that's where they are at their
5  worst, so to speak, physically.
6      And that's where we go over the
7  recommendations. The nurses are told and we
8  discuss all of these things. So the hospital
9  records would probably better reflect than the
10 office records.
11     Q. Well, wouldn't the office records -
12 that's where you get a chance to sit down in a
13 quiet setting and discuss a treatment plan and
14 fully discuss all of the relevant symptoms to a
15 patient's condition, true?
16     A. That's true. However in a
17 life-threatening condition, stress, yes. But
18 since we have no treatment for stress, per se,
19 you know, we would say: Avoid physical activity
20 which could lead to worsening of your symptoms,
21 dyspnea, etcetera, as well as any type of
22 psychological stress. This is part of --
23     People are reading nowadays -- The
24 website of pulmonary hypertension, the first

Page 50

1  advice about --
2      Stress is unavoidable. I can tell a
3  patient, well, you don't do such and such. But
4  many times, it is unavoidable. So my writing is
5  not -- I'm not doing it for legal purposes,
6  writing it, that some patient will go to a court
7  for this or that reason. So we are not really
8  writing those things.
9      Q. Well, why is it so obvious that
10 Alena Hammer had stress from 2011 on?
11     A. That, I did not quite go into it. She
12 always mentioned there were family problems and
13 the house was being foreclosed. And of course
14 after 2008, this was being kind of a quite common
15 condition where a lot of our patients have had
16 those sort of things. But since -- I was unable
17 to help her in that regard. So that is why it is
18 not part of my notes.
19     Q. But are you testifying here today that
20 you hold the opinion that within a reason degree
21 of medical certainty, that stress aggravated her
22 cardiac conditions? Is that your opinion here
23 today?
24     A. That is my opinion.

Page 51

1      Q. All right. How did you rule out all of
2  the other risk factors? Take me through the
3  process, your methodology of how you ruled out
4  all of Alena Hammer's other risk factors that may
5  have aggravated her cardiac conditions.
6      A. Well, I'm not ruling out anything.
7  Essentially, you cannot rule out. As I said, it
8  is a multifactorial problem.
9      She had three or four serious, deadly
10 conditions: Heart failure, as we have alluded to
11 already; severe hypertension; severe pulmonary
12 hypertension; atrial fibrillation; having a
13 pacemaker; renal failure. So it's a combination.
14 Stress is not the only one thing.
15     Q. Right. And those diseases, atrial
16 fibrillation, congestive heart failure, the
17 hypertension, can progress all on their own
18 without any risk factors --
19     A. That is also possible.
20     Q. You cannot sit here today and say that
21 in the absence of any stress that Alena Hammer
22 may or may not have experienced, she would not
23 have suffered an aggravation --
24     A. That's just --

Page 52

1      Q. All right. Now I have to start over.
2      A. I'm sorry.
3      Q. All right. You can't, as we sit here
4  today, tell us that within a reasonable degree of
5  medical certainty, that in the absence of any
6  stress that Alena Hammer was experiencing, her
7  cardiac conditions would not have progressed.
8      A. My feeling is that her condition might
9  not have progressed as much. It might have
10 progressed, but not quite as bad -- particularly
11 the blood pressure always being very, very high,
12 and the pulmonary hypertension being such a big
13 problem. Although pulmonary hypertension has
14 less to do with stress than systemic
15 hypertension.
16     Systemic hypertension is very much
17 sensitive to stressful conditions. We see
18 patients all the time where the blood pressure is
19 not controlled when they are under stress.
20     Q. Right. So that wasn't my question.
21 Because we are not talking about feelings and
22 might haves.
23     My question is, as we sit here today,
24 can you say within a reasonable degree of medical

Page 53

1  and cardiovascular certainty, that in the absence
2  of any stress that Alena Hammer may have
3  experienced, she would not have seen a
4  progression of her disease.
5      A. Well, in my experience of seeing heart
6  patients for the past 40 years, I would say this
7  was an unusual case. And since we have not been
8  able to find anything else which would have
9  aggravated her condition, stress seems to be the
10 likely factor.
11     Q. Okay. So how did you rule out all of
12 the other risk factors to come to stress?
13     A. Well, we have ruled -- Every time we see
14 the patient, particularly when they come in
15 severe heart failure in the hospital, we rule out
16 all of these other factors which could aggravate.
17     For instance, you rule out pulmonary
18 embolism, blood clots to the lungs which may
19 produce heart failure. You rule out coronary
20 artery disease, ischemia or lack of blood supply
21 to the heart. We rule that out. You rule out
22 fast heart rate, atrial fibrillation. We control
23 her heart rate. So we ruled that out as an
24 aggravating factor.

Page 54

1  So we have ruled out everything else,
2  and yet her condition was not improving. So it
3  is quite possible that stress was the likely
4  culprit.
5  Q. Right. And we are not talking about
6  "quite possible." Is there anything in your
7  records that show you ruled out the cause of any
8  aggravation of her cardiac conditions?
9  A. It may not show in my office records,
10 but the hospital records clearly show the tests
11 that we did to rule out all of the factors.
12 Q. And those are for diagnosis, correct?
13 Those were diagnostic studies, correct?
14 A. Yes.
15 Q. So what I want to know, is there
16 anything in the office records, hospital records
17 anywhere that show that you ruled in all
18 potential causes of any aggravation of
19 Alena Hammer's cardiac conditions, and then
20 systematically ruled them out --
21 A. Such as?
22 Q. Well, we've kind of gone through some of
23 these. Old age, that's a risk factor. Correct?
24 A. No.

