# EXHIBIT L

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DIVISION OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ALENA W. HAMMER, | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | |
| | ) | File No. |
| -vs- | ) | 1:13-cv-6397 |
| | ) | |
| RESIDENTIAL CREDIT | ) | Jury Trial |
| SOLUTIONS, INC., | ) | Demanded |
| | ) | |
| Defendant. | ) | Honorable Judge |
| | ) | Durkin |

      The videotaped deposition of DR. OFELIA
PHILLIPS, called for examination, taken pursuant to
the provisions of the Code of Civil Procedure and
the Rules of the Supreme Court of the State of
Illinois pertaining to the taking of depositions
for the purpose of discovery, taken before KAREN
ORENSTEIN, CSR No. 84-4693, a Certified Shorthand
Reporter of the State of Illinois, and a Registered
Professional Reporter, at Suite 140, 360 West
Butterfield Road, Elmhurst, Illinois, on February
26, 2015, commencing at 1:49 p.m.

Page 34

1   Q.   And in Alena Hammer's case, it was
2   severe, correct?  It is severe.  She's been
3   hospitalized numerous times for symptoms related to
4   congestive heart failure, correct?
5   A.   Well, depends what you mean by
6   "numerous."  I think I have done pretty good job
7   keeping her out of the hospital, one of the metrics
8   I'm measured by.
9   So between 2011 and 2012, actually
10  almost a whole year, she was not hospitalized.
11  Some people end up in the hospital every second,
12  third month.
13  Q.   Since 2011, can you give me an idea?  Do
14  you have an estimate as to how many times she's
15  been hospitalized for congestive heart failure or
16  symptoms related to congestive heart failure?
17  A.   I don't remember that.
18  Q.   Is it -- Could it be as many as five
19  times?  Or would that be way out of the ballpark?
20  A.   Way out of the line.  I think it's 2011,
21  the 4/18/2011 is one admission.  And after that, I
22  think the next admission was -- She had several
23  admissions at Gottlieb thereafter.
24  Q.   All right.  Well, we will maybe drill

Page 35

1   down on that a bit later.
2   A.   Yeah.  Well, we --
3   Q.   Because I thought I counted at least
4   five times that she had been brought in --
5   A.   And most probably you are right.
6   Q.   All right.  And again, she came to you
7   in 2006 with this diagnosis of congestive heart
8   failure, correct?
9   A.   Correct.
10  Q.   What is -- Well, let me --
11  With congestive heart failure, what are
12  the diagnostic studies that confirm that diagnosis?
13  A.   We do have laboratory workup, and we
14  have imaging of the heart.  Those are the two
15  modalities used to establish a diagnosis.  And
16  monitor a patient's condition.
17  Q.   And is it the echocardiogram that
18  measures the ejection fraction?
19  A.   Yes, it is.  And also if there is a
20  technical limitations to the echo,
21  cardiocatheterization is done, which provides a
22  better visualization of the global systolic
23  function of the heart, size of chambers, blood
24  supply to the heart, all of this.  This is the gold

Page 36

1   standard.
2   Q.   Do you interpret those studies, or do
3   you rely on your cardiologists to interpret those
4   studies to confirm a diagnosis of congestive heart
5   failure?
6   A.   This is cardiologist's domain.
7   Q.   And in Alena Hammer's case, her
8   congestive heart failure was longstanding, correct?
9   A.   Correct.
10  Q.   What is atrial fibrillation?
11  A.   Atrial fibrillation is an abnormal heart
12  rhythm.  It is arrhythmia.
13  Q.   And for Alena Hammer, her atrial
14  fibrillation was long standing, correct?
15  A.   Correct.
16  Q.   Would you disagree that she's had atrial
17  fibrillation for over 20 years?
18  A.   I would not agree or disagree.  I would
19  just tell you that I'm not sure for how long she's
20  had it.
21  Q.   Okay.
22  MR. LYDON:  Maybe we could show Loyola 4114.
23  We went out of order.  Mark it.  Just put a new one
24  on.

Page 37

1   (WHEREUPON, a certain document was
2   marked Deposition Exhibit No. 7,
3   for identification, as of
4   02/26/2015.)
5   BY MR. LYDON:
6   Q.   Doctor, showing you Exhibit 7.  This is
7   a Loyola Hospital record from Dr. Rabbat regarding
8   one of Alena Hammer's hospitalizations for
9   congestive heart failure.
10  A.   I think she was transferred to Loyola
11  from Gottlieb.
12  Q.   All right.  But she was hospitalized for
13  congestive heart failure, correct?
14  A.   Correct.
15  Q.   And Dr. Rabbat is a cardiologist at
16  Loyola, correct?
17  A.   I don't know.  I don't know what his
18  specialty is, it is not marked here.
19  Q.   But you otherwise are not aware that
20  Alena Hammer has been seen by Dr. Rabbat at Loyola?
21  A.   I know that she was referred to Loyola
22  by Dr. Hasanain for second opinion, evaluation, and
23  for further eventual suggestions of treatment.  So
24  I see -- The only information I see is admitting

Page 38

1     provider Dr. Mark Rabbat, attending provider,
2     Dr. Mark Rabbat, referring provider,
3     Dr. Mark Rabbat. So I don't know who he is. Is he
4     an internist? Is he a cardiologist? I don't know.
5       Q. Does it say --
6       A. Oh. Primary service, cardiology. I'm
7     sorry. I didn't see that.
8       Q. So Dr. Rabbat is a cardiologist?
9       A. Obviously, yes. I'm sorry. I missed
10    that.
11      Q. That's okay. Are you aware that she's
12    -- that Alena Hammer -- Well, she's been
13    hospitalized at Loyola a couple of times for
14    congestive heart failure in the past few years?
15      A. I think couple times in 2014.
16      Q. All right. And she's been seen by --
17    Are you aware she's been seen by a number of
18    cardiologists at Loyola, or no?
19      A. I know from her information telling me
20    that she went to Loyola. She was evaluated. And
21    then she chose to keep her follow-up with
22    Dr. Hasanain, not with the Loyola cardiologist.
23      Q. Are you familiar with Dr. Lopez? That
24    name doesn't ring a bell?

Page 39

1      A. No.
2      Q. Okay. If you'd look at the history that
3    Dr. Rabbat has for Alena Hammer on the second page.
4      A. Okay. Do I have a minute to read it?
5      Q. Sure.
6      A. Okay.
7      Q. So first of all, do you know why
8    Alena Hammer was transferred from Gottlieb to
9    Loyola?
10      A. I think that you should ask that
11    question to Dr. Hasanain, because I think he had a
12    concern that he wanted a second opinion from them
13    and guidance with respect to the pulmonary
14    hypertension. I think that's why he referred her
15    to Loyola.
16      Q. Okay. In looking at the history that
17    Dr. Rabbat took, first it indicates the history of
18    congestive heart failure, correct?
19      A. Correct.
20      Q. And it indicates that an ejection
21    fraction of 28 percent; do you see that?
22      A. I see.
23      Q. In the past, correct?
24      A. In the past.

Page 40

1      Q. All right. And --
2      A. I don't know where he got this
3    information.
4      Q. Right. But the 28 percent, that would
5    be very low, correct?
6      A. It would be quite low, indeed.
7      Q. A very weak heart, correct?
8      A. Correct.
9      Q. It also says that Alena Hammer has had
10    atrial fibrillation for 20 years, correct?
11      A. Yes. That's what it says.
12      Q. And you have no reason to disagree with
13    that, correct?
14      A. Correct.
15      Q. It also says that she had a myocardial
16    infarction at age 44, correct?
17      A. Okay.
18      Q. Do you see that?
19      A. I see it.
20      Q. Do you have any reason to disagree that
21    Alena Hammer did have a heart attack at age 44?
22      A. No.
23      Q. RA, is that rheumatoid arthritis?
24      A. Yes.

Page 41

1      Q. Does she have rheumatoid and
2    osteoarthritis?
3      A. I'm not sure of that.
4      Q. Are you aware she has scoliosis?
5      A. I can't recall. It's possible she has
6    it. I don't recall.
7      Q. Do you recall if she has spinal
8    stenosis?
9      A. This I do.
10      Q. Does she have spinal spondylosis?
11      A. I have to refer to the x-rays.
12      Q. We can get back to that.
13       So for Alena Hammer, her atrial
14    fibrillation is a longstanding, permanent, and
15    progressive condition, correct?
16      A. Correct.
17      Q. Do you know if Alena Hammer has ever had
18    a history of coronary artery disease?
19      A. I cannot recall that. I think that the
20    cardiologist should have some record or cardiac
21    catheterization report, so that can refresh my
22    memory.
23      Q. Can coronary artery disease be
24    symptomatic at some times and asymptomatic at other

Page 42

1 times?
2     A.   Yes.
3     Q.   So if her present test didn't show
4 significant clogging in her coronary artery, it's
5 not the case that she may not have had that in the
6 past at some time?
7     A.   Correct.
8     MR. LYDON:  Show her that one.
9         (WHEREUPON, a certain document was
10            marked Deposition Exhibit No. 8,
11            for identification, as of
12            02/26/2015.)
13     MR. LYDON:  What exhibit are we on?
14     MR. RYAN:  8.
15     MR. LYDON:  8.
16         (WHEREUPON, the document was
17            tendered to the witness.)
18 BY MR. LYDON:
19     Q.   Doctor, showing you Exhibit 8.
20     A.   Okay.
21     Q.   This was a March of 2014 admission at
22 Loyola Hospital, correct?
23     A.   Correct.
24     Q.   And that was for a right-heart

Page 43

1 catheterization procedure, correct?
2     A.   Correct.
3     Q.   Was that related to Alena Hammer's
4 congestive heart failure?
5     A.   Correct.
6     Q.   If you look at the history -- Well, this
7 was a report prepared by the cardio resident; is
8 that correct?
9     A.   I don't know.  I don't know who prepared
10 this report.
11     Q.   Well, it says at the top
12 Christopher Henry, M.D.
13     A.   Oh, okay.
14     Q.   In the history taken by Dr. Henry, it
15 states that Alena Hammer had, "coronary artery
16 disease, status post remote MI."  Do you see that?
17     A.   I'm looking for it.  Yes, okay.
18     Q.   And the "remote MI" would have been the
19 heart attack at age 44?
20     A.   Correct.
21     Q.   The coronary artery disease, do you have
22 any reason to disagree with this history that she's
23 had coronary artery disease after her MI at age 44?
24     A.   No.

