UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| ALENA W. HAMMER, | ) | CIVIL ACTION | |
| Plaintiff, | ) | | |
| | ) | File No. 1:13-cv-6397 | |
| | ) | | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | v. ) | JURY TRIAL DEMANDED | |
| | ) | | |
| Defendant. | ) | Honorable Judge Durkin | |

**PLAINTIFF, ALENA W. HAMMER, PROPOSED
GENERAL VERDICT FORM**

COMES NOW the Plaintiff, Alena W. Hammer, and proposes the attached General Verdict Form.

Respectfully submitted, this ___ day of April, 2015.

/s/ Nicholas Heath Wooten
Nicholas Heath Wooten, *pro hac vice*
Nick Wooten, LLC
1702 Catherine Court
P.O. Box 3389
Auburn, Alabama, 36831
(334) 887-3000 Phone
nick@nickwooten.com

/s/ Ross M. Zambon
Sulaiman Law Group, Ltd.
Ross M. Zambon - ARDC # 6294149
Mara A. Baltabols - ARDC # 6299033
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523

## **CERTIFICATE OF SERVICE**

I, Ross M. Zambon, do hereby certify that I sent the foregoing verdict form to counsel listed below by e-mail on this ___th day of March, 2015.

| | |
|---|---|
| John P. Ryan | jryan@hinshawlaw.com |
| Palak N. Shah | PShah@hinshawlaw.com |
| James Lydon | jlydon@hinshawlaw.com |

/s/ Ross M. Zambon
Ross M. Zambon (ARDC # 6294149)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| ALENA W. HAMMER, | | ) | CIVIL ACTION |
| | Plaintiff, | ) | |
| | | ) | File No. 1:13-cv-6397 |
| | | ) | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | v. | ) | JURY TRIAL DEMANDED |
| | | ) | |
| | Defendant. | ) | Honorable Judge Durkin |

**VERDICT**

We, the jury, duly impaneled and sworn upon our oaths, submit the following verdict:

**COUNT I - BREACH OF CONTRACT**

We, the jury, find in favor of Ms. Hammer and against RCS.

Signed: _____
           Jury Foreperson

Dated: _____

OR

We, the jury find in favor of RCS and against Ms. Hammer.

Signed: _____
           Jury Foreperson

Dated: _____

**Defendant objects to Plaintiff's proposed verdict form. Defendant's proposed verdict form**

3

Error! Unknown document property name.131035139v1 0951421

1

**tracks the Illinois Pattern Jury Instruction (700.02V, 700.03V, 700.07V, 700.11V, 7.17V) for a breach of contract claim. Defendant also objects because it is confusing to have the verdict for both parties on the same verdict form. Defendant also objects because it only asks for the signature of the foreperson. Defendant further objects because the issue of damages is placed on a separate verdict form. Defendant also objects that the form contains the case caption as it is unnecessary.**

## COUNT II –
## VIOLATION OF THE ILLINOIS CONSUMER FRAUD ACT – UNFAIRNESS

We, the jury, find in favor of Ms. Hammer and against RCS.

Signed: _____
             Jury Foreperson

Dated: _____

OR

We, the jury find in favor of RCS and against Ms. Hammer.

Signed: _____
             Jury Foreperson

Dated: _____

**Defendant objects to Plaintiff's proposed verdict form. Defendant objects because it is confusing to have the verdict for both parties on the same verdict form. Defendant also objects because it only asks for the signature of the foreperson. Defendant further objects because the issue of damages is placed on a separate verdict form. Defendant also objects because Plaintiff propose two verdict forms for her consumer fraud claim. Finally,**

**Defendant objects because Plaintiff's consumer fraud claim should not go to the jury.**

> Formatted: Justified

### COUNT III –
### VIOLATION OF THE ILLINOIS CONSUMER FRAUD ACT – DECEPTION

We, the jury, find in favor of Ms. Hammer and against RCS.

Signed: _____
        Jury Foreperson

Dated: _____

OR

We, the jury find in favor of RCS and against Ms. Hammer.

Signed: _____
        Jury Foreperson

Dated: _____

**Defendant objects to Plaintiff's proposed verdict form. Defendant objects because it is confusing to have the verdict for both parties on the same verdict form. Defendant also objects because it only asks for the signature of the foreperson. Defendant further objects because the issue of damages is placed on a separate verdict form. Defendant also objects because Plaintiff propose two verdict forms for her consumer fraud claim. Finally, Defendant objects because Plaintiff's consumer fraud claim should not go to the jury.**

**Formatted:** Justified

### COUNT IV - VIOLATION OF THE REAL ESTATE SETLEMENT PROCEDURES ACT

We, the jury, find in favor of Ms. Hammer and against RCS.

Signed: _____
Jury Foreperson

Dated: _____

OR

We, the jury find in favor of RCS and against Ms. Hammer.

Signed: _____
Jury Foreperson

Dated: _____

**Defendant objects to Plaintiff's proposed verdict form. Defendant objects because it is confusing to have the verdict for both parties on the same verdict form. Defendant also objects because it only asks for the signature of the foreperson. Defendant further objects because the issue of damages is placed on a separate verdict form.**

## DAMAGES

We, the jury, allow compensatory damages to Ms. Hammer in the amount of

$_____.

We, the jury, allow punitive damages to Ms. Hammer the amount of

$_____.

Signed: _____
               Jury Foreperson

Dated: _____

**Defendant objects to Plaintiff's proposed verdict form. Defendant further objects because the issue of damages is placed on a separate verdict form. This verdict form misleads the jury into to thinking that punitive damages can be awarded on any count. Defendnat further objects based upon its motion in limine because no count going to the jury allows for punitive damages. Defendant also objects because it only asks for the signature of the foreperson.**