# VERDICT FORMS

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 40

# VERDICT FORM A

<u>VERDICT A</u>
  WE, THE JURY, FIND FOR Alena Hammer AND AGAINST Residential Credit Solutions, Inc. on all counts

| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

We assess the damages in the sum of _____$, itemized as follows:

**Error! Unknown document property name.**

## DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 41

## VERDICT FORM B

<u>VERDICT B</u>

    WE, THE JURY, FIND FOR Residential Credit Solutions, Inc. AND AGAINST Alena Hammer on all counts.

_____          _____
_____          _____
_____          _____

_____          _____
_____          _____
_____          _____

**Error! Unknown document property name.**

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 42

# VERDICT FORM C

We the Jury find in favor of Alena Hammer against Residential Credit Solutions, Inc. for the Breach of Contract Count (refer to Instruction No. ___).

_____  _____
_____  _____
_____  _____

_____  _____
_____  _____
_____  _____

## DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 43

## VERDICT FORM D

We the Jury find in favor of Residential Credit Solutions, Inc. and against Alena Hammer for the Breach of Contract Count.

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

## DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 44

## VERDICT FORM E

We the Jury find in favor of Alena Hammer and against Residential Credit Solutions for the claim under the Real Estate Settlement Procedures Act.

_____  _____
_____  _____
_____  _____
_____  _____
_____  _____

We assess the damages in the sum of _____$, itemized as follows:

**Error! Unknown document property name.**

## DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 45

## VERDICT FORM F

We the Jury find in favor of Residential Credit Solutions, Inc. and against Alena Hammer for the claim under the Real Estate Settlement Procedures Act.

_____  _____
_____  _____
_____  _____

_____  _____
_____  _____
_____  _____

**Error! Unknown document property name.**