## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alena Hammer | ) | Case No: 13 C 6397 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Residential Credit Solutions | ) | |
| | ) | |

## ORDER

Jury trial held and completed. Defendant's renewed Rule 50 motion and motion for a directed verdict are denied for the reasons stated. Jury returns a verdict in favor of the Plaintiff. Plaintiff is awarded $500,000 in compensatory damages and $1,500,000 in punitive damages. Enter Verdict. Post trial motions are to be filed by 5/18/15. Responses are due 6/15/15. Replies are due 6/29/15. A status hearing is set for 7/8/15 at 9:00 a.m. (6:35)

Date: 4/20/15                                              /s/ Thomas M. Durkin