

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Alena Hammer ) | Case No: 13 C 6397 |
| ) | |
| v. ) | |
| ) | Judge: Thomas M. Durkin |
| ) | |
| Residential Credit Solutions ) | |

## ORDER

Jury trial held and completed. Defendant's renewed Rule 50 motion and motion for a directed verdict are denied for the reasons stated. Jury returns a verdict in favor of the Plaintiff. Plaintiff is awarded $500,000 in compensatory damages and $1,500,000 in punitive damages. Enter Verdict. Post trial motions are to be filed by 5/18/15. Responses are due 6/15/15. Replies are due 6/29/15. A status hearing is set for 7/8/15 at 9:00 a.m. (6:35)

Date: 4/20/15                                    /s/ Thomas M. Durkin