13cv6397

Can stress cause weight gain? Please Explain?

Jury note

FILED

APR 20 2015

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Last Week
a Medical Program
on TV Stated

" When a person is
under a lot of stress
it is a well known fact
that Blood Pressure Increases

Jay note

How can they assume that stress has not cause Mrs Hemmer elevation of any changes in her blood pressure if they, medication, is controling blood pressure?

If all Mrs Hemmer's heath condition is caused by obesity how can they say that stress has not acelerate Mrs Hemmer's condition? To my knowlidge people under high levels of stress, anxiety tend to eat more.

does the planky's legal team recieve a percentage of the punitive damages?

thank you

Jury Note
4/20/15