Page 55

1  Q. It's not?
2  A. It's not a risk factor for aggravation
3  of heart failure.
4  Q. How about a sedentary lifestyle with no
5  regular exercise? Is that a risk --
6  A. These things are a risk factor to bring
7  on for the first time heart disease, yes. Old
8  age. However, a person does not get that old
9  within a matter of five years.
10    Secondly, a sedentary lifestyle, yes,
11 would be a contributing factor to begin, to start
12 out. But once they are so symptomatic -- They
13 cannot walk from here to the door or take a few
14 steps, being short of breath. You don't expect
15 them to have an active lifestyle.
16 Q. Right. And that can aggravate cardiac
17 conditions?
18 A. Generally, it doesn't. We advise
19 patients not to exercise, these patients. And
20 many other cardiac patients with cardiomyopathy,
21 they are seriously advised not to exercise
22 because exercise has a very deleterious effect on
23 their condition.
24    Patients with pulmonary hypertension

Page 56

1  are advised not to exercise. It's a very bad
2  effect on their health.
3  Q. Family history of cardiac disease, is
4  that a risk factor for --
5  A. That is completely --
6  Q. Doctor, I have to finish my question.
7  A. I'm sorry.
8  Q. How about a family history of cardiac
9  disease? Is that a risk factor for progression
10 of existing cardiac conditions?
11 A. No, absolutely not.
12 Q. Why not?
13 A. Because it has no relevance whatsoever.
14 Cardiac history, a family history of heart
15 disease, is relevant in the sense that one may
16 start having some sort of heart disease. That is
17 not a risk factor in terms of progression of your
18 heart disease. That is very individual,
19 depending on what a person's condition is.
20 Q. So it's only relevant for the initial
21 diagnosis?
22 A. Exactly.
23 Q. And it's not relevant to put it in the
24 record for a patient that has had a longstanding

Page 57

1  cardiac condition?
2  A. It is absolutely irrelevant, once you
3  make a diagnosis of a cardiac condition, whether
4  any family member had that same heart disease or
5  not, for the progression or treatment of that
6  patient.
7  Q. How about noncompliance with medication.
8  That's certainly a risk factor.
9  A. That is absolutely a risk factor.
10 Q. Okay. Any evidence that you saw in the
11 record that --
12 A. We --
13 Q. Wait. Any evidence in the records that
14 you saw that Alena Hammer was not complying with
15 her medications?
16 A. I did not see any evidence of
17 noncompliance. We normally receive from the
18 pharmaceutical companies and insurances letters
19 if the patient is keeping track or patient taking
20 medication, there was never anything reported to
21 me.
22 Q. Okay. So just to be clear, it is your
23 belief that Alena Hammer was completely compliant
24 with her medications. Correct?

Page 58

1  A. To the best of my knowledge, I would
2  say.
3  Q. If she was not, that certainly would be
4  a risk factor for aggravating her cardiac
5  condition?
6  A. You are correct.
7  Q. How about drinking alcohol?
8  A. It's quite controversial. Alcohol
9  generally affect patients' heart muscle. Since
10 she has no cardiomyopathy and normal ventricular
11 function, alcohol would not be a factor.
12      Certain types of alcohol with high
13 amounts of sodium could aggravate one's blood
14 pressure. However, she denies the use of
15 alcohol.
16 Q. As part of rendering care and treatment
17 to your patients, it is sometimes important to
18 get information from family members. True?
19 A. Yes.
20 Q. Family members can provide important
21 information for your diagnosis and treatment
22 plans about a patient's symptoms and lifestyle.
23 Correct?
24 A. That's correct.

Page 59

1      (WHEREUPON, A DOCUMENT WAS
2      MARKED EXHIBIT NO. 6 FOR
3      IDENTIFICATION.)
4  Q. Doctor, showing you Exhibit 6, this is a
5  Loyola Hospital record from 2011. Correct?
6  A. October, 2011. Yes.
7  Q. And this appears to be a nurse's note
8  regarding Alena Hammer?
9  A. Yes, that's correct.
10 Q. All right. If you take a second and
11 read the very short interview that the nurse had
12 with Alena Hammer's son.
13 A. I see that.
14 Q. Do you know Alena Hammer's son?
15 A. I've never met him.
16 Q. He has never come to any office visits?
17 A. Never.
18 Q. Do you see where Alena Hammer's son told
19 the nurse that Alena Hammer has been a drinker
20 for many years?
21 A. I see it written here.
22 Q. Do you also see where he tells the nurse
23 that Alena Hammer will not be honest in answering
24 questions about her drinking?

Page 60

1  A. I have read this here for the first
2  time.
3  Q. Did you see the part where
4  Alena Hammer's son said Alena Hammer will not be
5  honest in answering questions about her drinking?
6  A. I see it written here.
7  Q. Okay. Do you have any reason to
8  disagree with the information provided by
9  Alena Hammer's own son?
10 A. No. However, from a medical standpoint,
11 there was never any evidence of someone who has
12 been using alcohol. Her liver functions,
13 etcetera, did not indicate the chronic alcoholic.
14 And she -- I had no reason not to believe the
15 fact that she is saying that she does not drink.
16 So from my standpoint, either way, I would not
17 know that.
18 Q. You don't have an opinion one way or
19 another of whether or not Alena Hammer abuses
20 alcohol?
21 A. I would be very surprised if she did.
22 Q. But you don't know?
23 A. I don't know for a fact.
24 Q. And drinking alcohol can certainly

Page 61

1  exacerbate cardiac conditions, correct?
2  A. Only if you have a cardiomyopathy or
3  hypertension. Certain types of alcohol,
4  particularly beers with large amounts of sodium.
5  -- and sodium can make one go into congestive
6  heart failure, yes. It can aggravate congestive
7  heart failure.
8      Can we take a short break here?
9      MR. LYDON: Sure.
10     THE VIDEOGRAPHER: We are going off the
11 record at 2:54 p.m.
12     (WHEREUPON, after a short
13     break, proceedings continued
14     as follows:)
15     THE VIDEOGRAPHER: Going back on the
16 record at 3:06 p.m.
17     (WHEREUPON, A DOCUMENT WAS
18     MARKED EXHIBIT NO. 7 FOR
19     IDENTIFICATION.)
20 BY MR. LYDON:
21 Q. Doctor, showing you what has been marked
22 as Exhibit No. 7, does that appear to be a Loyola
23 Hospital record for Alena Hammer from March 21st,
24 2014?