Page 44

1     Q.   And if we go back to Dr. Muneer's
2 record.
3     MR. LYDON:  What was that, Exhibit 3?
4     MR. RYAN:  No.  Hang on one second.
5 Exhibit 5.
6 BY MR. LYDON:
7     Q.   If you would, go to Exhibit 5.  And
8 that's Dr. Muneer's report, correct?
9     A.   Correct.
10     Q.   And Dr. Muneer has a history of coronary
11 arteries disease since 1986; do you see that?
12     A.   I'm trying to find it.  Yes, I see it.
13     Q.   Do you have any reason to disagree with
14 that history?
15     A.   Well, let's do simple math.  If Alena is
16 born in 1946, and she says that she suffered a
17 heart attack at age of 44, that makes that 1990,
18 correct?
19     Q.   Right.  Did you see anywhere else in the
20 records where she said she had a heart attack at
21 40?
22     A.   At 40 or 44?
23     Q.   At 40.
24     A.   40.  Okay.  Then, 40 and 46 makes 86.

Page 45

1 So --
2     Q.   Right.  Have you ever had a discussion
3 with her about her prior heart attack?
4     A.   I don't remember that.
5     Q.   Okay.  You do know that Alena Hammer has
6 a family history of cardiac conditions, correct?
7     A.   I do.
8     Q.   Both her parents had congestive heart
9 failure and atrial fibrillation?
10     A.   I don't know about both parents.  I know
11 about one of them.  I didn't know her father.
12     MR. LYDON:  This would be Phillips 2612.
13 BY MR. LYDON:
14     Q.   I'm sorry.  It's not a memory test, I
15 know.  I am just -- I may need to refresh your
16 recollection with records.  I just was asking if
17 you --
18     MR. LYDON:  We will mark that.
19 BY MR. LYDON:
20     Q.   And this record that I'm going to show
21 you may refresh your recollection, Doctor.
22
23
24

Page 46

1      (WHEREUPON, a certain document was
2      marked Deposition Exhibit No. 9,
3      for identification, as of
4      02/26/2015.)
5      (WHEREUPON, the document was
6      tendered to the witness.)
7  BY THE WITNESS:
8      A.   Oh, I have my own history and physical
9  here saying that she had a heart attack at age 40.
10 BY MR. LYDON:
11     Q.   40. So that would --
12     A.   But I forgot.  But it's in my
13 H and P here from April of 2011.
14     Q.   She has got a lot of medical records,
15 and I understand you don't have them memorized.  So
16 I just want to -- It's important that we confirm
17 certain things.
18     A.   Okay.
19     Q.   So if she had a heart attack at 40, that
20 would be 1986?
21     A.   Correct.
22     Q.   And that would be consistent with CAD,
23 coronary artery disease, since 1986, correct?
24     A.   Correct.

Page 48

1  failure?
2      A.   Correct.
3      Q.   In your medical history, you say she had
4  a long-standing history of atrial fibrillation and
5  sick sinus syndrome?
6      A.   Correct.
7      Q.   What's sick sinus syndrome?
8      A.   Well, the sick sinus syndrome is the
9  reason why in 2011 she had a pacemaker placed.
10 Because sick sinus syndrome means that at times,
11 your natural pacemaker saying very rapid series of
12 impulses and triggers erratic heartbeat altogether,
13 and at times becomes very slow.  So you have this
14 rapid heartbeat, slow heartbeat alternating -- and
15 it's called sick sinus syndrome -- until the sinus
16 fails completely.
17     Q.   Is that related to the AFib?
18     A.   Well, the sick sinus syndrome is the one
19 that causes the AFib.
20     Q.   Okay.
21     A.   I think it just escalated to the point
22 that in 2011 she had a pacemaker placed.
23     Q.   And you wrote that she's been on
24 Coumadin therapy for many years?

Page 47

1      Q.   And that would be consistent with the
2  other record saying that she had CAD after her
3  myocardial infarction maybe?
4      A.   Well, the CAD caused it.
5      Q.   Okay.
6      A.   It's not that she had it after.  It --
7  The heart attack was caused by her coronary artery
8  disease.
9      Q.   No blood supply to the heart?
10     A.   (No audible response.)
11     Q.   Looking at --
12 MR. LYDON:  What exhibit is that?
13 MR. RYAN:  9.
14 THE WITNESS:  9.
15 BY MR. LYDON:
16     Q.   Exhibit 9, this is a Gottlieb Memorial
17 Hospital record from January 26, 2012, prepared by
18 you?
19     A.   Correct.
20     Q.   And you performed a history and physical
21 at the hospital?
22     A.   Correct.
23     Q.   She had been hospitalized at Gottlieb
24 for symptoms related to her congestive heart

Page 49

1      A.   She was on Coumadin, yes.
2      Q.   And is that blood thinner?
3      A.   Yes, it is.
4      Q.   Is that to treat her hypertension?
5      A.   No.
6      Q.   What is that to treat?
7      A.   The Coumadin is given to patients with
8  irregular heartbeat with atrial fibrillation to
9  protect them from clot formation in the heart and
10 strokes.
11     Q.   Right.  And your other history from this
12 2012 note is, Significant pulmonary hypertension,
13 right?
14     A.   Correct.
15     Q.   Systematic [sic] hypertension, right?
16     A.   Yes.  Systemic hypertension as well.
17     Q.   And COPD, which is chronic obstructive
18 pulmonary disease?
19     A.   Correct.
20     Q.   And what is that?
21     A.   Chronic obstructive pulmonary disease is
22 the end result of longstanding asthma or
23 bronchitis, which are associated with spasm of the
24 airway, decreasing the caliber of the airway, and

Page 50

1  ultimately bringing symptoms of shortness of
2  breath, increased sputum, and cough. Basically,
3  very many times, people have coinciding lung
4  problems with the congestive heart failure.
5      Q.   But are they, I guess, coexistent
6  comorbidities in this --
7      A.   It's comorbidity, yes, and they kind of
8  worsen each other. And sometimes exacerbation of
9  chronic pulmonary disease could be mistaken for a
10 CHF exacerbation. And then, you know, it is always
11 something in the back of your mind that you have to
12 evaluate both and make sure what you are dealing
13 with at this particular time.
14     Q.   And in Alena Hammer's case, is it
15 possible she had both chronic obstructive pulmonary
16 disease and congestive heart failure?
17     A.   I think so.
18     Q.   Okay. And both of those diseases --
19 Well, for those diseases derived from different
20 sources, they are caused by different things,
21 correct?
22     A.   Correct.
23     Q.   COPD is a respiratory disease, correct?
24     A.   Correct.

Page 51

1      Q.   And in Alena Hammer's case, I think you
2  confirmed that was most likely caused by
3  longstanding asthma and bronchitis?
4      A.   Correct.
5      Q.   And obviously congestive heart failure
6  is a cardiac condition, correct?
7      A.   Correct.
8      Q.   Caused by other things?
9      A.   Correct.
10     Q.   Do you have an opinion what caused her
11 congestive -- longstanding congestive heart
12 failure?
13     A.   I think that -- In her case, I think
14 it's a combination of long-standing hypertension
15 and atrial fibrillation. That's usually the
16 progression of disease, both. But perhaps we have
17 to defer to the cardiologist to give us his opinion
18 as to what he feels is the underlying cause for her
19 congestive heart failure.
20     Q.   Fair enough. But both of the COPD and
21 the congestive heart failure can produce similar
22 symptoms as far as shortness of breath?
23     A.   Correct. But there are differences, of
24 course.