Page 62

1  A. I see that.
2  Q. It is a cardiac record, a cardiologist's
3  record; is that correct?
4  A. That's correct.
5  Q. Do you see where the indications are?
6  "Congestive heart failure with cardiomyopathy"?
7  A. And dyspnea, yes. I see that.
8  Q. Do you agree with that?
9  A. No.
10 Q. You disagree that she had a
11 cardiomyopathy?
12 A. A cardio biopsy?
13 Q. A cardiomyopathy.
14 A. No, she does not have cardiomyopathy.
15 Q. So you disagree that --
16 A. Absolutely.
17 Q. I'm not finished with my question,
18 Doctor.
19 A. Okay.
20 Q. Do you disagree with Dr. Lopez, the
21 Loyola cardiologist's diagnosis? Correct?
22 A. Yes.
23 Q. And Loyola is where she had the
24 echocardiogram done in or around that time?

Page 63

1  A. She has had multiple echocardiograms,
2  both at Gottlieb, Elmhurst, at Loyola and in my
3  office.
4  Q. Right. And the exhibit that I showed
5  you before that showed the heart enlargement, was
6  from Loyola. Correct?
7  A. All of her echocardiograms everywhere
8  have shown enlargement of those chambers of the
9  heart that we discussed earlier which is the
10 right ventricle and both atriums.
11 Q. But that's what Dr. Lopez is talking
12 about when he says cardiomyopathy, correct? The
13 enlarged heart that --
14 A. No. Cardiomyopathy is not -- Every
15 enlargement of the heart is not cardiomyopathy.
16 Q. What is Dr. Lopez referring to then when
17 he says cardiomyopathy?
18 A. I don't know what he is referring to.
19 She does not have cardiomyopathy.
20 Q. What is a cardiomyopathy?
21 A. Cardiomyopathy is weakness of the heart
22 muscle. She does not have any evidence of
23 weakness of the heart muscle according to this
24 report. He says global left ventricular function

Page 64

1  was mildly depressed. Ejection fraction --
2  Q. Doctor, my question was, what is
3  cardiomyopathy? And you said it was weakness of
4  the muscle. Correct?
5  A. Yes, that's right.
6  Q. All right. And the weakness of the
7  muscle will cause the heart to enlarge, correct?
8  A. It can. It may or may not, but it can
9  make it enlarge.
10 Q. And in cardiomyopathy, it is typical to
11 find an enlarged heart. Correct?
12 A. Certain types of cardiomyopathy, not
13 all.
14 Q. Congestive -- strike that. Atrial
15 fibrillation weakens the heart muscle, correct?
16 A. Atrial fibrillation does not affect the
17 heart muscle.
18 Q. Does systemic hypertension weaken the
19 heart muscle?
20 A. Systemic hypertension does not weaken
21 the heart muscle. It makes it enlarged and
22 thickens. However, the majority of the time, the
23 heart muscle is functioning, contracting
24 normally. It is not weak.

Page 65

1  Q. So you don't think, to clarify, that
2  Alena Hammer's heart muscle has been weakened in
3  any way with all of these cardiac conditions?
4  A. There was no evidence, and that is what
5  I was about to say. The ejection fraction
6  determines how strong or weak the heart muscle
7  is. They have noticed now for the first time at
8  45 percent. All previous echoes have shown 55 or
9  60 percent.
10 Q. Well, you know that's not true.
11 Correct?
12 A. It is true.
13 Q. She's had 28 percent in the past?
14 A. I have never seen that.
15    (Document tendered.)
16 Q. Doctor, I'm going to show you Exhibit
17 No. 2 again. It is a Loyola Hospital record from
18 April of 2014.
19 A. I see that.
20 Q. It is a cardiologist report; is that
21 correct?
22 A. It is a report by, I guess, Dr. Rabbat.
23 Q. And Dr. Rabbat in the history reports
24 that Alena Hammer has had a 28 percent ejection

Page 66

1  fraction in the past. Correct?
2     A.  I don't know how he has that impression
3  or where he got that information. I sent this
4  patient to them for treatment of pulmonary
5  hypertension, a very specialized treatment being
6  conducted in a very few centers, extremely
7  expensive. And that is why these people were
8  involved, upon my recommendation based on my
9  history. Where he got this, 28 percent, I've
10 never seen that before.
11    Q.  So you referred Alena Hammer to Loyola
12 because they are extremely competent medical
13 providers, correct?
14    A.  No. It has nothing to do with
15 competence. Pulmonary hypertension treatment
16 could run into hundreds of thousands of dollars.
17 And it's only approved for certain large
18 institutions. This is a rare condition. Most
19 small hospitals do not see very many patients.
20 So --
21    Q.  Is Loyola a small hospital?
22    A.  No. Now, let me finish this time.
23       So larger university hospitals is
24 where these patients are sent so they can deal

Page 67

1  with this condition and start their treatment.
2  And as a result of my referral there, she
3  underwent these tests.
4        But this information, where he got
5  this information, I don't know. Because I was
6  providing this information. We had no evidence
7  of her ever having low ejection fraction.
8     Q.  Loyola Hospital is one of the premier
9  heart centers in the Chicago area.
10    A.  We are part of it.
11    Q.  Loyola Hospital is one of the premier
12 heart centers in the --
13    A.  You did not understand me. Gottlieb is
14 part of Loyola University Medical Center.
15    Q.  Right.
16    A.  We are one hospital.
17    Q.  Right. And you didn't understand me.
18 Loyola Hospital is one of the premier heart
19 centers in the Chicago area --
20    A.  Absolutely. I agree with that. We are
21 part of that. We are on faculty of Loyola. We
22 are part of Loyola University. We share the
23 staff. We have the same computers. This is one
24 hospital in two different campuses.