Page 52

1      Q.   And that was a very common symptom for
2  Alena Hammer, shortness of breath, correct?
3      A.   Shortness of breath was one very common
4  symptom indeed.
5      Q.   And throughout your course of treatment
6  for Alena Hammer, she's experienced shortness of
7  breath?
8      A.   Very many times.
9      Q.   What's hyperlipidemia?
10     A.   High cholesterol levels.
11     Q.   Does it also involve high triglycerides
12 as well?
13     A.   It is usually -- You may have different
14 types of hyperlipidemia.
15     Q.   Does that cause plaquing within the
16 arteries?
17     A.   Correct.
18     Q.   And that can worsen congestive heart
19 failure?
20     A.   It can worsen your coronary artery
21 disease. And it can cause you to have a heart
22 attack over and over again. And that's why she has
23 been treated for that.
24     Q.   And it also -- She's got obstructive

Page 53

1  sleep apnea?
2      A.   Correct.
3      Q.   Is that -- That's a respiratory issue,
4  or no?
5      A.   It is a respiratory issue.
6      Q.   Is that related at all to her chronic
7  obstructive pulmonary disease?
8      A.   No. It is related to her body habitus.
9      Q.   Her --
10     A.   Her body habitus. Her size.
11     Q.   Okay. And Alena Hammer is morbidly
12 obese?
13     A.   She is.
14     Q.   And that causes obstructive sleep apnea,
15 causes breathing problems, correct?
16     A.   Correct.
17     Q.   So there's multiple diseases that
18 Alena Hammer has that have, at times, deprived her
19 of oxygen?
20     A.   Correct.
21     Q.   And a deprivation of oxygen over a
22 period of time can create all kinds of problems to
23 the body's systems, correct?
24     A.   Can you clarify and narrow your

Page 58

1  you referring to?
2      Q.   How about obesity?  Do you think that
3  her weight gains have contributed to her
4  deteriorating state of health?
5      A.   Her weight has been pretty steady all
6  along.  I remember her being almost in a steady
7  weight.  I mean, at least looking at her.  But for
8  the past several years, her weight has been
9  fluctuating widely within 20 to 30 pounds range.
10  And that has -- this is all within a week, which is
11  all related to fluid retention.
12      Q.   And has that weight fluctuation
13  contributed to her decline in health?
14      A.   Decline in joint health perhaps.
15      Q.   Well, Alena Hammer, how old is she?
16      A.   How old is she now or how old was she
17  when she first met me?
18      Q.   Well, we could probably figure out
19  either way.  How old is she today?
20      A.   She was 59 when she came to me.
21      Q.   In '06?
22      A.   She is currently 68.
23      Q.   68 years old.  So is old age a risk
24  factor in deteriorating health?

Page 59

1      A.   Arthritis, yes.
2      Q.   Old age can be a risk factor for
3  deteriorating cardio conditions too, correct?
4      A.   Not in healthy people.
5      Q.   Alena Hammer is not a healthy person, is
6  she?
7      A.   She is very far from being healthy,
8  indeed.
9      Q.   All right.  A sedentary lifestyle with
10  no regular exercise can deteriorate cardiac
11  conditions?
12      A.   She is not that sedentary because she
13  takes care of her entire household.  She doesn't
14  have any help.  And for years and years before, I
15  mean, her condition reached the stage, its current
16  stage, she took care of her mother and worked two
17  jobs.  So she is not exactly the sedentary type,
18  even though she has always been heavyset.
19      Q.   Well, it's true she's had very
20  significant disability over the past few years?
21      A.   This is true.
22      Q.   That's limited her movement
23  significantly; is that true?
24      A.   Actually, the shortness of breath is

Page 60

1  limiting her activity more than anything else
2  because it is dyspnea on exertion or shortness of
3  breath on exertion.
4      Q.   Right.  I saw that symptom all over her
5  records, correct?  That's a very common symptom for
6  Alena Hammer, correct?
7      A.   It's a cardinal symptom for her.
8      Q.   And that means that she has shortness of
9  breath from any type of physical activity, correct?
10      A.   Correct.
11      Q.   And on top of the DOE, she also has
12  osteo- and rheumatoid arthritis affecting her
13  movements, correct?
14      A.   Perhaps the extent to what she can walk
15  distance-wise without pain.
16      Q.   A family history of cardiac conditions
17  could be a risk factor for further progression of
18  cardiac disease?  Or is this something you would
19  refer to a cardiologist?
20      A.   I would refer to a cardiologist when it
21  comes to genetic factors in hypertension or AFib or
22  there is some links, but I would defer to his
23  expertise for more.
24      Q.   How about the fact that -- For a person

Page 61

1  that's had a prior myocardial infarction, are they
2  at higher risk of progression of cardiac diseases?
3  Or is that something you would defer to a
4  cardiologist?
5      A.   I mean, we can touch on that with
6  respect that, okay, she had a heart attack at
7  age 40.  Now she is 68.  She never had a second
8  one.  And usually heart attacks will cause -- if
9  they damage a large portion of your heart -- they
10  will cause cardiomyopathy, ischemic cardiomyopathy,
11  with left ventricular dysfunction and drop into
12  her -- the ejection fraction, which you had
13  initially.  And that improved, obviously her
14  coronary artery disease after this initial impact
15  has been improved with staffing and treatment and
16  with control of blood pressure to the point that
17  her ejection fraction came back to normal at
18  68 percent.  And the left ventricular function has
19  never been an issue for her or has not been a cause
20  for dyspnea on exertion.
21      Now, the pulmonary hypertension, on the
22  other hand, has been the underlying reason.  And
23  the pulmonary hypertension is something that the
24  cardiologist from Loyola and Dr. Hasanain can keep

Page 62

1  on talking and deciding if it's primary or it's a
2  secondary to her heart failure, and so forth. I
3  will defer this to them. They are the experts.
4      To me, I look at the patient and I try
5  to manage them, keep their symptoms under control,
6  make them function as much as they can be
7  functional.
8      Q.  And I understand that. But I have to
9  ask the questions. And I know your job is to
10  presently diagnosis and treat. And is it fair to
11  say you are not determining the root causes of
12  conditions?
13      A.  That, because I'm very interesting to
14  know -- interested to know the root cause of every
15  problem. That's why I refer my patients to
16  specialists, so they can do the appropriate workup
17  and come up to a conclusion. Obviously sometimes
18  you have three doctors, you will have three
19  different opinions. But again, my role as a
20  primary care physician is, regardless about the
21  cause of that pulmonary hypertension is primary or
22  secondary, I have to treat it properly; I have to
23  monitor her closely; I have to make sure that I
24  maintain appropriate fluid status, that I'm not

Page 63

1  shutting her kidneys out from diuresing her too
2  much, or letting her gain enormous amount weight
3  and flood her lungs and kill her from a lack of
4  oxygen.
5      So that's what I do on a monthly,
6  sometimes twice a month, basis.
7      Q.  So had her specialist ever performed a
8  differential etiology to determine the root cause
9  of Ms. Hammer's pulmonary hypertension or the
10  progression of her pulmonary hypertension?
11      A.  I mean, once pulmonary hypertension is
12  there -- and I mean, as I said, you can look at the
13  records from Loyola. Loyola calls it pulmonary
14  hypertension. And it doesn't say primary or
15  second. They say pulmonary hypertension. Okay?
16  And congestive heart failure.
17      Q.  Right. So I'm just wondering --
18      A.  So that's all.
19      Q.  No. And I'm sorry I have to drill down,
20  but I just wanted to find out if you are aware of
21  any of her specialists performing a differential
22  etiology to determine the cause or progression of
23  her hypertension -- pulmonary hypertension?
24      A.  Well, as I said, at this point is a moot

Page 64

1  point. Because the symptoms are the same.
2  Progression of disease in -- is there now. We have
3  to try to halt the disease for as long as we can,
4  because she is relatively young person. She's 68.
5  And she has very poor prognosis.
6      Q.  It's true that people with pulmonary
7  hypertension don't live very long, correct?
8      A.  No, they don't.
9      Q.  So maybe I will simplify my prior
10  questions: Are you aware of the cause of Alena
11  Hammer's pulmonary hypertension?
12      A.  If you ask my personal opinion, I think
13  that her pulmonary hypertension is caused by the
14  longstanding AFib hypertension. And to me, it is a
15  secondary pulmonary hypertension. But that being
16  said, management is the same.
17      Q.  Can pain elevate blood pressure?
18      A.  Absolutely.
19      Q.  It often does, correct?
20      A.  Often does. Stress does it too.
21      Q.  Right. So -- But -- And I will cover
22  that. But pain, as far as pain, Alena Hammer is
23  someone that's in chronic pain, correct?
24      A.  She is. And we manage this chronic

Page 65

1  pain. And as I said, we manage her blood pressure
2  too.
3      Q.  And her pain is a regular complaint?
4      A.  It's a regular complaint for many people
5  too, but they don't have pulmonary hypertension as
6  a result of their pain.
7      Q.  Is noncompliance with medications a risk
8  factor for the progression of Alena Hammer's
9  conditions?
10      A.  Noncompliance with medication?
11      Q.  Uh-huh.
12      A.  I'm not aware of her being noncompliant.
13  So would you please narrow the question?
14      Q.  Again, I know this isn't a memory test,
15  and I just --
16          (WHEREUPON, there was a brief
17          interruption.)
18      THE WITNESS: I'm so sorry. This is my
19  partner most probably printing something.
20      MR. LYDON: Do you want to take a quick break.
21      THE WITNESS: Can I give it to her? Because
22  she obviously needs it.
23      THE VIDEOGRAPHER: We are going off the record
24  at 3:01 p.m.