Page 68

1     Q.  Right. And so is Dr. Rabbat who saw
2  Alena Hammer on April 1st, 2014. Correct?
3     A.  I am not familiar with Dr. Rabbat.
4     Q.  He is one of the Loyola physicians,
5  correct?
6     A.  He's at Loyola, but he is not a
7  cardiologist, to the best of my knowledge. I
8  sent this patient to Dr. Lopez.
9     Q.  Do you think Dr. Rabbat made this up
10 that she had an ejection fraction of 28 percent?
11    A.  I am only saying I don't know where he
12 got that information. I would like to see
13 physical and objective evidence. Where was that
14 test done? I am not aware of that.
15    Q.  So you can't say whether this is
16 accurate one way or the other as we sit here
17 today.
18    A.  I have repeatedly done echocardiograms,
19 and her ejection fraction has always been normal.
20    Q.  And as he noted, 28 percent in the past,
21 but in the recent echo, the ejection fraction was
22 60 percent. Correct?
23    A.  Well --
24    Q.  So he acknowledged that there is a

Page 69

1  higher ejection --
2     A.  That is exactly the point. An ejection
3  fraction does not improve from 28 to 60 percent.
4  That would be an extremely, extremely, extremely
5  rare occurrence if that ever happens.
6     Q.  Ejection fraction cannot improve?
7     A.  Does not improve that dramatically from
8  28 to 60 percent. I would say that would be an
9  extremely unusual and a rare occurrence that I've
10 never seen in 40 years of my practice.
11    Q.  So Dr. Rabbat got it wrong?
12    A.  I'm not saying he got it right or wrong.
13 It does not make any sense to me. This is not
14 the correct diagnosis.
15    Q.  28 percent would show a weak heart,
16 correct?
17    A.  An extremely weak heart.
18    Q.  Did you say that Alena Hammer had
19 resistant hypertension?
20    A.  That's correct.
21    Q.  All right. And resistant hypertension
22 would be hypertension that is difficult to
23 control no matter what. Correct?
24    A.  That's correct.

Page 70

1  Q. Regardless of any risk factors, correct?
2  A. That is true.
3  Q. All right. So how can you say as we sit
4  here today that Alena Hammer's stress aggravated
5  her high blood pressure or her hypertension
6  versus just the fact that she had longstanding
7  resistant hypertension?
8  A. No, she did not have longstanding
9  resistant hypertension. My notes clearly
10 indicate that her blood pressure initially when I
11 saw her was perfectly normal.
12      I am reading one of the notes that
13 you showed me, one of my earlier notes, that it
14 was down to 110 over 70 which is actually on the
15 low side.
16      (WHEREUPON, A DOCUMENT WAS
17      MARKED EXHIBIT NO. 8 FOR
18      IDENTIFICATION.)
19 Q. Doctor, I am showing you Exhibit No. 8.
20 It's a Gottlieb record, correct?
21 A. That's correct.
22 Q. That's your record, correct?
23 A. That is correct.
24 Q. Consultation date of December 29th,

Page 71

1  2012?
2  A. That's right.
3  Q. Now, you just said you did not say she
4  had a long history of resistant hypertension.
5  But your note here indicates just the opposite.
6  Correct?
7  A. Well, this is not correct what I wrote
8  here. She has a longstanding history of
9  hypertension which has become resistant recently.
10      If you go over my notes which clearly
11 show the blood pressure, long before December,
12 2012, many of her blood pressures were normal.
13 Q. What it says here, and this is your
14 note, correct?
15 A. Yes.
16 Q. "The patient has had a longstanding
17 history of resistant hypertension requiring multi
18 antihypertensive medications." That's what you
19 wrote back in 2012. Correct?
20 A. Yes.
21 Q. Looking at the end, your impression back
22 in 2012, do you write anywhere in your impression
23 that she was suffering from an aggravation of her
24 hypertension?

Page 72

1  A. What do you mean by aggravation of
2  hypertension?
3  Q. Well, I thought you testified before
4  that in the last couple of years, her
5  hypertension has aggravated her cardiac
6  conditions; is that right?
7  A. That's quite possible.
8  Q. Well, we're not here to talk about
9  possible. If you can't say more likely than not,
10 then let us know right now.
11      I mean, if you're talking about
12 possibilities, that's one thing. But if you are
13 talking about more likely than not, that's what I
14 would like to know, within a reasonable degree of
15 medical certainty.
16 A. You can never be sure about what is
17 making blood pressure resistant to therapy, what
18 is accelerating it. And as I mentioned before,
19 there are multiple factorial conditions. Many
20 factors are involved. You can never be certain
21 as to which one is doing it.
22 Q. Right. And in fact, each of those
23 conditions can progress on their own, correct?
24 A. I --

Page 73

1  Q. Doctor, each of those cardiac conditions
2  can progress on their own?
3  A. That is true.
4  Q. Okay. So I'm going back to the notion
5  that stress aggravated Alena Hammer's
6  hypertension which aggravated her overall cardiac
7  conditions.
8      Are you saying that that is a
9  possibility? Or are you saying here today that
10 most likely, that was the case?
11 A. I'm --
12     MR. WOOTEN: Objection. Let me just get
13 my objection on the record.
14     The medical standard is more likely
15 than not. It is not most likely. So I have an
16 objection to the form of the question.
17     THE WITNESS: I'm sorry. Say it again.
18 BY MR. LYDON:
19 Q. Go ahead and answer.
20 A. What was the question?
21 Q. Did you say before, when you said before
22 that stress may have aggravated her blood
23 pressure which in turn aggravated her cardiac
24 conditions, were you talking about a possibility?