Page 82

1  doctor at Loyola and --
2      A.   He has the right to say whatever he
3  wants.  But I have the right to not believe him.
4      Q.   So you don't believe that --
5      A.   I don't believe him.
6      Q.   -- there's a possibility that
7  Alena Hammer drinks heavily?
8      A.   It might be.  Might be.  But unless I
9  hear it firsthand and I confront the patient with
10 the family member, I don't take this for granted.
11 Those are statements.  I can make any statement.
12 If I don't have substantiation, am I going to take
13 it at face value?  I appreciate your concern, but I
14 need to verify that information because it could be
15 awfully offensive for Alena to be called alcoholic.
16 And I'm the one giving her the painkillers, so now
17 I am the bad guy giving her all these painkillers
18 and she is drinking and I -- I mean, I just don't
19 feel this to be having any relevance to Alena's
20 wellbeing at this point.
21     Q.   Well, you do rely on other doctors'
22 records in terms of treating patients.  That's
23 true, correct?
24     A.   I always take my own history and I

Page 83

1  always form my own opinion.  If I have doubts in
2  what I think, I send them to consultants.  But it
3  doesn't mean that I always agree with what they
4  have to say or what management would they propose.
5       It is within my own judgment to decide
6  what is the best thing for the patients, if they
7  have trusted their care into my hands.
8      Q.   And you said you don't know
9  Alena Hammer's son too well -- you haven't seen
10 him; you haven't spoke to him -- do you have any
11 reason as to why he would make up that Alena Hammer
12 drinks heavily to a doctor?
13     A.   I have no idea.  I have no idea what
14 transpired.  I have no idea who said what.  It's
15 like he say, she say, whatnot.  This is completely
16 irrelevant for me.  I didn't even have knowledge of
17 that until you bring it here.  Thank you for
18 bringing it to my attention.  And I will ask her
19 about her drinking habits on our next visit.
20     Q.   And I just want to be clear:  Do you
21 have an opinion within a reasonable degree of
22 medical certainty as to what has aggravated her
23 cardiac conditions over the past few years?  Is it
24 just the pulmonary hypertension?

Page 84

1      A.   It's progression of disease and also I
2  think that Alena was subjected to extreme stress in
3  the past several years.  First was the loss of her
4  job.  I mean, first was the loss of her parents,
5  and the care she provided for them, and then the
6  loss of her job, and then her financial
7  difficulties, then the looming foreclosures, and
8  then, I mean, constant fear if she is going to make
9  payment or she is not going to make payment,
10 constant expenses for court costs.  All of that has
11 contributed tremendously to the worsening of her
12 condition, and to add, to boot, that there was no
13 money left for medications.
14      So the past several years have been hell
15 for her and hell for us as the health care
16 providers.
17     Q.   And so how have you been able to rule
18 out all these other risk factors that we've talked
19 about, as far as the progression of her symptoms,
20 other than what you just expressed?
21     A.   I'm not ruling out anything.  Everything
22 is ruled in.  It's basically the straw that can
23 break the camel's back.
24      So you have a person with multiple

Page 85

1  medical conditions that are making her one
2  extremely sick individual and one steadily
3  deteriorating individual.  And then when you add
4  external factors like most probably there is some
5  family discourse here, some fingers pointing, some
6  fights within the family.  And then your own
7  monetary problems where she is left alone to deal
8  with.  Then, you have to agree, it's hard for a
9  person who lives on Social Security to handle all
10 that.  You have to make a choice in life sometimes:
11 Food, medicine; medicine, lawyer fees; mortgage
12 payment, gas bill, electric bill.  It's hard to
13 juggle this.  It's hard.
14     Q.   I hear what you are saying, okay?  But
15 I'm looking for an opinion.  More likely than not,
16 you can't say within a reasonable degree of medical
17 certainty -- medical certainty, that in the absence
18 of any stressful symptoms she was experiencing, her
19 cardiac conditions would not have further
20 progressed and been aggravated?
21     A.   She wouldn't -- It is my honest opinion
22 that if she was not a victim of so much stress, she
23 wouldn't be in a hospital so often.  She would not
24 decompensate so often.

Page 86

1        A calm, cool, collected person with all
2  the support around themselves will have nothing
3  else to do but take care of their health, take
4  their medications, follow the regimen, eat their
5  healthy food, go and buy everything whatever is
6  good for them, not eat hot dogs, what it will --
7  This person will have nothing else left in their
8  life but to take care of their health. And she did
9  not have that luxury.
10    Q.  As far as -- We will have to kind of go
11  through that. You are saying that the stress that
12  she experienced was a significant component of the
13  aggravation of her medical conditions?
14    A.  Absolutely.
15    Q.  So what I want to do is like -- let's
16  start going through your records and finding out
17  exactly where you have noted that Alena Hammer has
18  had stress.
19    A.  I can tell you one thing.
20    Q.  What?
21    A.  My records -- My recordkeeping is not
22  exemplary. And very many times, 90 percent of my
23  office time goes into talking and discussing with
24  the patient, and a very small fraction of it goes

Page 87

1  into documentation hence there's very scant, if
2  any, information in any of my notes because there's
3  no time left to write; next patient is here, you
4  have to write your plan what you are going to do.
5  So you may not find in my notes a lot of
6  documentation of her stress. Because I don't have
7  time to write War and Peace novel every time a
8  patient comes, from time constraints.
9    Q.  Right. But if it's a symptom or sign
10  that's relevant to the diagnosis and care and
11  treatment, it's imperative that the doctor -- to
12  chart that, correct?
13    A.  Well, I chart her medications and there
14  are medications for anxiety that have been all
15  along.
16    Q.  I will get to that. But as far as
17  symptoms --
18    A.  Well --
19    Q.  Hold on. As far as symptoms, as a
20  general notion, all right, it's imperative -- if a
21  patient has a symptom that's critical to her
22  diagnosis, care, and treatment plan, it's
23  imperative to chart that, correct?
24    A.  Well, you can blame me of poor

Page 88

1  recordkeeping, and you are right to do so, but I'm
2  not on trial for her recordkeeping. I am brought
3  here to give my personal opinion as to Alena's
4  health and general state of health, and factors
5  affecting her health. I am not here to examine my
6  recordkeeping skills, am I?
7    Q.  In your records, you did document many
8  of Alena Hammer's symptoms.
9    A.  Most of the time what I have, it's
10  really a very, very minimalistic charting. It
11  mostly is the change of medications, mostly is if I
12  sent her to a consultant. But there is no
13  documentation of my discussions with her. There is
14  no time, room on the record, for me to do that. So
15  I find it more important to carry on my discussion
16  with the patient, assess her, briefly write what
17  the changes are, and move on.
18    Q.  Okay. Doctor, if we could go through
19  some of your records. Let's go to the, for
20  example, the July 24, 2006 visit. The second visit
21  that you had.
22    A.  July 24, '06.
23    Q.  Right.
24    A.  Okay.

Page 89

1    Q.  She felt tired, her leg was weak,
2  correct?
3    A.  Okay.
4    Q.  And you documented those symptoms,
5  correct?
6    A.  That was the reason for the visit.
7  Indeed I did.
8    Q.  All right. Nothing about stress,
9  correct?
10    A.  Nothing about stress.
11    Q.  All right. And nothing in the September
12  or October 2006 visits about stress symptoms?
13    A.  No.
14    Q.  All right. But you do see that you've
15  documented symptoms in your notes for her, correct?
16    A.  Sometimes I have not documented symptoms
17  either. If patient comes for a prescription or
18  patient comes for a --
19    Q.  Well, how about -- When do you feel that
20  Alena Hammer's medical condition worsened, what
21  year?
22    A.  I think when I -- started needing
23  diuretics. And I'm trying to pinpoint that. And
24  it appears that in April 21st of '08.

Page 90

1    Q.  In '08?
2    A.  No.  Let me see if we have Lasix before
3  that.  No.  Strike that.  It's not '08.  It's not
4  '08.
5        Okay.  In '08, basically, we moved on to
6  change the diuretics because they were no longer
7  working for her.  And I think that's the time that
8  I sent her to a cardiologist because the things
9  were starting to deteriorate, I think.
10    Q.  So from 2008 on -- and I've looked
11  through these records -- and aside from the
12  prescription of an antianxiety medication -- and we
13  can take a break if you want -- but I've never -- I
14  haven't seen any documentation of Alena Hammer
15  experiencing stress or anxiety.  Would you like to
16  go through them all?
17    A.  I am going through them as we speak.
18  Okay.  This is 2011.  Okay.
19        All right.  You are right, I haven't
20  documented it.  Not until --
21    Q.  Until?
22    A.  Not until I got the EMR.  And then I
23  have to go any time I click something and that
24  prompts me to do more work.

Page 91

1    Q.  But you've documented her symptoms over
2  the years, correct?
3    A.  Part of them.  I can never document all
4  of them in one visit.  I just --
5    Q.  The most important symptoms you are
6  going to document, correct?
7    A.  The most important -- I mean, the most
8  life-threatening ones, yes.
9    Q.  And there's nothing about stress or
10  anxiety, correct?
11    A.  Well, I keep on prescribing antianxiety
12  pills, and I offered antianxiety medication,
13  long-acting.  She has refused that.  But as I said,
14  there has been a discussion over and over,
15  otherwise I would not write a prescription for
16  antianxiety medicine year after year, would I?
17    Q.  But you did not --
18    A.  Document it.
19    Q.  I'm not -- You are thinking two steps
20  ahead.  There's no documentation of any
21  conversation in which you discussed her stress
22  symptoms or anxiety symptoms anywhere in your
23  records, correct?
24    A.  You are correct about that.