## Page 74

1  Or were you talking about a probability?
2     A. It's both a possibility and a
3  probability.
4     Q. That doesn't make sense to me.
5     A. Why not?
6     Q. All right. Are you saying here today
7  that stress aggravated her blood pressure which
8  in turn aggravated her cardiac conditions was
9  something that you can say happened more likely
10 than not?
11    A. That's correct. That is very likely
12 that is what happened. You can never be one
13 hundred percent sure in these conditions in that
14 type of situation.
15    Q. And is there any record documenting --
16 any of your records that document any stress that
17 Alena Hammer was experiencing?
18    A. I have not gone through my records to
19 look for that, so I can't tell you. I have not
20 scanned every record, inpatient hospital records,
21 etcetera and my office records. But it is quite
22 a likely scenario, although it can never be
23 proven.
24    Q. Because of a host of may different risk

## Page 75

1  factors. Correct?
2     A. Well, because other conditions could be
3  involved. Also, it will be very difficult to
4  prove any psychological stress. For instance,
5  changing -- and you can guess and say, well, it
6  probably is related to that. But to be
7  absolutely certain, no, you cannot. There is no
8  test for that.
9     Q. So it says at the bottom of your note,
10 that she has been exposed to second-hand smoke
11 all her life.
12    A. What page is that?
13    Q. The first page right at the bottom.
14    A. "She claims she never smoked, but she
15 has been exposed to second-hand smoke all her
16 life. Rarely drinks."
17    Q. That can aggravate hypertension,
18 second-hand smoke? Correct?
19    A. No. Smoking has no affect on
20 hypertension. None.
21    Q. Now, she was hospitalized due to
22 aggravation of her cardiac conditions when you
23 saw her here in 2012, correct?
24    A. That's true.

## Page 76

1     Q. I would like you to look very carefully
2  at this record, and tell me if you note any
3  stress symptoms that Alena Hammer was
4  experiencing that may have aggravated her
5  condition.
6     A. Again, I have not read this note.
7     Q. That's what I'm asking you to do right
8  now.
9     A. Which paragraph do you want me to read?
10    Q. The whole thing. The whole report. It
11 is three pages. Is there any mention of stress
12 at all?
13    A. (Reviewing.) No, I don't see it in this
14 report.
15    Q. All right. Have you ever put it in a
16 report?
17    A. I might have. I would have to check my
18 reports.
19    Q. Okay. So are you saying that Exhibit 1
20 is not a complete set of your records?
21    A. Which is Exhibit 1? (Document
22 tendered.) All right. This is my office
23 records. I don't have any hospital records in
24 here.

## Page 77

1     Q. Did you see her in your office before
2  2011?
3     A. No, I believe I did not see her in the
4  office before 2011. But what I'm saying is, I
5  have only my office records here. There's no
6  hospital records here.
7     Q. You don't have any of your hospital
8  records in her file?
9     A. They're in the hospital computers, not
10 in our office.
11    Q. And you don't keep any of your hospital
12 records for your file?
13    A. No, we don't because we have access to
14 the computers.
15    Q. Didn't you say that in your hospital
16 records you're going to be more detailed?
17    A. Not necessarily detailed, but every
18 admission the patient comes in, we have the
19 records. All I'm saying is that I've not had a
20 chance to go over those records.
21    Q. Well, what hospitals have you seen her
22 at?
23    A. Except for the first time in 2000 when I
24 did the angiogram, I believe, again, I'm not sure

Page 78

1  if it was Gottlieb or Elmhurst Hospital. It's
2  mostly been at Gottlieb Hospital right here.
3     Q. Okay. And this is one of your hospital
4  records --
5     A. This is one of the hospital records,
6  that's correct.
7     Q. And this is right in the heart of where
8  you say her cardiac conditions were being
9  aggravated in December of 2012, correct?
10    A. It was an aggravation, definitely. But
11  once again, I don't know what aggravated it.
12    Q. I didn't ask you that. I think before
13  you testified that her cardiac conditions became
14  aggravated in 2012, 2013. Correct?
15    A. That's right.
16    Q. This is the end of 2012, this record
17  right here that you prepared at Gottlieb
18  Hospital; is that correct?
19    A. That's correct.
20    Q. And in this particular chart which is
21  three pages long. Correct?
22    A. Yes, it is.
23    Q. There is no mention of stress. Correct?
24    A. No.

Page 79

1     Q. Not in her history of present illness,
2  correct?
3     A. No. I didn't see it.
4     Q. Not in her past medical history.
5  Correct?
6     A. No.
7     Q. Not in the review of her symptoms.
8  Correct?
9     A. No.
10    Q. Not in your diagnosis. Correct?
11    A. No.
12    Q. Alena Hammer has hyperlipidemia; is that
13  correct?
14    A. I believe so.
15    Q. That's high cholesterol and high
16  triglycerides?
17    A. That's correct.
18    Q. Is that a risk factor for aggravation of
19  cardiac conditions?
20    A. In a very long-term basis, but not in a
21  short-term basis to cause congestive heart
22  failure requiring hospitalization.
23    Q. How long has Alena Hammer had
24  hyperlipidemia?