Page 92

1    Q.  All right.  And even in the hospital
2  records -- I think we showed you --
3    MR. LYDON:  Which one was this?  This was
4  Elmhurst, October 24, 2013.  Maybe one of the later
5  ones, maybe 10.  Is that it?  No.  That's Gottlieb.
6    MR. RYAN:  10 was Elmhurst.
7  BY MR. LYDON:
8    Q.  Yes.  If you look at Exhibit 10, you
9  have a three-page history and physical report for
10  Alena Hammer from October 24, 2013 at Elmhurst
11  hospital, correct?
12    A.  Correct.
13    Q.  Is there anything in this record
14  discussing Alena Hammer's stress or anxiety
15  symptoms?
16    A.  It has not been addressed in this
17  H and P; you are right.
18    Q.  All right.  But you do address the fact
19  that Alena Hammer is not taking medications because
20  she can't afford them, correct?
21    A.  Correct.
22    Q.  So at least in October of 2013, the
23  exacerbation of Alena Hammer's condition was caused
24  by not taking medications.  It had nothing to do

Page 93

1  with stress or anxiety, correct?
2    A.  Well, did you looking look at the social
3  history?
4    Q.  Yes.  We can talk about that.
5    A.  Okay.  So, okay.  "Patient is divorced.
6  She lives alone.  She has a son who lives nearby.
7  The patient has been struggling with unemployment
8  and lack of funds for the past several years, which
9  has put significant impact on her medication and
10  healing, her overall state of health."  Does that
11  speak of stress?
12    Q.  Well, I didn't see stress or anxiety.  I
13  had read it that she can't afford her meds and she
14  hasn't been taking them.
15    A.  But that indirectly speaks of stress,
16  doesn't it?
17    Q.  And as far as directly --
18    A.  Is financial burden a stress -- it's a
19  stressor, or it's not?
20    Q.  I'm just noting that -- And then you
21  note in the present -- history of present illness
22  that she hasn't been able to afford the medicine
23  and continue with that as outpatient.  And that's
24  brought about an exacerbation of her symptoms.

Page 94

1    A.   Social history is part of history of
2  present illness.  That's why it's part of the
3  history.
4    Q.   Right.  Did you ever do a detailed
5  interview with her to find out what the source of
6  any stress or anxiety was?
7    A.   I have.  But I have not dictated that
8  any further.  I didn't elaborate that any further.
9  I have talked with Alena on multiple occasions
10  about the stressors in her life, because this is
11  part of my job.
12    Q.   And --
13    A.   But the fact that I have not documented
14  it doesn't mean that I haven't done it.  That's all
15  my point is.
16    Q.   But reading between the lines on this
17  report, it seems like the source of Alena Hammer's
18  stress and anxiety was the loss of her job and not
19  having income; is that true?
20    A.   I have just said financial difficulties
21  in a global sense.  I have not gone into details
22  where her financial difficulties are coming from,
23  right?
24    Q.   So you have no information -- and I

Page 95

1  just, I need to confirm it, and I'm sorry if I'm
2  drilling down on details.  But you have no
3  information that Alena Hammer was experiencing
4  stress due to any problems she was having with a
5  mortgage loan modification?
6    A.   I know a lot of things from her with
7  regard to her mortgage loan modification, which I
8  didn't feel it should be documented in her medical
9  record.  Because it is a financial problem for her.
10  But I know.  And what I know is that she has gone
11  through a loan modification after she defaulted on
12  her mortgage.  And, actually, she defaulted on her
13  mortgage because she tried to modify her loan and
14  the loan officers didn't give her the time of the
15  day.  And she was advised to miss payments so
16  somebody pays attention to her and goes through the
17  loan modification process, which she did.  Because
18  she would never miss a payment.  That's my
19  understanding of what's happened to her.
20    Q.   Where did you get this information?
21    A.   She told me that.  That's what I recall.
22  So after that, what I know -- this is all from
23  her -- I am not a mortgage broker.  I'm not a
24  financial person.  I hear this from the patient

Page 96

1  when she comes and laments about that, right?
2  Because the visit starts with that and how much
3  trouble she has and how much stress she has.
4    And she says that, Okay, I had the loan
5  foreclosure.  And we went in front of the judge and
6  the judge ordered that I have a loan modification
7  according to the law whichever came after the
8  crisis.  So she said, I have that; I started making
9  my payments; and next thing you know, I have
10  another letter for foreclosure warning me that my
11  house goes in foreclosure again.  She goes again
12  through proceedings.  That involves attorneys and
13  defense and going to court and back and forth.  And
14  it's a substantial duress and stress on the lady
15  with her condition.
16    So this goes on for several years.  And
17  she is completely flabbergasted, why is one loan
18  company that sells the mortgage to another doesn't
19  sell all the information and doesn't endorse the
20  patient and why should -- patient, the person --
21  and why should the person go through the same
22  rigamarhythm (phonetic) -- over and over again.
23    And that, I had to hear that because the
24  visit was started with this.  So that's how I know.

Page 97

1  How much of that is correct, don't quote me on
2  that.  My knowledge is based on her statements.
3    Q.   But if it was relevant to her health --
4    A.   It is relevant, because it was so --
5    Q.   I know.  I let you talk.  All right?
6  You have got to stop when I'm in the middle of a
7  question and start answering a question.
8    A.   Sorry.
9    Q.   So if she had a source of stress that
10  was significant to her health, her care and
11  treatment, wouldn't it be incumbent upon you to
12  mention it somewhere in her records?
13    A.   As I said, my time would be wasted for
14  this visit.  Because I have 15 minutes loaded.  And
15  I would spend half an hour with her.  And if
16  20 minutes out of this half an hour are spent
17  discussing this, then I have a very little time to
18  put few lines in the note, get to assess the
19  situation what needs to be done, and send her on
20  her merry way and move to the next patient.  My
21  fault.  Bad documentation.
22    Q.   So you can't parse out one source of
23  potential anxiety from all of the others that she
24  may have, correct?

25 (Pages 94 to 97)

Page 98

1    A.   You pointed one already.  Maybe her
2  relationship with the son, I don't know.
3    Q.   Right.  And that's all I'm trying to
4  confirm is you can't -- Well, Number One, you can't
5  parse out, you know, one source of stress from
6  another as far as what may or may not have been
7  aggravating her health condition; is that true?
8    A.   Stress is stress.  And you are right
9  that it can come from different sources.
10    Q.   And in Mrs. Hammer's case, she lost her
11  mother, correct?
12    A.   That was years before.
13    Q.   All right.  She lost her job, correct?
14    A.   That's what led the snowballing effect.
15    Q.   Right.  She's remained unemployed,
16  correct?
17    A.   Or unemployable, at her age.
18    Q.   And that in and of itself would be a
19  significant source of stress, correct?
20    A.   You are absolutely right; you just don't
21  need one more.
22    Q.   What's that?
23    A.   You just don't need one more.
24    Q.   Right.  So that's all I'm saying, is you

Page 99

1  can't pick one source of stress and say that's what
2  caused all of her problem, correct?
3    A.   Well, but we know that the most
4  important stress and duress in any human being's
5  life is lack of funds.  And threat of losing their
6  home, this is one of the most difficult situations
7  that a human being can experience.  And we have
8  millions of Americans that were in that situation,
9  but they were younger and healthier and could start
10  all over.  It's not the case with her.  So with
11  her, it lingers on more and she cannot move past
12  that.
13    Q.   Can you say -- Well, she would have lost
14  her job anyway, regardless of the mortgage
15  foreclosure, correct?
16    A.   Well --
17    Q.   She lost her job, correct?
18    A.   She did lose her job, indeed.
19    Q.   And she couldn't make mortgage payment,
20  right?
21    A.   Correct.
22    Q.   And that was a source of stress,
23  correct?
24    A.   Yes.

Page 100

1    Q.   You can't say that in the absence of a
2  mortgage foreclosure, that Alena Hammer's health
3  condition would not have been aggravated and
4  progressed, can you?
5    A.   Well, you know, you can look at that in
6  a different way because if you have a husband next
7  to you with a good job, you losing your job,
8  keeping your house and your lifestyle, this is
9  non-event.
10    Q.   I'm just talking just about the mortgage
11  foreclosure.  Okay, you can't say that if the
12  mortgage foreclosure had never happened, she would
13  be -- she wouldn't have these problems today with
14  her health?
15    A.   You are right that she has those
16  underlying conditions long before her foreclosure
17  problems started.  You are right about that.
18    Q.   Right.
19    A.   The next part of the statement is that
20  the foreclosure did not help her condition; that's
21  my point.
22    Q.   But you can't tell us how much, correct?
23    A.   Oh, I can tell you it's a major source
24  of stress and disability for her.  This I can say.