Page 80

1     A. Probably several years.
2     Q. Alena Hammer has lymphedema, correct?
3     A. That's a very vague term. It means very
4  little. But when the legs are markedly swollen,
5  you might say there's some degree of lymphedema.
6     Q. Alena Hammer has chronic obstructive
7  pulmonary disease, correct?
8     A. We really do not -- at least I do not
9  have any evidence of that, any proof of that.
10    Q. You diagnosed that?
11    A. It was a clinical diagnosis. Initially,
12  we thought it was causing -- She has COPD, and
13  she has been on some inhalers, etcetera.
14  However, most of the tests did not clearly show
15  that.
16       So to make a diagnosis of primary
17  pulmonary hypertension, you have to exclude
18  severe lung problems. Otherwise, that diagnosis
19  becomes secondary hypertension, not primary. So
20  she is diagnosed now, here in Loyola and
21  everywhere, as primary pulmonary hypertension.
22  So we do not have evidence of significant
23  pulmonary disease.
24       Now, I have not seen her recent

Page 81

1  tests, but from what I recall, they did not, the
2  pulmonary function studies, did not show
3  significant pulmonary function disease.
4     Q. She has significant respiratory
5  problems, correct, breathing problems?
6     A. She has very severe breathing problems.
7  I believe she is mostly homebound with oxygen.
8  She travels with oxygen, comes to the office with
9  oxygen.
10    Q. And you relate that solely to her
11  pulmonary hypertension?
12    A. Pulmonary hypertension would be the
13  number one cause of it. And whenever she goes
14  back into more heart failure, then that becomes a
15  contributing factor as well.
16    Q. Doctor, go back to your office records.
17    A. Yes.
18    Q. I want to close the loop on this.
19       MR. WOOTEN: Can you tell me what number
20  that is?
21       MR. LYDON: No. 1.
22       MR. WOOTEN: No. 1?
23       THE WITNESS: What page?
24

Page 82

1  BY MR. LYDON:
2  Q. Well, let's start on 36.
3  A. I'm looking at it.
4  Q. Okay. I see that there's a line item
5  for psychologic findings, is it, in your physical
6  exam?
7  A. Yes, uh-huh.
8  Q. All right. And she is negative for her
9  psychological exam, correct?
10  A. Well, I'm not a psychologist or
11  psychiatrist. I don't do a detailed
12  psychological exam. However, there would be
13  three things that we look for mainly here which
14  is written here: Delusion; depression; and,
15  hallucination. And I just marked it down that
16  this is my first visit, and I didn't put anything
17  there in particular, no.
18  Q. All right. Let's move along and see if
19  there's -- We'll look at this record in detail,
20  and we'll go through each one.
21  A. Okay.
22  Q. There's nothing in here about the
23  patient experiencing symptoms of stress.
24  Correct?

Page 83

1  A. Not in that first visit, no.
2  Q. All right. Let's go to her second
3  visit. That would have been November 9th, 2011?
4  A. Right.
5  Q. Is there anything in this record that
6  the patient was experiencing symptoms of stress?
7  A. No. What date is that?
8  Q. November 9th, 2011.
9  A. Mind you, I do not fill these for all of
10  the psychiatric, etcetera, etcetera. This is
11  just a printed sheet here, and it doesn't mean
12  that I'm going over each and everything and doing
13  a complete neurologic exam, for example. No.
14  This is not part of her cardiac visit.
15  Q. But if you felt she was experiencing a
16  symptom that was aggravating her cardiac
17  condition, it would be very important to note
18  that in your records, correct?
19  A. Yes. That is true.
20  Q. Correct? Not only for your diagnosis,
21  but for your treatment plan for her. Correct?
22  A. That is true, yes. But again, as I
23  said, I'm not an expert to say if a person is
24  severely depressed or anxious or whatever. These

Page 84

1  notes are strictly done for a cardiac standpoint
2  and not really all the other symptoms.
3     Generally, her primary care physician
4  would be the one that you should go and see. And
5  I may tell them, you know, stress is a diagnosis
6  of exclusion after we have ruled out everything
7  else there which may be aggravating her. So it
8  took awhile before we began to realize that after
9  we had ruled out all other factors, that probably
10  stress is the only thing that may be aggravating
11  her.
12     It could, again, as I said before, it
13  could be a noncompliance possibility, too much
14  salt intake possibility. Those things will also
15  aggravate the heart failure. There is no test
16  per se. It's a very nebulous thing, stress. And
17  everyone has a different reaction to stress and
18  different ways of handling stress. So again, I
19  have no expertise in that area that I can say
20  that that is the main factor.
21  Q. All right. Well, if you have no
22  expertise, how can you sit here today and say
23  that stress was aggravating her heart condition?
24  A. It seemed that she had been under

Page 85

1  stress, and it began to appear after many visits.
2  She did not initially even mention ever that that
3  was the condition that was what was aggravating
4  her. And then we begin to -- We were puzzled why
5  her blood pressure was not coming down despite a
6  lot of medication and everything. And then we
7  began to realize that it's probably -- this is
8  one of factors, not the sole factor, that may be
9  adding to all of the other problems.
10  Q. Can you say that that factor is more
11  likely than every other factor?
12  A. I cannot say it was more likely than
13  every other factor, no.
14  Q. And if stress was in your opinion
15  aggravating and progressing her cardiac
16  condition, it would have been imperative to put
17  that in her record?
18  A. Not necessarily. I mean, our records
19  are not always complete. We're always rushing
20  and records, they're never thorough and complete.
21  We don't have that much time to be writing all of
22  these things. They are written. I'm sure if I
23  go over the hospital records and see, it is
24  probably written somewhere there.