Page 101

1    Q.   And it's nowhere in your records?
2    A.   It is in my records ever since I have
3  electronic medical records.  But before that, I
4  don't have it.  And I will be glad to provide you a
5  copy of that.  But you are right, there is no
6  documentation.  Fault me for that, you will be
7  right.  But again, this does not change the
8  material facts.
9    Q.   Right.
10    A.   It changes just --
11    Q.   Regardless of her mortgage foreclosure,
12  she lost her job, correct?
13    A.   Correct.
14    Q.   You can't say that if the mortgage
15  foreclosure never happened, her condition would not
16  have been aggravated anyway?
17    A.   This is speculation.
18    Q.   That's what I'm saying.
19    A.   It's a speculation that her condition --
20  her condition is there.  All I'm saying is that
21  conditions get aggravated.  I didn't say that the
22  foreclosure gave her the heart failure.  I didn't
23  say the foreclosure caused her pulmonary
24  hypertension or atrial fibrillation.  All I said is

Page 102

1    that the foreclosure added undue stress and duress
2    on her preexisting condition and threw her off
3    track; that's all I'm saying.
4        Q.   Can you tell the difference between
5    being without a job -- Can you tell me how much of
6    her stress is due to being without a job and being
7    unemployment -- unemployable versus how much of her
8    stress is due to this mortgage foreclosure?
9        A.   Well, I thought that -- I thought,
10   correct me if I'm wrong, because I'm not her
11   accountant and I do not have a precise state of her
12   financial affairs -- but it was my impression that
13   between her unemployment payment and after that her
14   social security, that she was capable to pay this
15   amount for her modified loan.  That was my
16   impression.
17       So it's not that she was left entirely
18   without funds.  She was not left at the mercy of
19   her son.  She was still capable of meeting her
20   financial obligations until, I mean, the whole ball
21   of wax started all over again.  Correct me if I'm
22   wrong.
23       Q.   I will have your own words correct you.
24       THE VIDEOGRAPHER:  I have to change the tape.

Page 103

1        MR. LYDON:  All right.
2        THE VIDEOGRAPHER:  This is the end of Tape
3    Number 1 of the continuing deposition of
4    Dr. Ofelia Phillips.  The time is 3:51 p.m.
5        (WHEREUPON, a brief break
6        was had.)
7        THE VIDEOGRAPHER:  Going back on the record.
8    This is Tape Number 2 of the continuing deposition
9    of Dr. Ofelia Phillips.  The time is 03:00 p.m.
10   BY MR. LYDON:
11       Q.   Doctor, can you tell me the process or
12   mechanics involved with how stress has aggravated
13   the various medical conditions that Alena Hammer
14   has?
15       A.   Well, by the physiological responses of
16   the body that stress produces, which is elevation
17   of blood pressure and heart rate.
18       Q.   So it's the elevation of her blood
19   pressure and heart rate that have caused all her
20   problems over the past few years?
21       A.   No.  That has -- That aggravates the
22   underlying condition and basically can flare up her
23   -- or throw her out of control.
24       Q.   Right.  And I'm not talking about

Page 104

1    "cans."  I want to know what your opinion is.  If
2    you don't know more likely than not, let me know.
3    But are you saying that over the past few years,
4    elevated blood pressure and an elevated heart rate
5    has been the problem that has set all of her other
6    problems in motion?
7        A.   Can you rephrase the question?
8        Q.   I don't know how I can.
9        A.   All right.  Well, narrow it down then.
10       Q.   You just said -- I wanted to know, you
11   know, how stress has aggravated her medical
12   conditions.  And that's an opinion that you have,
13   correct?
14       A.   The opinion -- You asked me, if I can
15   repeat your question, is how stress can worsen her
16   preexisting conditions.
17       Q.   Right.
18       A.   How does stress affect the human body.
19   And why is it so that it affected her underlying
20   conditions.  Did I understand you correctly?
21       Q.   Right.
22       A.   All right.  And I told you that
23   basically what stress does, it increases our heart
24   rate, blood pressure, catecholamines in the body

Page 105

1    and basically puts into people who have marginal
2    function.  Now, you increase their heart rate and
3    increase their blood pressure, then chances are
4    they are going to decompensate.
5        Q.   And so Alena Hammer's blood pressure and
6    heart rate elevated causing her to decompensate?
7        A.   At times.
8        Q.   Well, what times?
9        A.   Well, as I said, when stress builds up
10   and you experience it at home on a daily basis, I'm
11   thinking that this has contributed to the
12   exacerbation of her condition and brought about
13   hospitalizations as well.
14       Q.   Right.  And I got that.  The stress part
15   of it.  But then I asked what specific process was
16   involved, and you said elevated blood pressure and
17   an elevated heart rate have kind of set the process
18   in motion in which Alena Hammer has decompensated.
19       A.   I think that's what is the logical
20   sequence of events.
21       Q.   And has then elevated blood pressure and
22   elevated heart rate caused her to be hospitalized
23   for congestive heart failure?
24       A.   Well, every time we look into the

Page 106

1    history and physicals, and one time in 2013 she was
2    fluid overloaded. So why was she fluid overloaded
3    again? It is the question if she was stress
4    eating. Was she eating wrong thing at home which
5    could have brought more fluid retention and fluid
6    overload? Those are all things that we don't know
7    exactly what have been happening in Alena's home.
8    Neither you nor me. But we see the end result of
9    it, because people have different reactions to
10   stress, right?
11      Q.   Well, you keep coming back to stress.
12   If that's the underlying cause of all her medical
13   problems right now, I have yet to see it mentioned
14   in any of her records. Have you?
15      A.   It's an aggravated factor. It's not an
16   underlying cause.
17      Q.   I mean, these diseases can progress
18   naturally all on their own, correct? These are
19   serious medical conditions?
20      A.   Absolutely right.
21      Q.   And in Alena's case, you know,
22   regardless of stress, her congestive heart failure
23   could have continued, correct?
24      A.   Well, as you said, her congestive heart

Page 107

1    failure will continue. It will never go away. It
2    will be a matter of being compensated versus
3    decompensated.
4       Q.   And her pulmonary hypertension,
5    regardless, gives her a limited life span, correct?
6       A.   Definitely. And again, it's a matter of
7    being compensated or decompensated. And that is
8    the fine equilibrium we are trying to achieve.
9       Q.   And if these serious medical conditions,
10   pulmonary hypertension, systemic hypertension,
11   congestive heart failure, atrial fibrillation were
12   all being decompensated by a certain symptom,
13   wouldn't it be present all over Alena Hammer's
14   medical records?
15      A.   Well, you are asking for ideal
16   recordkeeping. And I am not the champion of that.
17   I do apologize.
18      Q.   And you don't diagnose pulmonary
19   hypertension, correct?
20      A.   Well, I think that the pulmonary
21   hypertension was diagnosed. I think I helped with
22   that by referring her to the cardiologist after we
23   had data from her testing from one of the CAT
24   scans. And then further that there is evidence of

Page 108

1    elevated pressures and that she was appropriately
2    referred to cardiologist to treat her. That was
3    when I could no longer keep her under control with
4    blood pressure medications and diuretics. That's
5    when all these very expensive medications were
6    added, after we have failed to control her
7    condition with the armamentarium until then.
8       And again you are saying. Doctor, this
9    is a natural progress of disease, and I agree with
10   you. But also I'm saying that undue aggravating
11   factors contribute to the progression of disease,
12   and at times trigger exacerbations. That's all I
13   am trying to say.
14      Q.   I understand that. But you can't tell
15   us how much stress contributed to the deterioration
16   of her condition?
17      A.   Well, I cannot quantify that, because
18   medicine is not an exact science. And if you need
19   somebody to give you an exact answer in medicine,
20   perhaps you should look for an expert in the field
21   to give you quantitative measurements, which I
22   doubt you are going to find.
23      Q.   And you would defer to such an expert,
24   correct?

Page 109

1       A.   I would.
2       Q.   So --
3       A.   If you need precise quantitation. And
4    again, I'm saying medicine is not an exact science.
5    It's not math.
6       Q.   Right. And -- Well, when was this
7    conversation with Alena Hammer about her loan
8    modification; do you recall when?
9       A.   No. This conversation has been going on
10   for the past several years. I cannot remember
11   dates or whatever. I just know that that has gone
12   over and over. And with change of lenders, the
13   whole process starts over again. That's all I
14   remember. And I bet it doesn't make any sense.
15   And she said, No, it doesn't. But again, it's
16   neither here nor there, right?
17      Q.   Right. And it wasn't mentioned in your
18   October 2013 detailed three-page hospital record in
19   which you did take a social history?
20      A.   You know, this part of social -- That's
21   why we have social workers in the hospital. That
22   when we have things that are above and beyond our
23   narrow scope of work, what we try to do, get her
24   physical condition improved and get her out of

Page 110

1 there. We are not there to solve her social
2 problems. We are there to interfere and help if
3 she needs a home health, if she needs some kind of
4 assistive devices, if she needs placement if she is
5 homeless. That's where our social service kicks
6 in. But we cannot -- or we can apply for
7 disability for her if we find that she is in dire
8 straits.
9         But we are not there to straighten up
10 her financial difficulties. And we cannot address
11 the stress of her life.
12     Q.   You can't address stress?
13     A.   I mean, we cannot address the financial
14 part. I cannot take Alena home with me. I cannot
15 pay her mortgage payments either.
16     Q.   You can't pay any of her payments; it's
17 not just mortgage. She can't afford her
18 medications for one, correct?
19     A.   Well, I got her free medications. I
20 have called my drug reps and they have been brining
21 supplies for her of expensive drugs free of charge.
22 I have enrolled her in patient assistance programs.
23 I have done my part of the social work. But as I
24 said, I cannot modify factors that are above and