Page 86

1  Q. Which hospital?
2  A. At Gottlieb.
3  Q. Gottlieb. All right.
4  A. I do not have all the records from
5  Gottlieb.
6  Q. It certainly wasn't in that December,
7  2012 --
8  A. No, it was not.
9  Q. So going back, I know you don't write
10 every detail in your notes --
11 A. Exactly.
12 Q. -- but if she is experiencing a symptom
13 that is aggravating her cardiac condition, as a
14 cardiologist, a treating cardiologist, you want
15 to make sure you put that in your notes.
16 Correct?
17 A. Yes, that's correct. It could still be
18 in the hospital notes somewhere.
19 Q. Well, I'm asking about your office
20 records.
21 A. Office, not necessarily. I mean, it may
22 or may not be. Again, we don't have time to be
23 writing extensive notes in the office when you
24 have too many patients and very little time to be

Page 87

1  writing. And that's definitely a problem with
2  the medical profession in general.
3  Q. Well, wouldn't the office be a better
4  time to gauge a patient's overall stress than
5  trying to ask at the hospital where she is
6  probably just stressed about being in a hospital?
7  A. No, there's no difference. I mean,
8  whether it's in the hospital or office, that's
9  irrelevant. It could be anywhere. The point is,
10 if it's not written, it's not written. But a
11 person may still be experiencing stress.
12 Q. Well, when a person goes to the
13 hospital, there's something seriously wrong.
14 Correct?
15 A. That's true.
16 Q. And you are dealing with that issue at
17 that time, correct?
18 A. Yes.
19 Q. All right. The office is the perfect
20 place to discuss overall symptoms and
21 preventative care moving forward. Correct?
22 A. That's true. Usually the stress part is
23 more by the family physician, internal medicine.
24 From a cardiac standpoint, we generally focus on

Page 88

1  things that a patient is referred to us, what we
2  can do to help from medications, what procedures
3  can be -- We're more focused on that.
4       But in the background, these things
5  are always there, of course. A patient may be
6  taking drugs, and that could be -- We do question
7  them, but don't always mention. That doesn't
8  necessarily mean it's not there.
9  Q. Right. And in an office setting, you
10 get to sit down with them in a quiet exam room
11 and ask questions that could help in developing a
12 treatment plan moving forward versus at a
13 hospital where you are there on an emergent basis
14 to deal with the issue at hand.
15 A. Actually, we have less time in the
16 office where too many patients are here in a
17 relatively short time as opposed to in the
18 hospital, spending a lot more time with the
19 patient because of the nature of the illness,
20 going in detail with their tests, and all sorts
21 of things. They are critically ill, many times.
22 Like she has been multiple times extremely
23 critically ill where the question of whether she
24 should be put on a respirator or not and so on,

Page 89

1  those sort of things. We go in much more detail
2  there than in the office setting.
3  Q. And you have no way of knowing here as
4  we sit here today whether stress is mentioned in
5  any of your hospital records. Correct?
6  A. Again, I don't recall in my notes if I
7  -- I rarely write that, but I can certainly check
8  that.
9  Q. Well, we'll check too. But as far as
10 office records are concerned, and we can keep
11 going through these, you never once mentioned
12 stress as a symptom for Alena Hammer?
13 A. I don't remember. I have not gone
14 through all of these records either. But I can
15 certainly do that.
16 Q. All right. Let's do that. So, we were
17 on November of 2011.
18 A. Before we go too far, I would like to
19 break this and find out how much time we are
20 going to be spending because I have other
21 patients in the hospital to take care of. I
22 cannot spend the whole day here.
23 Q. It depends on --
24 A. We are not going to go through all the

23 (Pages 86 to 89)

Page 102

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

ALENA W. HAMMER,              )
         Plaintiff,           )
     vs.                      )  No. 13 C 6397
RESIDENTIAL CREDIT            )
SOLUTIONS, INC.,              )
         Defendant.           )

       The continued videotaped deposition of SYED J. HASANAIN, M.D., called as a witness for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before KAREN M. SALGADO, a Certified Shorthand Reporter of said state, at Suite 309, 675 West North Avenue, Melrose Park, Illinois, on the 27th day of March, A.D. 2015, at approximately 1:12 p.m.

Page 159

1   Q.   -- was helping?
2   A.   Definitely.
3   Q.   Blood pressure under control, correct?
4   A.   Blood pressure is normal.
5   Q.   Next visit was August 19, 2014?
6   A.   Yes.
7   Q.   Normal blood pressure, correct?
8   A.   Blood pressure is normal.
9   Q.   Weight's still high though, correct?
10  A.   230. It's much better than before.
11  Q.   But still high, correct?
12  A.   Yes.
13  Q.   Still in the category of obesity,
14  correct?
15  A.   Definitely.
16  Q.   Is there any indication in these 2014
17  records of Ms. Hammer experiencing any psychological
18  stress or anxiety?
19  A.   Not in this note, no.
20  Q.   In the two prior ones, is there any
21  indication she was experiencing psychological
22  stress?
23  A.   Not in the one from May 15, 2014 or April
24  2014.

Page 160

1   Q.   And just to -- I'm sorry, I have to do
2   this to close the loop on you. Other than --
3   because I didn't see any notation of stress in your
4   office records for Alena Hammer other than the 2007
5   note.
6        Is there any indication in your
7   records --
8   A.   No, none.
9   Q.   -- that -- let me just finish the
10  question. Then we'll be done with it.
11  A.   Sure.
12  Q.   Other than the 2007, is there any
13  indication in your records that Ms. Hammer was
14  experiencing any psychological stress or anxiety?
15  A.   No.
16  Q.   Okay. I want to ask you just -- and
17  we're almost done -- some general concepts on the
18  heart's function.
19       When the heart contracts and squeezes, it
20  pumps out blood to the rest of the body, correct?
21  A.   Yes.
22  Q.   And if the heart is not effectively
23  pumping out blood to the rest of the body, that
24  would be systolic heart failure?