Page 112

1 I'm not on trial for recordkeeping here. I'm sorry
2 I cannot be more helpful to you. But even if we
3 dwell on that until tomorrow morning, we are not
4 going to get a better recordkeeping, and we are not
5 going to get that piece of evidence that you need
6 so badly. I'm sorry. You have to rely on my
7 testimony, verbal testimony. And if you doubt my
8 credibility, then we shouldn't be even sitting
9 here, do we?
10     Q.   How about pain and disability, does that
11 cause stress?
12     A.   She has chronic pain, which she copes
13 with with her pain medications. And we have added
14 more medications to her regimen.
15     Q.   You didn't answer my question. Does
16 pain and disability cause stress?
17     A.   Pain is something that you get adapted
18 to and you learn to live with, like with any other
19 physical disability.
20     Q.   So in Alena Hammer's case, her pain and
21 disability -- her chronic pain doesn't cause any
22 form of stress or anxiety?
23     A.   I haven't said that. It does cause
24 stress. But she copes with this one with help of

Page 111

1 beyond my control. And I have no control over her
2 financial situation.
3     Q.   But her problem was having a lack of
4 funds. And you saw fit to put that in your report,
5 correct?
6     A.   I did.
7     Q.   Nothing about a loan modification
8 problem, correct? That's just one --
9     A.   As I said, I'm not a mortgage officer.
10 I don't think this is in the scope of my work to be
11 writing such a detailed history. It's enough for
12 me to mention that this woman is under duress for
13 financial reasons. I don't need to elaborate on
14 that. It's not my place. If the social worker
15 goes there, she will take detailed history of all
16 of that.
17         But again, again, even the social worker
18 in the hospital will have limited scope of what she
19 can do for that person.
20     Q.   But as you're her primary care
21 physician, it's important for you to document a
22 symptom that you believe is exacerbating her
23 overall state of health?
24     A.   Mea culpa. I have not documented it.

Page 113

1 medications. We have a way to remedy that.
2     Q.   Do any of her medications have a side
3 effect of anxiety?
4     A.   No.
5     Q.   Benazepril doesn't have the side effect
6 of anxiety?
7     A.   Lisinopril?
8     Q.   Yeah, Benazepril.
9     A.   Benazepril?
10     Q.   Benazepril. I'm sorry.
11     A.   Well, I mean, if in the long list of
12 side effects that is mentioned, I cannot be sure.
13     Q.   How about Metoprolol?
14     A.   All of those medications were life
15 saving for her. So you have to take the good with
16 the bad.
17     Q.   Right.
18     A.   But I'm not --
19     Q.   Anxiety might be one of them, correct?
20     A.   No. Anxiety is not a known side effect,
21 at least not to me. Even if it's in the side
22 effect brochure in the packaging insert of
23 Metoprolol, I have not seen Metoprolol causing
24 anxiety in patients.

Page 114

1    Q.   Her arthritis, her obstructive sleep
2  apnea, her respiratory problems create a problem
3  with Alena Hammer's sleeping, correct?
4    A.   A lot of things interfere with her
5  sleeping, correct.
6    Q.   Okay. And that's been a common
7  complaint, correct, lack of sleep?
8    A.   Correct.
9    Q.   Lack of sleep causes stress and anxiety,
10  doesn't it?
11    A.   Lack of sleep causes chronic fatigue.
12    Q.   But lack of sleep can also cause stress
13  and anxiety?
14    A.   Well, lack of sleep causes chronic
15  fatigue syndrome. It does not cause anxiety. It
16  may cause depression and a loss of cognitive
17  function, but it does not cause anxiety.
18    Q.   How about fear of death; does that cause
19  stress?
20    A.   I am not aware of anybody living with
21  that fear day in and day out. Do you think that
22  you are moral every single day?
23    Q.   How about if I had Alena Hammer's
24  medical conditions?

Page 115

1    A.   Your point?
2    Q.   It's not a point --
3    A.   That she is so fearful that she cannot
4  sleep?
5    Q.   I'm not making a point. I'm asking you
6  a question: Can fear of death cause stress?
7    A.   She hasn't shared that with me. She
8  hasn't shared any excessive fears of death. As a
9  matter of fact, we have never even talked about it.
10    Q.   But she's got serious medical conditions
11  that can, and likely will, cause her death in the
12  near future?
13    A.   We all die from something. And she
14  knows that that's what's going bring her demise.
15  But she doesn't live under the threat of this
16  demise day in and day out, because then life is not
17  worth living.
18    Q.   Are you speculating? Or have you
19  discussed the fear of death?
20    A.   No, I'm not speculating. I just see her
21  desire to live. I see her spirit to keep going,
22  moving, and better herself as much as she can in
23  her condition and not to be burden on her son or
24  her family. This is not a behavior of a person who

Page 116

1  is scared from death and lays down and waits for
2  this death and prays for that death.
3    Q.   Well, that's -- If she had a desire to
4  live, then she certainly would have a fear of
5  death, correct?
6    A.   This is normal human feeling --
7    MR. WOOTEN:  Asked and answered.
8  BY THE WITNESS:
9    A.   -- but I don't think this is relevant
10  what we are discussing here.
11  BY MR. LYDON:
12    Q.   Well, we are talking about stress. You
13  are the one that said that stress from -- Well,
14  what --
15    All right. Let us know right now: What
16  stress, what sources of stress have aggravated
17  Alena Hammer's congestive heart failure, atrial
18  fibrillation, and pulmonary hypertension over the
19  past few years? What sources of stress?
20    A.   I think we delineated that already. We
21  elaborated on that already. That was the loss of
22  job; that was the loss of income; that was the
23  impending loss of a roof over her head, and a
24  constant financial struggle. I think those are all

Page 117

1  stressors. Right? And I thought we agreed on
2  that.
3    Q.   And I was just asking -- and I'm allowed
4  to do that -- whether there were any other
5  potential stressors in her life. And that's why I
6  was asking you: She has a lot of pain. Could that
7  possibly cause stress? I asked you if she's got
8  serious medical conditions that cause death that
9  could cause a fear of death. And I'm just asking
10  if you are aware that she has other potential
11  triggers of stress.
12    A.   Maybe they're there. I'm not aware of
13  them.
14    Q.   You have never done a diagnostic
15  interview with Alena Hammer to determine all the
16  sources of any stress or anxiety symptoms
17  Alena Hammer has experienced at any time, have you?
18    A.   Well, most of the time that has been her
19  voluntary statement. Because when person is
20  preoccupied with certain stressor in their life,
21  and they talk over and over and over about one
22  thing, I assume that this is the most major
23  stressor in this person's life. If she had come to
24  me and if she had said, Oh, my grandchild is sick

Page 118

1  and is in need of liver transplant; oh, my son lost
2  his job and he broke his leg, and now I have to go
3  and take care of him because his wife left him, I
4  would have known about that. However, this has
5  never been shared with me, and I'm not going to go
6  and pry into the private life of my patients in
7  detail if they don't volunteer or open the door
8  somewhere for me to go and ask them.
9      Q.  Well, why wouldn't you pry if you felt
10  it was creating a symptom that was causing
11  decompensation?
12     A.  Because I don't need to pry. She would
13  come and tell me.
14     Q.  When -- Have you ever diagnosed her with
15  a stress disorder?
16     A.  Formally, in the medical record? Is
17  that what you are asking me?
18     Q.  Well, I'm assuming the medical records
19  are supposed to have all the critical information
20  about Alena Hammer's diagnosis.
21     A.  So --
22     Q.  While you are looking for it --
23     A.  Those are the --
24     Q.  When was that?