Page 161

1   A.   Systolic heart failure is when -- we
2   categorize when the ejection fraction is low; in
3   other words, the heart muscle weakness, so it's not
4   pumping as vigorously.
5   Q.   Right. And I was just trying to bring it
6   down to, you know, layman's terms like me.
7   A.   Sure.
8   Q.   It's -- systolic heart -- heart failure
9   is when the heart's not effectively pumping blood
10  out?
11  A.   Well, all heart failure, blood is not
12  being effectively pumped. The difference between
13  systolic and diastolic is solely based on if there's
14  a weakness of the heart muscle, that's systolic. If
15  there's no weakness, it's diastolic.
16  Q.   Okay. Well, maybe we'll talk about
17  diastolic because that's Ms. Hammer's condition,
18  correct?
19  A.   Yes.
20  Q.   Is it true that diastolic heart failure
21  is when the heart cannot relax and fill up properly?
22  A.   Well, that is true. That's what
23  diastolic is. However, diastolic heart failure, any
24  condition that leads to heart failure and is not due

Page 162

1   to weakness of the heart muscle, we sort of lump
2   them into that category of diastolic heart failure.
3   So it could be due to irregular heartbeat, fast
4   heart rate. It could be due to valve problems. It
5   could be due to high blood pressure with thickening
6   of the heart muscle. It could be due to pulmonary.
7   Could --
8   Q.   Right.
9   A.   It's a whole variety of conditions could
10  be causing diastolic heart failure.
11  Q.   Right. But the heart squeezes and then
12  relaxes, correct?
13  A.   Yes.
14  Q.   And diastolic heart failure is when
15  there's a problem in the relaxed mode, correct?
16  A.   Once again, it does not necessarily have
17  to be a problem in relaxation. That is one of the
18  categories. But sometimes fluid overload can do
19  that and many other --
20  Q.   Right.
21       In Ms. Hammer's case, her heart is not
22  relaxing properly; hence, the increased pressures in
23  her heart, correct?
24  A.   To some degree, that's correct.

Page 167

1  diastolic congestive heart failure?
2     A.   Obesity per se does not cause heart
3  failure.  It could aggravate the symptoms of
4  dyspnea.  For instance, a patient would have
5  probably worse time breathing because of -- well,
6  obesity plus that these people generally are -- they
7  get out of breath easily, and then you add heart
8  failure, and it will be worse.
9     Q.   Have you ever seen any cardiac literature
10 that provides that obesity can affect the heart's
11 metabolism which leads to heart failure?
12    A.   I've seen that of course metabolism can
13 be affected but not heart failure just from obesity.
14 Everything else being normal, obesity itself will
15 not cause heart failure.  It can cause many other
16 things indirectly.  It could of course -- it could
17 lead to that.
18    Q.   You've never heard of the heart's -- for
19 an obese patients, the heart's free fatty acid
20 utilization leading to cardiac toxicity?
21    A.   Free fatty acids do not cause cardiac
22 toxicity.  They may cause -- rarely, very rarely may
23 cause cardiac arrhythmias.  They may cause -- there
24 is a condition where fat could get deposited in the

Page 168

1  heart wall muscle, the muscles of the heart, but
2  that's not a regular run-of-the-mill obesity.
3     MR. LYDON:  If we could just take two seconds,
4  I'm -- I think I'm done, but I may have a couple
5  more.
6        Can we go off the record?
7     THE VIDEOGRAPHER:  Sure.  We're going off the
8  record at 2:36 p.m.
9        (WHEREUPON, a short break was
10        taken.)
11       (WHEREUPON, a certain document was
12        marked Deposition Exhibit No. 20,
13        for identification, as of
14        03-27-2015.)
15    THE VIDEOGRAPHER:  We're going back on the
16 record at 2:20 -- 2:37 p.m.
17 BY MR. LYDON:
18    Q.   Okay.  Looking at Exhibit No. 20, Doctor,
19 this is a letter from Ms. Hammer's attorneys dated
20 November 19, 2014 to you; is that correct?
21    A.   Yes.
22    Q.   And if you look at the first paragraph
23 where it says, "As a result of the never-ending
24 stress and anxiety caused by the wrongful

Page 169

1  foreclosures that have spanned for several years,
2  Ms. Hammer suffered medical injuries between
3  August 1, 2010 and the present," do you see that
4  sentence?
5     A.   I do see it.
6     Q.   Had you ever, prior to this letter, told
7  Ms. Hammer that?
8     A.   I never told Ms. -- actually, I did not
9  know much about it until very recently.
10    Q.   How did you learn about it very recently?
11    A.   I believe about the time that all this --
12 these letters begin to and there was a question of
13 deposition, et cetera, and then I did ask, and
14 she -- she then recited that she's in for -- she's
15 been undergoing foreclosure issues and problems.
16    Q.   And she told you that stress was causing
17 her medical problems?
18    A.   No, she never said that.  She -- I don't
19 let people tell me what the cause of their problem.
20 Usually I make that diagnosis.  No.  She -- she
21 generally -- in general, she was just very stressed
22 out for -- this was going on for a very long time,
23 and --
24    Q.   But I was just asking about that letter

Page 170

1  and the timing of that.
2        Before November of 2014, had --
3     A.   Would you believe --
4     Q.   Doctor, I'm just --
5     A.   I'm sorry.
6     Q.   Let me finish.
7        Before November of 2014, had Ms. Hammer
8  told you anything about stress over the mortgage
9  foreclosure?
10    A.   Somewhere in 2014, I learned about this
11 stress -- not stress.  I would say this history of
12 mortgage foreclosure.
13       As far as this letter is concerned, I'll
14 be very honest with you.  I didn't even -- this is
15 the first time I'm looking at it.  My staff usually
16 looks at these things and say, "Well, someone is
17 asking for a record.  Should we send it?"
18       And I would -- you know, I would say, you
19 know, "Go ahead," and whatever.  That's -- but I
20 have not personally looked at this, so this is the
21 first time I'm reading that this was a wrongful
22 foreclosure or rightful.  I had --
23    Q.   Okay.
24    A.   -- not looked at it before.