Page 119

1      A.  This is from December 16th of 2014.
2      Q.  So two months ago, you diagnosed her
3  with a stress disorder?
4      A.  No. I didn't diagnose it two months
5  ago. I just finally documented it two months ago.
6  And that's what we have been talking about and
7  chasing our tails, that I have very poor
8  documentation habits.
9      Q.  When was the first time you spoke to
10  Plaintiff's -- to Alena Hammer's attorneys?
11     A.  I don't even remember. I think that I
12  received the subpoena from you. And then I said,
13  What is this all about? And I called her and said,
14  Why am I involved in this? I'm a doctor; I'm not a
15  mortgage broker. Why am I in this? Why am I
16  pulled in this?
17     Q.  And she explained it to you, correct?
18     A.  So she explained to me. She told me
19  that, you know, that's what she is doing.
20         And then, because there was some date in
21  the subpoena that was not convenient for me because
22  I thought that I would be out of town, so I said,
23  you know, Do you have an attorney? Because I would
24  rather have a deposition with your attorneys

Page 120

1  present while I'm being deposed by the counsel.
2         And that's all was the discussion going
3  on.
4      Q.  Right. You asked her why you were being
5  subpoenaed and Alena Hammer explained it to you,
6  right?
7      A.  She did.
8      Q.  So my question, going back, is there
9  anywhere -- So I haven't seen the December '14
10  record. Maybe if you can give it to my partner.
11     A.  I forgot to ask the girls to make a copy
12  of that. But this is -- Those are the last three
13  visits, the one that you do not have a copy of.
14     Q.  There it is. December 16, 2014. It
15  says, "Stress and adjustment reaction."
16     A.  Uh-huh.
17     Q.  That's the first time that shows up
18  anywhere in your records for her, correct?
19     A.  Correct.
20     Q.  And this was after you had a discussion
21  with Alena Hammer?
22     A.  I don't remember if this was before or
23  after.
24     Q.  You have to let me get my -- You don't

Page 121

1  remember if your diagnosis came before or after you
2  had a conversation with Alena Hammer regarding this
3  lawsuit and your testimony, correct?
4      A.  Correct.
5      Q.  So have you ever referred her to a
6  psychiatrist?
7      A.  I offered her counseling and I did offer
8  her antidepressant as well, and she refused.
9      Q.  In December of 2014?
10     A.  I don't remember when exactly.
11     Q.  Well, it's kind of important. So if we
12  could figure out from looking at your records when
13  you discussed sending her to a psychiatrist.
14     A.  I did not suggest her going to a
15  psychiatrist. I was more thinking on the line of
16  sending her for counseling, because I thought that
17  if I put her on antidepressant and she goes for
18  counseling, that that would be adequate. I don't
19  right off the bat send people to psychiatrists
20  unless there is a more serious psychiatric
21  disorder.
22     Q.  Well --
23     A.  Or condition that I can no longer
24  handle.

Page 134

1    MR. ZAMBON: You have a copy of that.
2    MR. LYDON: No. I did not get a copy of when
3 her medications changed.
4    MR. WOOTEN: I have three copies of this.
5    THE WITNESS: I'm so glad that your
6 recordkeeping is so much better than mine. It's
7 not --
8    MR. WOOTEN: Here you go, John. We got three
9 copies of this. It's prescription records with a
10 Bates stamp.
11    MR. RYAN: These aren't from Dr. Phillips.
12 These are from the drugstore.
13    MR. WOOTEN: Yeah, that's right.
14    MR. LYDON: We will take a look at it.
15    THE WITNESS: But they go to the drug store
16 from me. So they are actually a representation of
17 what she has been taking.
18    MR. LYDON: Initial date of what?
19    MR. RYAN: 2009.
20    MR. LYDON: Perfect. All the way to the
21 present?
22    MR. WOOTEN: Did I hand y'all the one I
23 highlighted on?
24    MR. LYDON: I don't see any highlights.

Page 135

1    MR. WOOTEN: Let me see the one I highlighted.
2 BY MR. LYDON:
3    Q.  Are there any notes in your records
4 regarding increased symptoms of anxiety or stress?
5    A.  No documentation.
6    Q.  Is it true that you first received the
7 subpoena for your deposition back in November 2014?
8    A.  It sits there in the back. Maybe we can
9 look at it. I don't remember when was the date.
10 It's right behind the phone.
11    THE WITNESS: Would you mind plucking that
12 one?
13    MR. ZAMBON: Sure.
14 BY THE WITNESS:
15    A.  And that's when I -- When was that
16 received in my office? Let me see, December 10.
17 BY MR. LYDON:
18    Q.  Okay. Of 2014?
19    A.  2014, I'm sorry.
20    MR. LYDON: All right. If we could take just
21 a one-minute break. I just need to talk to my
22 partner and see if there's anything else. And I
23 think we are done.
24    THE VIDEOGRAPHER: We're going off the record

Page 136

1 at 4:44 p.m.
2    (WHEREUPON, there a brief break
3    was had.)
4    THE VIDEOGRAPHER: We're going back on the
5 record at 4:59 p.m.
6    (WHEREUPON, a certain document was
7    marked Dr. Phillips Deposition
8    Exhibit No. 14, for identification,
9    as of 02/26/2015.)
10    EXAMINATION
11 MR. WOOTEN:
12    Q.  Doctor, I'm Nick Wooten. I'm one of
13 Ms. Hammer's attorneys. We are going to go show
14 you a document we have marked as Exhibit 14 to your
15 deposition. It is the pharmacy records we
16 recovered through discovery for Ms. Hammer.
17    If you'll notice in the lower-right
18 document corner of the page, it says,
19 Prescriptions. And then it will have the name and
20 then a number. And that's a Bates labeling system
21 for us to keep track of the documents. Do you see
22 that information?
23    A.  Yes, I do.
24    Q.  If you will flip over to Page Osco 0005.

Page 137

1    A.  Okay.
2    Q.  The top entry in that list is a
3 prescription, dispensing date of 2/25/2011, for
4 Alprazolam?
5    A.  Correct.
6    Q.  And that is Xanax?
7    A.  Correct.
8    Q.  And that is a prescription for 180
9 pills, correct?
10    A.  Correct.
11    Q.  And that was written by you?
12    A.  Yes.
13    Q.  And this indicates that it was filled on
14 that date?
15    A.  Correct.
16    Q.  All right. Now, you said 180 pills
17 would typically be how many months?
18    A.  A three-month supply.
19    Q.  Three months. All right. And if you'll
20 flip over to Page 8.
21    A.  Osco 008?
22    Q.  Osco 08.
23    A.  Okay.
24    Q.  There is an additional prescription at

Page 174

1   A.   Ask it your way, and I will answer it.
2       MR. LYDON:  Could you repeat the question,
3   please?
4           (WHEREUPON, the record was read
5            by the reporter as requested.)
6   BY THE WITNESS:
7       A.   Whose question was that?  Because I am
8   now completely -- Was it your question?
9   BY DR. LYDON:
10      Q.   Does it matter?
11      A.   I want to know if I am answering your
12  question because you'd like me to finish --
13      Q.   That's my question.
14      A.   -- answering you.  I wanted to make sure
15  this is your question.
16      Q.   That's my question.
17      A.   Okay.  And I think that I have answered
18  that question already many times by explaining the
19  differential diagnosis of anxiety.  I just
20  delineated for the other counsel.
21      Q.   I wasn't asking that.  I was asking if
22  my definition of what a differential diagnosis is
23  correct.  You don't have to jump three questions
24  ahead.  I was asking if my definition of a

Page 175

1   differential diagnosis was correct.
2       A.   That you are ruling in or ruling out
3   causes for a particular condition.  Did I
4   understand you correctly?
5       Q.   No.  You rule in all potential causes of
6   a condition, then systemically rule out until you
7   arrive at a diagnosis, if you can.
8       A.   Okay.  In principal, this is a correct
9   statement.
10      Q.   And a differential etiology is similar,
11  correct?  A differential etiology is when you rule
12  in all potential causes of an already diagnosed
13  condition, then systematically rule out those
14  causes until you arrive at what you believe is the
15  root cause or causes, correct?
16      A.   This is correct too.
17      Q.   And you've never formally conducted a
18  differential diagnosis or a differential etiology
19  to determine any cause of the exacerbation of her
20  cardiac conditions; is that true?
21      A.   No.  Wrong.
22      Q.   You did conduct a differential etiology?
23      A.   Any time a patient is being admitted for
24  a particular exacerbation of condition, it could be

Page 176

1   a myriad of factors that caused that exacerbation.
2       Q.   Right.  And is there anywhere in your
3   records showing that you performed that
4   differential -- that differential diagnosis or
5   differential etiology?
6       A.   You mean that it's not written in the
7   record, because this is due to this and due to that
8   and due to that.  There is a causality shown into
9   the record.  And what I'm understanding you are
10  driving to is that stress was not mentioned.
11      Q.   Elevated blood pressure as the cause of
12  exacerbating all her conditions is not mentioned
13  either, is it?
14      A.   Well, the fluid overload was mentioned
15  there.  And the fluid overload is -- I mean, I have
16  to go into the details of the record to be able go
17  on that level.  But I don't think that this is the
18  subject of today's discussion.
19      Q.   But as you sit here today, you said
20  stress caused elevated blood pressure and elevated
21  heart rate and that the elevated blood pressure and
22  elevated heart rate caused all her cardiac
23  conditions.  And I'm asking you if you ever went
24  through a formal differential diagnosis or

Page 177

1   differential etiology to determine the cause of any
2   exacerbation of her medical condition.
3       A.   Well, with the admissions, there is a
4   reasoning behind.  And that is stated in the
5   history and physical.
6       Q.   Did you ever conduct a differential
7   diagnosis or differential etiology for the cause of
8   her stress and/or anxiety?
9       A.   That has been done on almost every visit
10  when she comes.  And we are asking -- And I am
11  asking for the -- or she volunteers without even
12  being asked for why she's stressed out.
13      Q.   And you have not documented any of that
14  in your records, have you?
15      A.   For the 50th time, no.
16      MR. LYDON:  That's all I have.  That's it.
17      MR. WOOTEN:  I'm done.
18      THE VIDEOGRAPHER:  This concludes the
19  deposition of Dr. Ofelia Phillips.
20          The time is 5:57 p.m.
21      MR. WOOTEN:  We didn't ask you this:  You have
22  the choice to read and sign your deposition, or you
23  can waive reading and signing.
24      THE WITNESS:  I waive.