# EXHIBIT A

Syed Hasanain
February 25, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALENA W. HAMMER,                     )
                                     )
            Plaintiff,               )
                                     )
      -vs-                           ) No. 13 C 6397
                                     )
RESIDENTIAL CREDIT SOLUTIONS,        )
INC.,                                )
                                     )
            Defendants.              )

          The videotaped discovery deposition

of SYED J. HASANAIN, M.D., called as a Witness,

pursuant to the Rules of Civil Procedure for the

United States District Courts pertaining to the

taking of depositions, taken before

Donna O'Connor, a Certified Shorthand Reporter

within the State of Illinois, at the location of

675 West North Avenue, Melrose Park, Illinois, on

Wednesday, February 25, 2015, commencing at 1:41

p.m., pursuant to subpoena.

Reported by:  Donna O'Connor, C.S.R.
License No.:  84-003579

Syed Hasanain
February 25, 2015

Page 2

```
 1   APPEARANCES:
 2        SULAIMAN LAW GROUP
          BY:  MR. ROSS MICHAEL ZAMBON
 3        900 Jorie Boulevard
          Suite 150
 4        Oak Brook, Illiinois 60523
          rzambon@sulaimanlaw.com
 5        (630) 575-8181
 6        Representing the Plaintiff;
 7
          OFFICE OF NICK WOOTEN, LLC
 8        BY:  MR. NICK WOOTEN
          P. O. Box 3389
 9        Auburn, Alabama 36831
          nick@nickwooten.com
10        (334) 887-3000
11        Representing the Plaintiff;
12
          HINSHAW & CULBERTSON, LLP
13        BY:  MR. JAMES LYDON
              MR. JOHN P. RYAN
14        222 North LaSalle Street
          Suite 300
15        Chicago, Illinois 60601-1081
          jlydon@hinshawlaw.com
16        jryan@hinshawlaw.com
          (312) 704-3000
17
          Representing the Defendant.
18
19
          VIDEOTAPED BY:    Mr. Craig Sinnott
20        Trialvision/Depovision, Ltd.
          77 West Washington Street
21        Suite 611
          Chicago, Illinois 60602
22        www.depovision.com
          (312) 332-4288
23
24             --oOo--
```

Page 3

```
 1        I N D E X   O F   E X A M I N A T I O N S
 2
 3   WITNESS:  SYED J. HASANAIN, M.D.
 4
 5   EXAMINATION BY:                        PAGE
 6        MR. LYDON............................  5
 7
 8
 9        I N D E X   O F   E X H I B I T S
10        EXHIBIT NO. 1 .........................   9
11        EXHIBIT No. 2 .........................  13
12        EXHIBIT NO. 3 .........................  15
13        EXHIBIT NO. 4 .........................  24
14        EXHIBIT NO. 5 .........................  34
15        EXHIBIT NO. 6 .........................  59
16        EXHIBIT NO. 7 .........................  61
17        EXHIBIT NO. 8 .........................  70
18
19
20             --oOo--
21
22
23
24
```

Page 4

```
 1        THE VIDEOGRAPHER:  We are on the video
 2   record.  My name is Craig Sinnott.  I am a video
 3   technician for Depovision located at 77 West
 4   Washington Street, Chicago, Illinois.  The date
 5   is February 25th, 2015.  The time is 1:41 p.m.
 6        We are present here today at
 7   675 West North Avenue, Melrose Park, Illinois,
 8   with reference to the case entitled
 9   Alena W. Hammer versus Residential Credit
10   Solutions, Inc., pending in the United States
11   District Court for the Northern District of
12   Illinois, Eastern Division, Case No. 13 C 6397.
13        The Witness is Dr. Syed J. Hasanain.
14   The audiovisual recording of this deposition is
15   at the request of Plaintiff.
16        Will the attorneys please identify
17   themselves for the record?
18        THE WITNESS:  I am Dr. S. J. Hasanain.
19        MR. LYDON:  Jim Lydon on behalf of the
20   Defendant.
21        MR. WOOTEN:  Nick Wooten on behalf of
22   Plaintiff with my colleague, Ross Zambon.
23        THE VIDEOGRAPHER:  Will the court
24   reporter identify herself and swear in the
```

Page 5

```
 1   Witness?
 2        COURT REPORTER:  My name is Donna
 3   O'Connor.  I am with U. S. Legal Support.
 4
 5        (Witness sworn.)
 6        SYED J. HASANAIN, M.D.,
 7   called as a witness, having been first placed
 8   under oath, was examined and testified as
 9   follows:
10             E X A M I N A T I O N
11   BY MR. LYDON
12        Q.  Doctor, can you please state your name
13   for the record?
14        A.  I use S. J., last name, Hasanain,
15   H-a-s-a-n-a-i-n.
16        MR. LYDON:  This deposition is being
17   taken of Dr. Hasanain pursuant to subpoena and
18   pursuant to all applicable federal rules.
19   BY MR. LYDON:
20        Q.  Dr. Hasanain, have you ever given a
21   deposition before?
22        A.  Yes.
23        Q.  So you are familiar with the rules?
24        A.  Correct.
```

2 (Pages 2 to 5)

Syed Hasanain
February 25, 2015

Page 6

1      Q.  And it's important, I'll remind you,
2  just to speak as best you can in a loud, clear
3  voice.  And only one person can talk at a time
4  because the court reporter has to take everything
5  down.
6          If you don't understand a question, I
7  would be happy to attempt to rephrase.
8      A.  Sure.
9      Q.  If you answer a question, we'll assume
10  you have understood it.  Fair enough?
11      A.  Yes.
12      Q.  What is your current profession?
13      A.  I am an internist and a cardiologist.
14      Q.  Are you part of a private practice group
15  or are you a sole practitioner?
16      A.  I am a sole practitioner.
17      Q.  Where did you go to medical school?
18      A.  King Edward Medical School.  That was in
19  Pakistan.
20      Q.  And where did you complete your
21  residency?
22      A.  At Cook County Hospital in Chicago.
23      Q.  When was that?
24      A.  Cardiology training was completed in

Page 7

1  1973.
2      Q.  Do you have board certifications?
3      A.  Yes.  I am board certified in internal
4  medicine and cardiology.
5      Q.  How long have you been board certified
6  in internal medicine and cardiology?
7      A.  I believe I was board certified in
8  internal medicine around 1973, and cardiology in
9  1975.
10      Q.  Are you a surgeon?
11      A.  I'm an interventional cardiologist, so
12  it's really not surgery.  But we do catheter
13  techniques and do some minimal surgery like
14  putting in pacemakers and defibrillators,
15  etcetera.
16      Q.  Okay.  But you don't have a board
17  certification in cardiovascular surgery?
18      A.  No.
19      Q.  Okay.  Can you describe your current
20  practice?
21      A.  Well, my practice is fairly limited to
22  cardiology, seeing cardiac patients and basically
23  office practice and hospital practice --
24          I would say two-thirds --

Page 8

1  three-fourths of my practice, actually, is
2  hospital based where I perform various procedures
3  such as cardiac catheterizations,
4  electrophysiology studies, insertion of
5  pacemakers, defibrillators, stress tests, reading
6  of echocardiograms, halter monitors and various
7  other cardiac tests.
8      Q.  And at what hospitals do you hold staff
9  privileges?
10      A.  At this point, I am on the staff at
11  Gottlieb Memorial and Loyola University.
12      Q.  In the past, what are some of the
13  hospitals --
14      A.  In the past, I have been on the staff at
15  several hospitals.  After I finished training at
16  Cook County Hospital, I was on staff briefly at
17  Edgewater Hospital, Illinois Masonic Hospital,
18  La Grange Community Hospital, Gottlieb Memorial,
19  Westlake and Elmhurst Memorial Hospital.
20      Q.  How long have you been a sole
21  practitioner in cardiology here in Melrose Park?
22      A.  Since 1974.
23      Q.  And Alena Hammer is a patient of yours?
24      A.  That's correct.

Page 9

1          (WHEREUPON, A DOCUMENT WAS
2          MARKED EXHIBIT NO. 1 FOR
3          IDENTIFICATION.)
4      Q.  Let me show you what we have marked as
5  Exhibit No. 1.
6      A.  I have it.
7      Q.  Okay.  Does that appear to be a complete
8  set of your medical records for Alena Hammer?
9      A.  I haven't gone through it, so I really
10  won't be able to tell you if it's a complete
11  record or not.
12      Q.  Well, maybe I can help you.  If you look
13  at Page 36, do you see at the bottom right hand
14  corner there's a Bates number?
15      A.  Yes, I see it.
16      Q.  Is that your note --
17      A.  That is my note.
18      Q.  Doctor, if you could just let me finish
19  the question --
20      A.  Sure.
21      Q.  -- just to make things easier.  Is that
22  your note for August 4th, 2011?
23      A.  That's correct.
24      Q.  And are those your notes for your

3 (Pages 6 to 9)

Syed Hasanain
February 25, 2015

## Page 10

1    initial visit with Alena Hammer?
2      A.  Yes.
3      Q.  If you go to the top page, No. 1?
4      A.  I am looking at it.
5      Q.  Is that your chart for a December 11th,
6    2014 visit with Alena Hammer?
7      A.  I see the date is, yes, December 11th,
8    2014.
9      Q.  Is that the last time you saw Alena, or
10   have you seen her since?
11     A.  I believe that was the last time,
12   although I cannot be sure about that.
13     Q.  Was Alena referred to you by her primary
14   care physician?
15     A.  That is correct.
16     Q.  And that is Dr. Ofelia Phillips?
17     A.  That's right.
18     Q.  Does she share office space here?  I saw
19   her name on the door.
20     A.  She used to but for over a year now --
21   we have not removed that sign, but she briefly
22   shared the office.
23     Q.  How long did you share office space with
24   Dr. Phillips?

## Page 11

1      A.  In this building about -- I would say
2    approximately one to two years.
3      Q.  Based on your history with Alena Hammer
4    as a cardiac patient, what are you diagnoses for
5    her?
6      A.  She suffers from severe pulmonary
7    hypertension.  She suffers from severe chronic
8    refractory congestive heart failure.  She suffers
9    from atrial fibrillation.  She has very resistant
10   hypertension.  She has a pacemaker for what we
11   call sick sinus syndrome.  She also has diagnoses
12   of hyperlipidemia which means elevated
13   cholesterol.
14     Q.  What is systemic hypertension?
15     A.  Systemic hypertension, or essential
16   hypertension is what most people know.  Their
17   blood pressure would be elevated.
18     Q.  And systemic hypertension is a
19   longstanding condition for Alena Hammer,
20   true?
21     A.  That's correct.
22     Q.  And if you look again on Page 36, the
23   note from your first visit with Alena Hammer in
24   2011, you noted that she reported to you that she

## Page 12

1    has had hypertension for over 25 years.  Correct?
2      A.  That is correct.
3      Q.  When you say she has resistant
4    hypertension, what does that mean?
5      A.  Resistant hypertension would be one that
6    is not easily correctable with ordinary blood
7    pressure medications.
8      Q.  If you look again at that first note
9    from August of 2011, she reported that she had --
10   It says:  A possible heart attack at age 40.
11     A.  That was a history given to me.
12     Q.  All right.  It says -- Well, in your
13   subsequent history with Alena Hammer, has she
14   reported that she had a myocardial infarction in
15   her 40s?
16     A.  She has mentioned that the diagnosis was
17   made sometime, a long time ago.  However, there
18   was no evidence of any heart damage from the
19   myocardial infarction nor was there any
20   obstruction of any arteries that would lead to a
21   heart attack.
22     Q.  And she has reported that to other
23   treaters as well, having a heart attack?
24     A.  I would have no information as to what

## Page 13

1    she reported to others.
2          (WHEREUPON, A DOCUMENT WAS
3           MARKED EXHIBIT No. 2 FOR
4           IDENTIFICATION.)
5      Q.  Doctor, showing you Exhibit 2, is that
6    Loyola Hospital records for a hospitalization of
7    Alena Hammer on April 1st, 2014?
8      A.  That is what it says.
9      Q.  And it says that she was hospitalized
10   for congestive heart failure?
11     A.  She was admitted April 1st and was
12   discharged on April 6th by cardiologist and a
13   diagnosis of congestive heart failure was made.
14     Q.  If you look on the second page of that,
15   of the exhibit there, in giving her history to
16   Dr. Rabbat, did Alena Hammer report a myocardial
17   infarction at age 44?
18     A.  That is what it says.
19     Q.  And a myocardial infarction is a heart
20   attack?
21     A.  That is correct.
22     Q.  Do you have any reason to disagree that
23   she had a myocardial infarction in her 40s?
24     A.  Yes.  Very often this diagnosis is

US Legal Support
312-236-8352

Syed Hasanain
February 25, 2015

## Page 14

1    inaccurately made. There was no evidence. I did
2    a first angiogram, cardiac catheterization in
3    this patient in 2000, and her arteries were clean
4    and there were no blockages. So it would be
5    extremely unlikely to have a heart attack with
6    your arteries being completely normal.
7        Q. If you have coronary artery disease, is
8    that something permanent, or can it become
9    asymptomatic -- symptomatic and asymptomatic.
10       A. Coronary artery disease is a permanent
11   condition. However, it can become asymptomatic
12   with proper treatment.
13       Q. Is it possible that Alena Hammer could
14   have had a history of coronary artery disease?
15       A. Extremely unlikely or impossible, I
16   would say.
17       Q. Did you see that reported anywhere in
18   her medical records?
19       A. I'm sorry. Reported what?
20       Q. Strike that question. We will get back
21   to it. What is pulmonary hypertension?
22       A. Pulmonary hypertension is a condition in
23   which the pressure inside the arteries to the
24   lungs is elevated.

## Page 15

1        Q. Is that a result or caused by the
2    systemic hypertension?
3        A. No.
4        Q. What is it caused by?
5        A. In the majority of cases, there is no
6    known cause. There are certain conditions which
7    can lead to it which include what we call
8    collagen disorders, patients with scleroderma, a
9    condition similar to rheumatoid arthritis,
10   etcetera, and that's generally. But over the
11   majority of cases, there's is no known etiology.
12       Q. Pulmonary hypertension was a
13   longstanding condition for Alena Hammer, true?
14       A. No.
15       Q. Do you know how long she has had
16   pulmonary hypertension?
17       A. I would say it was diagnosed
18   approximately five or six years ago.
19           (WHEREUPON, A DOCUMENT WAS
20           MARKED EXHIBIT NO. 3 FOR
21           IDENTIFICATION.)
22       Q. Showing you Exhibit No. 3, Doctor, is
23   that a September 30th, 2013 medical record for
24   Alena Hammer from her nephrologist, Dr. Muneer?

## Page 16

1        A. That's correct.
2        Q. And Dr. Muneer is treating
3    Alena Hammer's kidney disease. Correct?
4        A. That's right.
5        Q. If you look at the first page,
6    Dr. Muneer took a history from Alena Hammer. Do
7    you see that?
8        A. I see the first page.
9        Q. Do you see where the history indicates
10   that Alena Hammer has had pulmonary hypertension
11   since 2003?
12       A. That's correct.
13       Q. Do you disagree with that history taken
14   by Dr. Muneer?
15       A. No. This may or may not be correct. I
16   don't have the evidence for that in front of me,
17   so I cannot tell you how long she has had
18   pulmonary hypertension. Pulmonary hypertension
19   is generally not a condition that people would
20   live that long.
21       Q. Okay. And your job has been to treat
22   it, not determine exactly when she was first
23   diagnosed with it. Correct?
24       A. Very likely, I first diagnosis it. The

## Page 17

1    diagnosis is generally done by some cardiac
2    testing that very likely I performed and
3    diagnosed. In terms of the time, I'm not sure
4    exactly when we diagnosed it.
5        Q. Doctor, you said that a patient
6    diagnosed with pulmonary hypertension is not
7    typically going to live that long?
8        A. It's a very serious condition, and the
9    majority of patients would not survive five
10   years.
11       Q. And in Ms. Hammer's case, she has severe
12   pulmonary hypertension?
13       A. She does have severe pulmonary
14   hypertension.
15       Q. And as you said, there's no known
16   etiology for her condition of pulmonary
17   hypertension?
18       A. The majority of patients, including her,
19   we cannot find an etiology.
20       Q. Alena Hammer also has chronic diastolic
21   congestive heart failure. Correct?
22       A. That's correct.
23       Q. What is that?
24       A. Congestive heart failure is a syndrome

5 (Pages 14 to 17)

Syed Hasanain
February 25, 2015

Page 18

1   where the patient will retain fluid, and that
2   fluid would lead to swelling of feet and ankles.
3   Fluid in the lungs leads to shortness of breath.
4   And we distinguish systolic and diastolic by the
5   weakness of the heart muscle.
6       If there's no weakness of the heart
7   muscle, we generally call it diastolic heart
8   failure. If there's weakness of heart muscle,
9   that would be systolic heart failure.
10      Q.  Is that because systolic involves the
11  contraction of the heart when the heart pumps out
12  blood to the body?
13      A.  Correct.
14      Q.  And so that's why it's related to the
15  muscle you said as far as --
16      A.  It is related to the heart muscle
17  weakness.
18      Q.  Right.  So if it's systolic congestive
19  heart failure, it's related to the muscle when it
20  is contracting; is that right?
21      A.  Systolic heart failure is related to the
22  muscle weakness.  But if there's no muscle
23  weakness and the patient has symptoms of heart
24  failure due to other reasons, then we diagnose as

Page 19

1   diastolic heart failure.
2       Q.  And diastolic is when the heart is
3   relaxed and filling up with blood.  Correct?
4       A.  That is not diastolic heart failure.
5   That is called diastole.  Systole is when the
6   heart is contracting.  Diastole is when it is
7   filling with blood and relaxing.
8       However, diastolic heart failure does
9   not have anything to do with the heart relaxing
10  or not relaxing.
11      Q.  Right.  But it has to do with when the
12  heart is relaxed, it is not filling up properly
13  with blood?
14      A.  It may be filling properly or not.  Many
15  conditions can lead to it.  One of the conditions
16  that she has is called atrial fibrillation where
17  fast heart rate will ultimately put a load on the
18  heart and begin to fail.
19      Q.  Okay.  But I guess -- With congestive
20  heart failure, in general it means that the heart
21  is not effectively pumping blood?
22      A.  That's correct.
23      Q.  Do you know how long Alena Hammer had
24  diastolic congestive heart failure?

Page 20

1       A.  To the best of my knowledge, I would say
2   roughly about five years.
3       Q.  Is it a gradual degree -- Strike that.
4   It's a gradual disease, congestive heart failure,
5   that progresses over many years?
6       A.  Not necessarily.  Congestive heart
7   failure can be very acute and sudden.
8       On the other hand, there are other
9   patients in which it would be a gradual decline
10  in the function of the heart.
11      Q.  In Alena Hammer's case, her congestive
12  heart failure is a gradual disease progressing
13  over many years?
14      A.  Well, I don't know what you mean by
15  "many" years.  I would say that it is not more
16  than five years old.
17      Q.  You first saw her in 2011?
18      A.  I first saw her in 2000.
19      Q.  We didn't see those records.  Do you
20  have records there or are those --
21      A.  Those are hospital records.  She was not
22  coming to my office.  We only have our office
23  records.  She had an angiogram done at -- I
24  believe at Elmhurst Memorial Hospital.

Page 21

1       A cardiac catheterization was done
2   and it showed what I described earlier, that she
3   had a normal coronary angiogram, no blockage of
4   arteries, no coronary artery disease.  Her heart
5   muscle was normally functioning.
6       Q.  Have you seen her consistently since
7   2000?
8       A.  Well, after 2000 -- not in my office.
9   However, I have seen her -- I think I saw her in
10  consultation in the hospital since then.  Not for
11  quite sometime.  I would say between 2000 and
12  2007 or '08 was the next time.  So for several
13  years, I did not see her.  Apparently, I am
14  assuming, she was not having any problems.
15      Q.  And in 2007 and 2008, your visits, were
16  they sporadic or was there a period of time when
17  you were consistently seeing her?
18      A.  We don't have records.  I cannot tell
19  you for sure when she was seen.  But certainly,
20  there was no consistency in those visits until
21  about 2010 or 2011 when I started seeing her
22  regularly.
23      Q.  Well, does Page 36 represent the first
24  date that you began seeing her regularly again

Syed Hasanain
February 25, 2015

Page 22

1  after 2007 or 2008?
2      A.  I believe that is correct, yes.  From
3  August of 2011, I have been seeing her quite
4  regularly.
5      Q.  Okay.  And before 2011, you have seen
6  Alena Hammer sporadically or --
7      A.  Again, I have no clear recollection.  My
8  notes indicate that she had an angiogram done in
9  2000.  Between 2000 and 2011, I would have to
10  research the records as we do not have office
11  records.  But the hospital possibly may have seen
12  her.
13      Q.  Are you aware that Alena Hammer has had
14  other cardiologists treating her?
15      A.  She at one time was being treated by a
16  group at Elmhurst Hospital, and they put in a
17  pacemaker.  And actually, that's when she started
18  coming to me.  She did not want to see them
19  again.
20      Q.  All right.  Was she also seeing a
21  cardiologist?  I think his name is Lopez at
22  Loyola?
23      A.  I think Dr. Lopez saw her after I
24  started seeing her.  And then she needed, I

Page 23

1  believe, some gynecologic procedures, so it had
2  to be done.  And we sent her to Loyola.  And
3  before surgery, I'm sure Dr. Lopez was called to
4  clear her for surgery.  And he was involved for a
5  short while, but she does not see him regularly.
6      Q.  Okay.  But before she started seeing you
7  regularly in 2011, do you know who all her
8  treating cardiologists were dating back to when
9  she first started --
10      A.  I do not believe --
11      Q.  -- having hypertension?
12      A.  I would have no knowledge of that.
13      Q.  Okay.  And her hypertension extends back
14  possibly to the 1980s, correct?
15      A.  Once again, I would have no evidence or
16  no clear -- We have to go by the patient's
17  history.  And if she says I've had high blood
18  pressure for several years, I would have to
19  believe that.  But I would have no proof one way
20  or the other.
21      Q.  And so Alena Hammer reported that she --
22  when you first saw her in 2011, that she had
23  hypertension for over 25 years.  Correct?
24      A.  I think she mentioned something to that

Page 24

1  effect, that it is a longstanding condition.
2      Q.  And you have no reason to disagree with
3  the fact that her hypertension is a longstanding
4  condition, correct?
5      A.  That's correct.
6          (WHEREUPON, A DOCUMENT WAS
7          MARKED EXHIBIT NO. 4 FOR
8          IDENTIFICATION.)
9      Q.  All right.  And showing you Exhibit
10  No. 4, Doctor, this is a record from
11  Dr. Phillips' office from 2006.  Do you see that?
12      A.  June 20th, 2006, yes.  That is correct.
13      Q.  And in her diagnosis section,
14  Dr. Phillips has congestive heart failure.
15  Correct?
16      A.  I'm trying to read this.  No. 1,
17  hypertension; No. 2, atrial fibrillation; No. 3,
18  venous insufficiency; No. 4, Gout; No. 5 -- I
19  can't...
20      Q.  0A, osteoarthritis?
21      A.  Probably.  No. 6, congestive heart
22  failure.  That's correct.
23      Q.  Okay.  So is it possible that
24  Alena Hammer has had congestive heart failure at

Page 25

1  least dating back to '06?
2      A.  It doesn't necessarily mean that
3  although it is possible.  Very often, the
4  diagnosis is incorrectly made by a lot of
5  treating physicians.
6      Q.  Okay.  But you have no reason to
7  disagree with the notion that she may have had
8  congestive heart failure dating back to at least
9  2006?
10      A.  Yes, that's correct.  I mean, that is
11  quite possible.
12      Q.  And in Alena Hammer's case, her chronic
13  diastolic congestive heart failure has been a
14  gradual and progressive disease?
15      A.  It's been more of a refractory heart
16  failure since 2011.  Prior to that, I guess I did
17  not see her, so I can't speak for that.  How long
18  it's been going on, whether it's been progressive
19  or was it of a sudden onset, I would have no way
20  of telling.
21      Q.  All right.  And as far as her cardiac --
22  I'm sorry -- her congestive heart failure since
23  2011, do you know one way or the other what may
24  have aggravated it?

7 (Pages 22 to 25)

Syed Hasanain
February 25, 2015

Page 26

1    A.  There's multiple conditions playing a
2  role here.  One is, since 2011 her blood pressure
3  became extremely difficult to control.  As you
4  can see in the 2006 note, it's a perfectly normal
5  blood pressure, 110 over 70-something, 78
6  according to this.  But since she started coming
7  to me, her blood pressure has been extremely
8  difficult to treat.
9        We had to use multiple drugs for a
10  very long time, so that could be one reason for
11  heart failure.  The other reason very likely was
12  atrial fibrillation that she developed, irregular
13  heartbeat.
14        The third reason, pulmonary
15  hypertension, can lead to congestive heart
16  failure.  So there are multiple factors since
17  that time.
18    Q.  And is there any way to determine what
19  caused an elevation in her hypertension back in
20  2011?
21    A.  It's, again, we are talking about
22  essential systemic hypertension or pulmonary
23  hypertension.
24    Q.  Well, you said there was a combination

Page 27

1  of factors that she --
2    A.  She had both, and they both can cause
3  heart failure.
4    Q.  Okay.  So in 2011, both her pulmonary
5  and systemic hypertension aggravated her
6  congestive heart failure?
7    A.  That is correct.  However, something
8  aggravated her blood pressure and both, the
9  pulmonary hypertension, became a big problem.
10    Q.  Okay.  And do you know what may have
11  caused an aggravation of her hypertension?
12    A.  It's very difficult for me to tell.
13  Very often, it's due to -- It's a multifactorial
14  thing that involves the amount of sodium intake
15  by the patient.  The amount of stress the patient
16  is undergoing.  Very many factors.  Very
17  difficult to sort it out.  So I really have no
18  definite idea about that.
19    Q.  So you do not hold an opinion as to what
20  may have aggravated her hypertension?
21    A.  She was under an extreme amount of
22  stress, and that can always make both systemic
23  hypertension as well as pulmonary hypertension
24  worsen.  But it's very difficult to quantify

Page 28

1  those things.
2        I would not have a test that I could
3  see if that is operative or not.  She denied use
4  of excessive sodium intake.  So it's somewhat of
5  an enigma to me.
6    Q.  And that's all I was asking.  You can't
7  testify within a reasonable degree of medical
8  certainty what may or may not have aggravated her
9  hypertension?
10    A.  Well, we can only assume that all of
11  these factors that I mentioned, that they are
12  working together.  Which one is the dominant
13  factor, no, you cannot tell that.
14    Q.  So in answer to my question, you can't
15  offer an opinion within a reasonable degree of
16  medical certainty what may or may not have
17  aggravated her hypertension based on all of the
18  factors you discussed?
19    A.  As I said, the two things that would be
20  operative may have something to do with it.  One
21  would be stress induced.  The second would be an
22  excessive amount of sodium intake.
23    Q.  Okay.
24    A.  But between these two factors, one can

Page 29

1  have an aggravation of blood pressure as well as
2  pulmonary hypertension.
3    Q.  Have you ever documented her stress in
4  your medical records?
5    A.  No.  I have to go through my medical
6  records.  I don't know what I have written.  I
7  would have to read them.  If you wish, I could go
8  over them --
9    Q.  Yes, let's do that.
10    A.  -- to see if I have...
11    Q.  Sure.
12    A.  I'll have to read and see what's...
13    Q.  You can probably start at August of --
14  Let's look at the first note.
15    A.  2011?
16    Q.  That's where you say her blood pressure
17  was aggravated, correct?
18    A.  The blood pressure was not so bad in the
19  first visit.
20    Q.  140 over 90?
21    A.  140 over 90 is sort of a borderline
22  blood pressure.  But the next visit, it went up
23  to 150/110.
24    Q.  Right.

8 (Pages 26 to 29)

Syed Hasanain
February 25, 2015

Page 30

1      A.  And it's probably because of the fact
2  that her blood pressure medications were stopped,
3  and they tried changing the medications at
4  Loyola.  That might have been a factor.
5      Q.  So that's another possibility, that a
6  change in her blood pressure medications may have
7  caused an aggravation of her hypertension?
8      A.  Definitely.  But it would be a brief
9  effect until you get proper medications.
10     Q.  Could her -- She was, Alena Hammer, is
11 morbidly obese; is that correct?
12     A.  That is true.
13     Q.  Can that aggravate hypertension?
14     A.  Obesity has little to do with
15 hypertension.  It has some effects; however, this
16 is not one of the major factors.
17     Q.  Can a person with longstanding
18 hypertension that is becoming of old age, can
19 that hurt their hypertension, progress and become
20 aggravated?
21     A.  It is unusual.  However, it is possible
22 if there's evidence of kidney failure and renal
23 disease.
24     Q.  And Alena Hammer had evidence of kidney

Page 31

1  and renal disease.
2      A.  She did not have renal disease until
3  very recently, in the last, I would say, two
4  years or so.
5          The first two or three years of
6  treating her, her kidney function was normal.  In
7  2012, it was very minimal, borderline renal
8  dysfunction.  According to the note of May of
9  2012, her creatinine was 1.4 which is not
10 particularly -- it's borderline.
11         Also, it's quite possible that some
12 of the medications used to treat these conditions
13 can affect kidneys as well.
14         Of course, she's had multiple
15 hospitalizations since that time.  I would say
16 between 2013 and 2014, she was literally in the
17 hospital every two or three months with
18 congestive heart failure and markedly elevated
19 blood pressure.  So the office charts truly don't
20 reflect that.
21         Patients usually come to the office
22 when they are feeling, when they are stable
23 enough to walk in and come to the office.
24         I am looking at my notes.  In here,

Page 32

1  generally, most of the blood pressures are normal
2  as opposed to the hospital records which would
3  show that the blood pressure was markedly
4  elevated, and she was coming in with severe heart
5  failure.  I don't know if you have the hospital
6  records.
7      Q.  I have some.  I know that over the last,
8  it's safe to say, over the last five years, she
9  has been hospitalized many times for her cardiac
10 condition?
11     A.  Correct.
12     Q.  And I guess -- Well, I'll get back to
13 this in a second.  But I want to know, did she
14 also have -- You testified she also has atrial
15 fibrillation?
16     A.  Yes, she did.
17     Q.  What is atrial fibrillation?
18     A.  Irregular heartbeat where the heart
19 generally races.  And a fast heart rate
20 ultimately leads to diastolic heart failure.
21 That is the third reason for her heart failure.
22     Q.  And Alena Hammer's atrial fibrillation
23 had been longstanding.  Correct?
24     A.  According to the history of others, when

Page 33

1  I first saw her in my office in 2011, she was in
2  atrial fibrillation with a history that she has
3  had atrial fibrillation in the past.  I would not
4  know for how many years prior to her seeing me.
5      Q.  Okay.  And so you've never gone back and
6  reviewed her medical records from past years in
7  full to get --
8      A.  Well, I was unable to get it because she
9  has seen different physicians.  Some of them she
10 did not know where their offices were, etcetera.
11 So I would not know who she was seeing then.
12     Q.  Her atrial fibrillation is severe?
13     A.  Atrial fibrillation was severe -- Atrial
14 fibrillation does not have mild or severe.  It is
15 always the same type of fibrillation.
16         If your heart is not beating with a
17 normal rhythm, you are in atrial fibrillation.
18 So there's really no such thing as mild atrial
19 fibrillation or severe atrial fibrillation.
20     Q.  Is it true that in Alena Hammer --
21 Strike that question.  Does she have an enlarged
22 heart?
23     A.  I would have to look at the records.  I
24 cannot remember that.

9 (Pages 30 to 33)

Syed Hasanain
February 25, 2015

Page 34

1    Q.   And I'll see if I can find a couple for
2    you.
3            (WHEREUPON, A DOCUMENT WAS
4            MARKED EXHIBIT NO. 5 FOR
5            IDENTIFICATION.)
6    Q.   Doctor, showing you Exhibit 5, is that a
7    Loyola Hospital echocardiogram?
8    A.   That's correct.
9    Q.   It was done for Alena Hammer in 2014?
10   A.   That's correct.
11   Q.   Does that show she has an enlarged
12   heart?
13   A.   Well, "enlarged heart" is not quite a
14   medical term, if I may say.
15          There are certain chambers of the
16   heart which are enlarged, and one of her
17   chambers, the left atrium, is significantly
18   enlarged.
19   Q.   How about her right ventricle?
20   A.   The right ventricle, yes.  There is
21   enlargement of the right ventricle.
22   Q.   How about her right atrium?
23   A.   The right atrium would also be enlarged.
24   And this is compatible with pulmonary

Page 35

1    hypertension where the right ventricle would
2    enlarge, and atrial fibrillation where atrium,
3    both atrium, were enlarged.
4    Q.   Is it compatible with a cardiomyopathy?
5    A.   No.
6    Q.   So she does not have a cardiomyopathy?
7    A.   No, she does not have a cardiomyopathy.
8    Q.   Have you seen her diagnosed, in looking
9    at her other medical records, with
10   cardiomyopathy?
11   A.   I have never seen that diagnosis made,
12   and if someone made that, that would be an
13   inaccurate diagnosis.
14   Q.   What is cardiomegaly?
15   A.   Cardiomegaly simply refers to
16   enlargement of the heart, and vaguely -- It does
17   not specify which chamber.
18   Q.   And does Alena Hammer have cardiomegaly?
19   A.   Well, as we've just discussed, several
20   of her chambers are enlarged.  And based on that,
21   yes, she has cardiomegaly.
22   Q.   What caused that?
23   A.   As I just mentioned, enlargement of the
24   right ventricle is likely due to pulmonary

Page 36

1    hypertension.  Enlargement of left and right
2    atrium is likely due to atrial fibrillation.
3    Q.   And the enlargement is a process that
4    occurs gradually over many years.  True?
5    A.   Not necessarily.  A heart can enlarge
6    within a matter of days to weeks.
7    Q.   In Alena Hammer's case, did it happen
8    over a matter of days or weeks, or did it happen
9    over a period of years?
10   A.   I would not be able to tell you how long
11   it took for the heart to enlarge.  It could have
12   been a few years.
13   Q.   Congestive heart failure can cause
14   symptoms such as shortness of breathe, correct --
15   A.   That's correct.
16   Q.   -- during exertion?
17   A.   Yes.
18   Q.   Leg swelling and edema?
19   A.   Yes.
20   Q.   Causes weight gain?
21   A.   Yes.
22   Q.   Can it exacerbate atrial fibulation?
23   A.   Yes.
24   Q.   Can cause other organ failure?

Page 37

1    A.   Yes.
2    Q.   In Ms. Hammer's case, her congestive
3    heart failure has caused kidney disease, correct?
4    A.   We're not quite sure.  Not only
5    congestive heart failure can cause ultimately
6    some degree of renal disease, but the diuretics
7    used for heart failure can severely damage the
8    kidneys.
9    Q.   In Alena Hammer's case, her cardiac
10   conditions, the atrial fibrillation, the
11   congestive heart failure, the pulmonary and
12   systemic hypertension, are all permanent and
13   progressive diseases for her?
14   A.   That's correct.
15   Q.   They can be monitored and sometimes
16   managed, but they can't be cured.  True?
17   A.   That's correct.
18   Q.   And more likely than not, these cardiac
19   conditions will continue to progress.
20   A.   We cannot predict the future.  Yes, it
21   probably will.  Very often, they kill the
22   patient.
23   Q.   Right.  Most likely, typically; correct?
24   A.   The average person after developing

10 (Pages 34 to 37)

Syed Hasanain
February 25, 2015

Page 38

1   congestive heart failure, also has less than five
2   years of life expectancy.
3       Q.   And I think we were talking -- Well,
4   you've treated Alena Hammer for symptoms related
5   to her cardiac failures.  Correct?
6       A.   That is correct.
7       Q.   And you are aware of her other
8   hospitalizations for her cardiac conditions,
9   correct?
10      A.   Since 2011, I think I have treated her
11  in the hospital for each of those admissions.
12      Q.   You have treated here in the office
13  Alena Hammer for shortness of breathe many times.
14  Correct?
15      A.   That is true.
16      Q.   That is called dyspnea?
17      A.   Dyspnea.
18      Q.   And that is caused by congestive heart
19  failure?
20      A.   It is caused both by congestive heart
21  failure, and even more so by pulmonary
22  hypertension.
23      Q.   You've treated her for swelling or edema
24  in her extremities; correct?

Page 39

1       A.   That's true.
2       Q.   And what causes swelling --
3       A.   Mostly from heart failure.
4       Q.   Now, you said that Alena Hammer is
5   morbidly obese; correct?
6       A.   That's true.
7       Q.   Her weight has fluctuated during the
8   course of your treatment, correct?
9       A.   It has.
10      Q.   What has caused the weight changes?
11      A.   Generally, when you use diuretics, these
12  patients are -- Let me backtrack.
13          The weight increase would very often
14  be part of congestive heart failure due to fluid
15  retention.  Once you eliminate that fluid by
16  diuretics, the weight will come down.  So the
17  fluctuation of the weight would be related to the
18  treatment of heart failure.
19      Q.   Have all of her cardiac conditions we've
20  talked about, the congestive heart failure, the
21  systemic pulmonary hypertension, and the atrial
22  fibrillation, have they gotten worse over the
23  course of your treatment?
24      A.   They had initially gotten much worse by

Page 40

1   the time that she was coming to the hospital very
2   frequently, every few months.
3       Q.   When was that?
4       A.   Mostly between 2013 -- '12 and '13,
5   towards the latter part of 2012 or -- 2012 and
6   '13.
7       Q.   Okay.  And I think we were talking about
8   them before.  She has a number of risk factors
9   that may or may not have aggravated her cardiac
10  conditions?
11      A.   I'm sorry.  I didn't understand the
12  question.
13      Q.   We've discussed a number of risk factors
14  that may have aggravated her cardiac conditions.
15      A.   Yes.
16      Q.   All right.  And have you ever performed
17  a differential etiology to determine exactly what
18  may or may not have aggravated her cardiac
19  conditions?
20      A.   Well, I've done -- In 2012, I did
21  another angiogram and a measuring of pressures
22  from different chambers of the heart.  And that's
23  when it was conclusively, for the first time, she
24  was diagnosed as having severe pulmonary

Page 41

1   hypertension.  We had echocardiographic evidence
2   of severe pulmonary hypertension.  And as I've
3   mentioned, pulmonary hypertension generally does
4   not have a cause.
5           We have done in the hospital a work
6   up to see if this could be due to some other
7   condition that can cause -- some rare condition.
8   She did not have those.  So since 2014, her
9   condition stabilized after I have started her on
10  a medication for pulmonary hypertension.
11      Q.   Okay.  But my question was, did you ever
12  perform -- You know the difference -- What is the
13  differential etiology?
14      A.   Of...?
15      Q.   Are you familiar with the term of
16  "differential etiology" of a disease?
17      A.   I think I am.
18      Q.   Okay.  Well, correct me if I am wrong.
19  With a differential etiology, you would take and
20  rule in all potential causes of a diagnosed
21  condition, and then rule them out systematically,
22  if you can.
23      A.   Yes.  Well, the gold standard in heart
24  disease, the first thing to do would be an

11 (Pages 38 to 41)

Syed Hasanain
February 25, 2015

Page 42

1    electrocardiogram.  Then it depends on what you
2    want to rule out.
3          We have ruled out coronary artery
4    disease twice, at least, by doing that.  The gold
5    standard is clearly cardiac catheterization and a
6    heart angiogram.  Once you do that, you pretty
7    much know what you can know about a heart
8    condition.  Is it due to a coronary artery
9    disease?  So you take a picture of the coronary
10   arteries.  Is it due to cardiomyopathy?  So you
11   take a picture of the left ventricle and see how
12   it is contracting.  You measure pressures from
13   all different chambers of the heart to rule out
14   valvular heart disease, etcetera, etcetera.  So
15   that was all done.
16       Q.  Did you ever do any type of causative
17   analysis to determine what may have aggravated
18   her cardiac conditions?
19       A.  Well, it seemed like the stress was
20   playing big role in her condition.  And whether
21   this was actually-- It certainly was not the
22   cause of it.  It did not start pulmonary
23   hypertension.  It is nothing that we know.  In
24   over 90, 95 percent of the patients, we do not

Page 43

1    know what causes pulmonary hypertension.
2          There are a few of the rare causes
3    like collagen disorders.  We rule that out by
4    running the appropriate testing for that.
5        Q.  In April of 2011 -- I'm sorry.
6           In August of 2011, your first visit
7    with her?
8        A.  Yes.
9        Q.  Was there any mention of stress
10   symptoms?
11       A.  No.  I usually don't mention stress.
12   That was the first time I was seeing her after
13   many years.  And my emphasis in my note was to
14   diagnose her condition before getting as to what
15   is playing a role.
16          Generally, from a medical standpoint,
17   stress is something that we advise patients to
18   avoid.  And we have repeatedly told her to avoid
19   stress, both physical as well as psychological
20   stress.  All patients with pulmonary hypertension
21   are advised to do that.  However, this is not a
22   form of therapy that is mainstream in medicine
23   where we will send them for counselling and so on
24   unless someone has really severe psychiatric

Page 44

1    stress from a psychiatric illness.
2          So generally, it is a general
3    recommendation.  The patient should avoid
4    physical stress which will -- Excuse me.
5        MR. LYDON:  Off the record.
6        THE VIDEOGRAPHER:  Going off the record
7    at 2:34 p.m.
8           (WHEREUPON, after a short
9           break, proceedings continued
10          as follows:)
11       THE VIDEOGRAPHER:  We are going back on
12   the record at 2:34 p.m.
13   BY MR. LYDON:
14       Q.  So going back to my question, if you are
15   testifying today that you believe stress
16   aggravated her cardiac condition, wouldn't that
17   be something important to note in your medical
18   records?
19       A.  Well, it may or may not be.  The first
20   visit is generally when patients -- We're trying
21   to evaluate and find out what is the diagnosis
22   here before we get to the stress part of it or
23   whatever.
24       Q.  Okay.  So let's go to your next visit.

Page 45

1        A.  Yes.  I think, once again, most of these
2    things you will probably find in the hospital
3    records where someone comes in with heart
4    failure, and that's where they are at their
5    worst, so to speak, physically.
6           And that's where we go over the
7    recommendations.  The nurses are told and we
8    discuss all of these things.  So the hospital
9    records would probably better reflect than the
10   office records.
11       Q.  Well, wouldn't the office records -
12   that's where you get a chance to sit down in a
13   quiet setting and discuss a treatment plan and
14   fully discuss all of the relevant symptoms to a
15   patient's condition, true?
16       A.  That's true.  However in a
17   life-threatening condition, stress, yes.  But
18   since we have no treatment for stress, per se,
19   you know, we would say:  Avoid physical activity
20   which could lead to worsening of your symptoms,
21   dyspnea, etcetera, as well as any type of
22   psychological stress.  This is part of --
23          People are reading nowadays -- The
24   website of pulmonary hypertension, the first

12  (Pages 42 to 45)

Syed Hasanain
February 25, 2015

Page 46

1   thing they recommend is to avoid both
2   psychological and physical stress.
3       Q.  Right.  But as a treating cardiologist,
4   you don't want to wait until a patient is
5   hospitalized to let her know that, right?
6       A.  Well, hospitalization, again, when a
7   patient is hospitalized is sort of unpredictable.
8   And stress, per se, may or may not be able to
9   hospitalize a patient.
10      Q.  So the office setting is the more
11  appropriate place to discuss preventative
12  measures like avoiding stress.  Correct?
13      A.  That is correct.  And we may have
14  discussed, but not have written it down there.
15      Q.  But if a patient makes a complaint, or
16  you make an observation that is relevant to her
17  cardiac condition, it's imperative that you write
18  that down in the record, correct?
19      A.  Well, it would be in the hospital
20  records written many, many times.
21      Q.  Well, I'm asking about the office
22  records.
23      A.  The same thing becomes redundant because
24  we have gone over so many times.  Every time the

Page 47

1   patient comes in, it may not be written there.
2   We have not that much time to be writing every
3   little detail of everything.  That's just not
4   possible in a visit to a patient.
5       Q.  So a complaint of too much stress is an
6   unimportant detail?
7       A.  It is not an unimportant detail.  It is
8   something that I personally cannot help them.  I
9   can tell them to avoid stress, but it is very
10  difficult for people in society, for me to --
11          First, to find out details of the
12  stress.  Is it due to job-related stress?  To
13  losing a job stress?  Is it family situation
14  stress?
15          So we can talk about it and
16  sympathize, but at the end of the day, we're
17  really not doing -- except lip service to the
18  patient.
19      Q.  Right.  But your records are not just
20  for your benefit, correct?
21      A.  Well, it is for my benefit, of course.
22      Q.  But your medical records are for all of
23  Alena Hammer's healthcare professionals' benefit.
24  Correct?

Page 48

1       A.  And they are all aware of the situation.
2   Everyone knows that.
3       Q.  All right.  But getting back to my
4   point, if you observe a symptom or if a patient
5   is complaining of a symptom that is critical to
6   your diagnosis and treatment plan --
7       A.  Well, it is not critical.
8       Q.  All right, Doctor.  You have to let me
9   finish the question.
10      A.  All right.
11      Q.  All right.  If you observe a sign or
12  symptom, or if a patient complains of something
13  that's important to your care, diagnosis and
14  treatment, it is imperative to put that in your
15  records.  Correct?
16      A.  Well, everyone knows that treatment of a
17  patient with hypertension as well as pulmonary
18  hypertension -- this is common knowledge.  Heart
19  failure, the patient must avoid stress.  It is
20  not caused by stress, but stress will aggravate
21  it.  So every single physician knows that, and we
22  are not going to write that:  The patient is
23  advised not to go out jogging that day.  Patient
24  is not advised to fight with her husband or

Page 49

1   boyfriend -- We are not going to be writing all
2   this.  Not only physicians, the public knows
3   this.
4       Q.  Right.  But her actual complaint or
5   symptoms are not common knowledge --
6       A.  No, it is not.  But everyone knows that
7   your medical condition will worsen if the patient
8   is under severe stress, like, hypertension.  It
9   is very common knowledge.  Everyone knows that.
10      Q.  Right.  And that is a general
11  statement--
12      A.  Right.
13      Q.  -- that applies to all patients.
14      A.  Exactly.
15      Q.  Okay.  I'm just talking about
16  Alena Hammer.  If Alena Hammer experienced a
17  symptom, regardless of whether it is commonly
18  known that it can aggravates cardiac conditions
19  or other medical conditions, if she has that
20  symptom that could aggravate the condition, it is
21  imperative to write it in the record.  Correct?
22      A.  Again, this is so common, it is almost
23  redundant writing.  Everyone is fully aware of
24  it.  And if a patient is not going to follow our

13 (Pages 46 to 49)

Syed Hasanain
February 25, 2015

## Page 50

1  advice about --
2         Stress is unavoidable. I can tell a
3  patient, well, you don't do such and such. But
4  many times, it is unavoidable. So my writing is
5  not -- I'm not doing it for legal purposes,
6  writing it, that some patient will go to a court
7  for this or that reason. So we are not really
8  writing those things.
9      Q. Well, why is it so obvious that
10  Alena Hammer had stress from 2011 on?
11     A. That, I did not quite go into it. She
12  always mentioned there were family problems and
13  the house was being foreclosed. And of course
14  after 2008, this was being kind of a quite common
15  condition where a lot of our patients have had
16  those sort of things. But since -- I was unable
17  to help her in that regard. So that is why it is
18  not part of my notes.
19     Q. But are you testifying here today that
20  you hold the opinion that within a reason degree
21  of medical certainty, that stress aggravated her
22  cardiac conditions? Is that your opinion here
23  today?
24     A. That is my opinion.

## Page 51

1      Q. All right. How did you rule out all of
2  the other risk factors? Take me through the
3  process, your methodology of how you ruled out
4  all of Alena Hammer's other risk factors that may
5  have aggravated her cardiac conditions.
6      A. Well, I'm not ruling out anything.
7  Essentially, you cannot rule out. As I said, it
8  is a multifactorial problem.
9         She had three or four serious, deadly
10  conditions: Heart failure, as we have alluded to
11  already; severe hypertension; severe pulmonary
12  hypertension; atrial fibrillation; having a
13  pacemaker; renal failure. So it's a combination.
14  Stress is not the only one thing.
15     Q. Right. And those diseases, atrial
16  fibrillation, congestive heart failure, the
17  hypertension, can progress all on their own
18  without any risk factors --
19     A. That is also possible.
20     Q. You cannot sit here today and say that
21  in the absence of any stress that Alena Hammer
22  may or may not have experienced, she would not
23  have suffered an aggravation --
24     A. That's just --

## Page 52

1      Q. All right. Now I have to start over.
2      A. I'm sorry.
3      Q. All right. You can't, as we sit here
4  today, tell us that within a reasonable degree of
5  medical certainty, that in the absence of any
6  stress that Alena Hammer was experiencing, her
7  cardiac conditions would not have progressed.
8      A. My feeling is that her condition might
9  not have progressed as much. It might have
10  progressed, but not quite as bad -- particularly
11  the blood pressure always being very, very high,
12  and the pulmonary hypertension being such a big
13  problem. Although pulmonary hypertension has
14  less to do with stress than systemic
15  hypertension.
16         Systemic hypertension is very much
17  sensitive to stressful conditions. We see
18  patients all the time where the blood pressure is
19  not controlled when they are under stress.
20     Q. Right. So that wasn't my question.
21  Because we are not talking about feelings and
22  might haves.
23         My question is, as we sit here today,
24  can you say within a reasonable degree of medical

## Page 53

1  and cardiovascular certainty, that in the absence
2  of any stress that Alena Hammer may have
3  experienced, she would not have seen a
4  progression of her disease.
5      A. Well, in my experience of seeing heart
6  patients for the past 40 years, I would say this
7  was an unusual case. And since we have not been
8  able to find anything else which would have
9  aggravated her condition, stress seems to be the
10  likely factor.
11     Q. Okay. So how did you rule out all of
12  the other risk factors to come to stress?
13     A. Well, we have ruled -- Every time we see
14  the patient, particularly when they come in
15  severe heart failure in the hospital, we rule out
16  all of these other factors which could aggravate.
17         For instance, you rule out pulmonary
18  embolism, blood clots to the lungs which may
19  produce heart failure. You rule out coronary
20  artery disease, ischemia or lack of blood supply
21  to the heart. We rule that out. You rule out
22  fast heart rate, atrial fibrillation. We control
23  her heart rate. So we ruled that out as an
24  aggravating factor.

14 (Pages 50 to 53)

Syed Hasanain
February 25, 2015

Page 54

1       So we have ruled out everything else,
2 and yet her condition was not improving. So it
3 is quite possible that stress was the likely
4 culprit.
5       Q. Right. And we are not talking about
6 "quite possible." Is there anything in your
7 records that show you ruled out the cause of any
8 aggravation of her cardiac conditions?
9       A. It may not show in my office records,
10 but the hospital records clearly show the tests
11 that we did to rule out all of the factors.
12       Q. And those are for diagnosis, correct?
13 Those were diagnostic studies, correct?
14       A. Yes.
15       Q. So what I want to know, is there
16 anything in the office records, hospital records
17 anywhere that show that you ruled in all
18 potential causes of any aggravation of
19 Alena Hammer's cardiac conditions, and then
20 systematically ruled them out --
21       A. Such as?
22       Q. Well, we've kind of gone through some of
23 these. Old age, that's a risk factor. Correct?
24       A. No.

Page 55

1       Q. It's not?
2       A. It's not a risk factor for aggravation
3 of heart failure.
4       Q. How about a sedentary lifestyle with no
5 regular exercise? Is that a risk --
6       A. These things are a risk factor to bring
7 on for the first time heart disease, yes. Old
8 age. However, a person does not get that old
9 within a matter of five years.
10       Secondly, a sedentary lifestyle, yes,
11 would be a contributing factor to begin, to start
12 out. But once they are so symptomatic -- They
13 cannot walk from here to the door or take a few
14 steps, being short of breath. You don't expect
15 them to have an active lifestyle.
16       Q. Right. And that can aggravate cardiac
17 conditions?
18       A. Generally, it doesn't. We advise
19 patients not to exercise, these patients. And
20 many other cardiac patients with cardiomyopathy,
21 they are seriously advised not to exercise
22 because exercise has a very deleterious effect on
23 their condition.
24       Patients with pulmonary hypertension

Page 56

1 are advised not to exercise. It's a very bad
2 effect on their health.
3       Q. Family history of cardiac disease, is
4 that a risk factor for --
5       A. That is completely --
6       Q. Doctor, I have to finish my question.
7       A. I'm sorry.
8       Q. How about a family history of cardiac
9 disease? Is that a risk factor for progression
10 of existing cardiac conditions?
11       A. No, absolutely not.
12       Q. Why not?
13       A. Because it has no relevance whatsoever.
14 Cardiac history, a family history of heart
15 disease, is relevant in the sense that one may
16 start having some sort of heart disease. That is
17 not a risk factor in terms of progression of your
18 heart disease. That is very individual,
19 depending on what a person's condition is.
20       Q. So it's only relevant for the initial
21 diagnosis?
22       A. Exactly.
23       Q. And it's not relevant to put it in the
24 record for a patient that has had a longstanding

Page 57

1 cardiac condition?
2       A. It is absolutely irrelevant, once you
3 make a diagnosis of a cardiac condition, whether
4 any family member had that same heart disease or
5 not, for the progression or treatment of that
6 patient.
7       Q. How about noncompliance with medication.
8 That's certainly a risk factor.
9       A. That is absolutely a risk factor.
10       Q. Okay. Any evidence that you saw in the
11 record that --
12       A. We --
13       Q. Wait. Any evidence in the records that
14 you saw that Alena Hammer was not complying with
15 her medications?
16       A. I did not see any evidence of
17 noncompliance. We normally receive from the
18 pharmaceutical companies and insurances letters
19 if the patient is keeping track or patient taking
20 medication, there was never anything reported to
21 me.
22       Q. Okay. So just to be clear, it is your
23 belief that Alena Hammer was completely compliant
24 with her medications. Correct?

US Legal Support
312-236-8352

Syed Hasanain
February 25, 2015

Page 58

1    A.  To the best of my knowledge, I would
2  say.
3    Q.  If she was not, that certainly would be
4  a risk factor for aggravating her cardiac
5  condition?
6    A.  You are correct.
7    Q.  How about drinking alcohol?
8    A.  It's quite controversial.  Alcohol
9  generally affect patients' heart muscle.  Since
10  she has no cardiomyopathy and normal ventricular
11  function, alcohol would not be a factor.
12       Certain types of alcohol with high
13  amounts of sodium could aggravate one's blood
14  pressure.  However, she denies the use of
15  alcohol.
16    Q.  As part of rendering care and treatment
17  to your patients, it is sometimes important to
18  get information from family members.  True?
19    A.  Yes.
20    Q.  Family members can provide important
21  information for your diagnosis and treatment
22  plans about a patient's symptoms and lifestyle.
23  Correct?
24    A.  That's correct.

Page 59

1       (WHEREUPON, A DOCUMENT WAS
2       MARKED EXHIBIT NO. 6 FOR
3       IDENTIFICATION.)
4    Q.  Doctor, showing you Exhibit 6, this is a
5  Loyola Hospital record from 2011.  Correct?
6    A.  October, 2011.  Yes.
7    Q.  And this appears to be a nurse's note
8  regarding Alena Hammer?
9    A.  Yes, that's correct.
10    Q.  All right.  If you take a second and
11  read the very short interview that the nurse had
12  with Alena Hammer's son.
13    A.  I see that.
14    Q.  Do you know Alena Hammer's son?
15    A.  I've never met him.
16    Q.  He has never come to any office visits?
17    A.  Never.
18    Q.  Do you see where Alena Hammer's son told
19  the nurse that Alena Hammer has been a drinker
20  for many years?
21    A.  I see it written here.
22    Q.  Do you also see where he tells the nurse
23  that Alena Hammer will not be honest in answering
24  questions about her drinking?

Page 60

1    A.  I have read this here for the first
2  time.
3    Q.  Did you see the part where
4  Alena Hammer's son said Alena Hammer will not be
5  honest in answering questions about her drinking?
6    A.  I see it written here.
7    Q.  Okay.  Do you have any reason to
8  disagree with the information provided by
9  Alena Hammer's own son?
10    A.  No.  However, from a medical standpoint,
11  there was never any evidence of someone who has
12  been using alcohol.  Her liver functions,
13  etcetera, did not indicate the chronic alcoholic.
14  And she -- I had no reason not to believe the
15  fact that she is saying that she does not drink.
16  So from my standpoint, either way, I would not
17  know that.
18    Q.  You don't have an opinion one way or
19  another of whether or not Alena Hammer abuses
20  alcohol?
21    A.  I would be very surprised if she did.
22    Q.  But you don't know?
23    A.  I don't know for a fact.
24    Q.  And drinking alcohol can certainly

Page 61

1  exacerbate cardiac conditions, correct?
2    A.  Only if you have a cardiomyopathy or
3  hypertension.  Certain types of alcohol,
4  particularly beers with large amounts of sodium.
5  -- and sodium can make one go into congestive
6  heart failure, yes.  It can aggravate congestive
7  heart failure.
8       Can we take a short break here?
9    MR. LYDON:  Sure.
10    THE VIDEOGRAPHER:  We are going off the
11  record at 2:54 p.m.
12       (WHEREUPON, after a short
13       break, proceedings continued
14       as follows:)
15    THE VIDEOGRAPHER:  Going back on the
16  record at 3:06 p.m.
17       (WHEREUPON, A DOCUMENT WAS
18       MARKED EXHIBIT NO. 7 FOR
19       IDENTIFICATION.)
20  BY MR. LYDON:
21    Q.  Doctor, showing you what has been marked
22  as Exhibit No. 7, does that appear to be a Loyola
23  Hospital record for Alena Hammer from March 21st,
24  2014?

16 (Pages 58 to 61)

Syed Hasanain
February 25, 2015

Page 62

1      A.  I see that.
2      Q.  It is a cardiac record, a cardiologist's
3  record; is that correct?
4      A.  That's correct.
5      Q.  Do you see where the indications are?
6  "Congestive heart failure with cardiomyopathy"?
7      A.  And dyspnea, yes.  I see that.
8      Q.  Do you agree with that?
9      A.  No.
10     Q.  You disagree that she had a
11  cardiomyopathy?
12     A.  A cardio biopsy?
13     Q.  A cardiomyopathy.
14     A.  No, she does not have cardiomyopathy.
15     Q.  So you disagree that --
16     A.  Absolutely.
17     Q.  I'm not finished with my question,
18  Doctor.
19     A.  Okay.
20     Q.  Do you disagree with Dr. Lopez, the
21  Loyola cardiologist's diagnosis?  Correct?
22     A.  Yes.
23     Q.  And Loyola is where she had the
24  echocardiogram done in or around that time?

Page 63

1      A.  She has had multiple echocardiograms,
2  both at Gottlieb, Elmhurst, at Loyola and in my
3  office.
4      Q.  Right.  And the exhibit that I showed
5  you before that showed the heart enlargement, was
6  from Loyola.  Correct?
7      A.  All of her echocardiograms everywhere
8  have shown enlargement of those chambers of the
9  heart that we discussed earlier which is the
10  right ventricle and both atriums.
11     Q.  But that's what Dr. Lopez is talking
12  about when he says cardiomyopathy, correct?  The
13  enlarged heart that --
14     A.  No.  Cardiomyopathy is not -- Every
15  enlargement of the heart is not cardiomyopathy.
16     Q.  What is Dr. Lopez referring to then when
17  he says cardiomyopathy?
18     A.  I don't know what he is referring to.
19  She does not have cardiomyopathy.
20     Q.  What is a cardiomyopathy?
21     A.  Cardiomyopathy is weakness of the heart
22  muscle.  She does not have any evidence of
23  weakness of the heart muscle according to this
24  report.  He says global left ventricular function

Page 64

1  was mildly depressed.  Ejection fraction --
2      Q.  Doctor, my question was, what is
3  cardiomyopathy?  And you said it was weakness of
4  the muscle.  Correct?
5      A.  Yes, that's right.
6      Q.  All right.  And the weakness of the
7  muscle will cause the heart to enlarge, correct?
8      A.  It can.  It may or may not, but it can
9  make it enlarge.
10     Q.  And in cardiomyopathy, it is typical to
11  find an enlarged heart.  Correct?
12     A.  Certain types of cardiomyopathy, not
13  all.
14     Q.  Congestive -- strike that.  Atrial
15  fibrillation weakens the heart muscle, correct?
16     A.  Atrial fibrillation does not affect the
17  heart muscle.
18     Q.  Does systemic hypertension weaken the
19  heart muscle?
20     A.  Systemic hypertension does not weaken
21  the heart muscle.  It makes it enlarged and
22  thickens.  However, the majority of the time, the
23  heart muscle is functioning, contracting
24  normally.  It is not weak.

Page 65

1      Q.  So you don't think, to clarify, that
2  Alena Hammer's heart muscle has been weakened in
3  any way with all of these cardiac conditions?
4      A.  There was no evidence, and that is what
5  I was about to say.  The ejection fraction
6  determines how strong or weak the heart muscle
7  is.  They have noticed now for the first time at
8  45 percent.  All previous echoes have shown 55 or
9  60 percent.
10     Q.  Well, you know that's not true.
11  Correct?
12     A.  It is true.
13     Q.  She's had 28 percent in the past?
14     A.  I have never seen that.
15         (Document tendered.)
16     Q.  Doctor, I'm going to show you Exhibit
17  No. 2 again.  It is a Loyola Hospital record from
18  April of 2014.
19     A.  I see that.
20     Q.  It is a cardiologist report; is that
21  correct?
22     A.  It is a report by, I guess, Dr. Rabbat.
23     Q.  And Dr. Rabbat in the history reports
24  that Alena Hammer has had a 28 percent ejection

17 (Pages 62 to 65)

Syed Hasanain
February 25, 2015

Page 66

1  fraction in the past. Correct?
2      A. I don't know how he has that impression
3  or where he got that information. I sent this
4  patient to them for treatment of pulmonary
5  hypertension, a very specialized treatment being
6  conducted in a very few centers, extremely
7  expensive. And that is why these people were
8  involved, upon my recommendation based on my
9  history. Where he got this, 28 percent, I've
10 never seen that before.
11     Q. So you referred Alena Hammer to Loyola
12 because they are extremely competent medical
13 providers, correct?
14     A. No. It has nothing to do with
15 competence. Pulmonary hypertension treatment
16 could run into hundreds of thousands of dollars.
17 And it's only approved for certain large
18 institutions. This is a rare condition. Most
19 small hospitals do not see very many patients.
20 So --
21     Q. Is Loyola a small hospital?
22     A. Now, let me finish this time.
23        So larger university hospitals is
24 where these patients are sent so they can deal

Page 67

1  with this condition and start their treatment.
2  And as a result of my referral there, she
3  underwent these tests.
4        But this information, where he got
5  this information, I don't know. Because I was
6  providing them information. We had no evidence
7  of her ever having low ejection fraction.
8      Q. Loyola Hospital is one of the premier
9  heart centers in the Chicago area.
10     A. We are part of it.
11     Q. Loyola Hospital is one of the premier
12 heart centers in the --
13     A. You did not understand me. Gottlieb is
14 part of Loyola University Medical Center.
15     Q. Right.
16     A. We are one hospital.
17     Q. Right. And you didn't understand me.
18 Loyola Hospital is one of the premier heart
19 centers in the Chicago area --
20     A. Absolutely. I agree with that. We are
21 part of that. We are on faculty of Loyola. We
22 are part of Loyola University. We share the
23 staff. We have the same computers. This is one
24 hospital in two different campuses.

Page 68

1      Q. Right. And so is Dr. Rabbat who saw
2  Alena Hammer on April 1st, 2014. Correct?
3      A. I am not familiar with Dr. Rabbat.
4      Q. He is one of the Loyola physicians,
5  correct?
6      A. He's at Loyola, but he is not a
7  cardiologist, to the best of my knowledge. I
8  sent this patient to Dr. Lopez.
9      Q. Do you think Dr. Rabbat made this up
10 that she had an ejection fraction of 28 percent?
11     A. I am only saying I don't know where he
12 got that information. I would like to see
13 physical and objective evidence. Where was that
14 test done? I am not aware of that.
15     Q. So you can't say whether this is
16 accurate one way or the other as we sit here
17 today.
18     A. I have repeatedly done echocardiograms,
19 and her ejection fraction has always been normal.
20     Q. And as he noted, 28 percent in the past,
21 but in the recent echo, the ejection fraction was
22 60 percent. Correct?
23     A. Well --
24     Q. So he acknowledged that there is a

Page 69

1  higher ejection --
2      A. That is exactly the point. An ejection
3  fraction does not improve from 28 to 60 percent.
4  That would be an extremely, extremely, extremely
5  rare occurrence if that ever happens.
6      Q. Ejection fraction cannot improve?
7      A. Does not improve that dramatically from
8  28 to 60 percent. I would say that would be an
9  extremely unusual and a rare occurrence that I've
10 never seen in 40 years of my practice.
11     Q. So Dr. Rabbat got it wrong?
12     A. I'm not saying he got it right or wrong.
13 It does not make any sense to me. This is not
14 the correct diagnosis.
15     Q. 28 percent would show a weak heart,
16 correct?
17     A. An extremely weak heart.
18     Q. Did you say that Alena Hammer had
19 resistant hypertension?
20     A. That's correct.
21     Q. All right. And resistant hypertension
22 would be hypertension that is difficult to
23 control no matter what. Correct?
24     A. That's correct.

18 (Pages 66 to 69)

Syed Hasanain
February 25, 2015

Page 70

1      Q.  Regardless of any risk factors, correct?
2      A.  That is true.
3      Q.  All right.  So how can you say as we sit
4   here today that Alena Hammer's stress aggravated
5   her high blood pressure or her hypertension
6   versus just the fact that she had longstanding
7   resistant hypertension?
8      A.  No, she did not have longstanding
9   resistant hypertension.  My notes clearly
10   indicate that her blood pressure initially when I
11   saw her was perfectly normal.
12      I am reading one of the notes that
13   you showed me, one of my earlier notes, that it
14   was down to 110 over 70 which is actually on the
15   low side.
16      (WHEREUPON, A DOCUMENT WAS
17      MARKED EXHIBIT NO. 8 FOR
18      IDENTIFICATION.)
19      Q.  Doctor, I am showing you Exhibit No. 8.
20   It's a Gottlieb record, correct?
21      A.  That's correct.
22      Q.  That's your record, correct?
23      A.  That is correct.
24      Q.  Consultation date of December 29th,

Page 71

1   2012?
2      A.  That's right.
3      Q.  Now, you just said you did not say she
4   had a long history of resistant hypertension.
5   But your note here indicates just the opposite.
6   Correct?
7      A.  Well, this is not correct what I wrote
8   here.  She has a longstanding history of
9   hypertension which has become resistant recently.
10      If you go over my notes which clearly
11   show the blood pressure, long before December,
12   2012, many of her blood pressures were normal.
13      Q.  What it says here, and this is your
14   note, correct?
15      A.  Yes.
16      Q.  "The patient has had a longstanding
17   history of resistant hypertension requiring multi
18   antihypertensive medications."  That's what you
19   wrote back in 2012.  Correct?
20      A.  Yes.
21      Q.  Looking at the end, your impression back
22   in 2012, do you write anywhere in your impression
23   that she was suffering from an aggravation of her
24   hypertension?

Page 72

1      A.  What do you mean by aggravation of
2   hypertension?
3      Q.  Well, I thought you testified before
4   that in the last couple of years, her
5   hypertension has aggravated her cardiac
6   conditions; is that right?
7      A.  That's quite possible.
8      Q.  Well, we're not here to talk about
9   possible.  If you can't say more likely than not,
10   then let us know right now.
11      I mean, if you're talking about
12   possibilities, that's one thing.  But if you are
13   talking about more likely than not, that's what I
14   would like to know, within a reasonable degree of
15   medical certainty.
16      A.  You can never be sure about what is
17   making blood pressure resistant to therapy, what
18   is accelerating it.  And as I mentioned before,
19   there are multiple factorial conditions.  Many
20   factors are involved.  You can never be certain
21   as to which one is doing it.
22      Q.  Right.  And in fact, each of those
23   conditions can progress on their own, correct?
24      A.  I --

Page 73

1      Q.  Doctor, each of those cardiac conditions
2   can progress on their own?
3      A.  That is true.
4      Q.  Okay.  So I'm going back to the notion
5   that stress aggravated Alena Hammer's
6   hypertension which aggravated her overall cardiac
7   conditions.
8      Are you saying that that is a
9   possibility?  Or are you saying here today that
10   most likely, that was the case?
11      A.  I'm --
12      MR. WOOTEN:  Objection.  Let me just get
13   my objection on the record.
14      The medical standard is more likely
15   than not.  It is not most likely.  So I have an
16   objection to the form of the question.
17      THE WITNESS:  I'm sorry.  Say it again.
18   BY MR. LYDON:
19      Q.  Go ahead and answer.
20      A.  What was the question?
21      Q.  Did you say before, when you said before
22   that stress may have aggravated her blood
23   pressure which in turn aggravated her cardiac
24   conditions, were you talking about a possibility?

19  (Pages 70 to 73)

Syed Hasanain
February 25, 2015

Page 74

1  Or were you talking about a probability?
2      A.  It's both a possibility and a
3  probability.
4      Q.  That doesn't make sense to me.
5      A.  Why not?
6      Q.  All right.  Are you saying here today
7  that stress aggravated her blood pressure which
8  in turn aggravated her cardiac conditions was
9  something that you can say happened more likely
10  than not?
11      A.  That's correct.  That is very likely
12  that is what happened.  You can never be one
13  hundred percent sure in these conditions in that
14  type of situation.
15      Q.  And is there any record documenting --
16  any of your records that document any stress that
17  Alena Hammer was experiencing?
18      A.  I have not gone through my records to
19  look for that, so I can't tell you.  I have not
20  scanned every record, inpatient hospital records,
21  etcetera and my office records.  But it is quite
22  a likely scenario, although it can never be
23  proven.
24      Q.  Because of a host of may different risk

Page 75

1  factors.  Correct?
2      A.  Well, because other conditions could be
3  involved.  Also, it will be very difficult to
4  prove any psychological stress.  For instance,
5  changing -- and you can guess and say, well, it
6  probably is related to that.  But to be
7  absolutely certain, no, you cannot.  There is no
8  test for that.
9      Q.  So it says at the bottom of your note,
10  that she has been exposed to second-hand smoke
11  all her life.
12      A.  What page is that?
13      Q.  The first page right at the bottom.
14      A.  "She claims she never smoked, but she
15  has been exposed to second-hand smoke all her
16  life.  Rarely drinks."
17      Q.  That can aggravate hypertension,
18  second-hand smoke?  Correct?
19      A.  No.  Smoking has no affect on
20  hypertension.  None.
21      Q.  Now, she was hospitalized due to
22  aggravation of her cardiac conditions when you
23  saw her here in 2012, correct?
24      A.  That's true.

Page 76

1      Q.  I would like you to look very carefully
2  at this record, and tell me if you note any
3  stress symptoms that Alena Hammer was
4  experiencing that may have aggravated her
5  condition.
6      A.  Again, I have not read this note.
7      Q.  That's what I'm asking you to do right
8  now.
9      A.  Which paragraph do you want me to read?
10      Q.  The whole thing.  The whole report.  It
11  is three pages.  Is there any mention of stress
12  at all?
13      A.  (Reviewing.)  No, I don't see it in this
14  report.
15      Q.  All right.  Have you ever put it in a
16  report?
17      A.  I might have.  I would have to check my
18  reports.
19      Q.  Okay.  So are you saying that Exhibit 1
20  is not a complete set of your records?
21      A.  Which is Exhibit 1?  (Document
22  tendered.)  All right.  This is my office
23  records.  I don't have any hospital records in
24  here.

Page 77

1      Q.  Did you see her in your office before
2  2011?
3      A.  No, I believe I did not see her in the
4  office before 2011.  But what I'm saying is, I
5  have only my office records here.  There's no
6  hospital records here.
7      Q.  You don't have any of your hospital
8  records in her file?
9      A.  They're in the hospital computers, not
10  in our office.
11      Q.  And you don't keep any of your hospital
12  records for your file?
13      A.  No, we don't because we have access to
14  the computers.
15      Q.  Didn't you say that in your hospital
16  records you're going to be more detailed?
17      A.  Not necessarily detailed, but every
18  admission the patient comes in, we have the
19  records.  All I'm saying is that I've not had a
20  chance to go over those records.
21      Q.  Well, what hospitals have you seen her
22  at?
23      A.  Except for the first time in 2000 when I
24  did the angiogram, I believe, again, I'm not sure

20 (Pages 74 to 77)

Syed Hasanain
February 25, 2015

Page 78

1  if it was Gottlieb or Elmhurst Hospital. It's
2  mostly been at Gottlieb Hospital right here.
3       Q.  Okay.  And this is one of your hospital
4  records --
5       A.  This is one of the hospital records,
6  that's correct.
7       Q.  And this is right in the heart of where
8  you say her cardiac conditions were being
9  aggravated in December of 2012, correct?
10      A.  It was an aggravation, definitely.  But
11  once again, I don't know what aggravated it.
12      Q.  I didn't ask you that.  I think before
13  you testified that her cardiac conditions became
14  aggravated in 2012, 2013.  Correct?
15      A.  That's right.
16      Q.  This is the end of 2012, this record
17  right here that you prepared at Gottlieb
18  Hospital; is that correct?
19      A.  That's correct.
20      Q.  And in this particular chart which is
21  three pages long.  Correct?
22      A.  Yes, it is.
23      Q.  There is no mention of stress.  Correct?
24      A.  No.

Page 79

1       Q.  Not in her history of present illness,
2  correct?
3       A.  No.  I didn't see it.
4       Q.  Not in her past medical history.
5  Correct?
6       A.  No.
7       Q.  Not in the review of her symptoms.
8  Correct?
9       A.  No.
10      Q.  Not in your diagnosis.  Correct?
11      A.  No.
12      Q.  Alena Hammer has hyperlipidemia; is that
13  correct?
14      A.  I believe so.
15      Q.  That's high cholesterol and high
16  triglycerides?
17      A.  That's correct.
18      Q.  Is that a risk factor for aggravation of
19  cardiac conditions?
20      A.  In a very long-term basis, but not in a
21  short-term basis to cause congestive heart
22  failure requiring hospitalization.
23      Q.  How long has Alena Hammer had
24  hyperlipidemia?

Page 80

1       A.  Probably several years.
2       Q.  Alena Hammer has lymphedema, correct?
3       A.  That's a very vague term.  It means very
4  little.  But when the legs are markedly swollen,
5  you might say there's some degree of lymphedema.
6       Q.  Alena Hammer has chronic obstructive
7  pulmonary disease, correct?
8       A.  We really do not -- at least I do not
9  have any evidence of that, any proof of that.
10      Q.  You diagnosed that?
11      A.  It was a clinical diagnosis.  Initially,
12  we thought it was causing -- She has COPD, and
13  she has been on some inhalers, etcetera.
14  However, most of the tests did not clearly show
15  that.
16           So to make a diagnosis of primary
17  pulmonary hypertension, you have to exclude
18  severe lung problems.  Otherwise, that diagnosis
19  becomes secondary hypertension, not primary.  So
20  she is diagnosed now, here in Loyola and
21  everywhere, as primary pulmonary hypertension.
22  So we do not have evidence of significant
23  pulmonary disease.
24           Now, I have not seen her recent

Page 81

1  tests, but from what I recall, they did not, the
2  pulmonary function studies, did not show
3  significant pulmonary function disease.
4       Q.  She has significant respiratory
5  problems, correct, breathing problems?
6       A.  She has very severe breathing problems.
7  I believe she is mostly homebound with oxygen.
8  She travels with oxygen, comes to the office with
9  oxygen.
10      Q.  And you relate that solely to her
11  pulmonary hypertension?
12      A.  Pulmonary hypertension would be the
13  number one cause of it.  And whenever she goes
14  back into more heart failure, then that becomes a
15  contributing factor as well.
16      Q.  Doctor, go back to your office records.
17      A.  Yes.
18      Q.  I want to close the loop on this.
19      MR. WOOTEN:  Can you tell me what number
20  that is?
21      MR. LYDON:  No. 1.
22      MR. WOOTEN:  No. 1?
23      THE WITNESS:  What page?
24

21 (Pages 78 to 81)

Syed Hasanain
February 25, 2015

Page 82

1    BY MR. LYDON:
2        Q.  Well, let's start on 36.
3        A.  I'm looking at it.
4        Q.  Okay.  I see that there's a line item
5    for psychologic findings, is it, in your physical
6    exam?
7        A.  Yes, uh-huh.
8        Q.  All right.  And she is negative for her
9    psychological exam, correct?
10       A.  Well, I'm not a psychologist or
11   psychiatrist.  I don't do a detailed
12   psychological exam.  However, there would be
13   three things that we look for mainly here which
14   is written here:  Delusion; depression; and,
15   hallucination.  And I just marked it down that
16   this is my first visit, and I didn't put anything
17   there in particular, no.
18       Q.  All right.  Let's move along and see if
19   there's -- We'll look at this record in detail,
20   and we'll go through each one.
21       A.  Okay.
22       Q.  There's nothing in here about the
23   patient experiencing symptoms of stress.
24   Correct?

Page 83

1        A.  Not in that first visit, no.
2        Q.  All right.  Let's go to her second
3    visit.  That would have been November 9th, 2011?
4        A.  Right.
5        Q.  Is there anything in this record that
6    the patient was experiencing symptoms of stress?
7        A.  No.  What date is that?
8        Q.  November 9th, 2011.
9        A.  Mind you, I do not fill these for all of
10   the psychiatric, etcetera, etcetera.  This is
11   just a printed sheet here, and it doesn't mean
12   that I'm going over each and everything and doing
13   a complete neurologic exam, for example.  No.
14   This is not part of her cardiac visit.
15       Q.  But if you felt she was experiencing a
16   symptom that was aggravating her cardiac
17   condition, it would be very important to note
18   that in your records, correct?
19       A.  Yes.  That is true.
20       Q.  Correct?  Not only for your diagnosis,
21   but for your treatment plan for her.  Correct?
22       A.  That is true, yes.  But again, as I
23   said, I'm not an expert to say if a person is
24   severely depressed or anxious or whatever.  These

Page 84

1    notes are strictly done for a cardiac standpoint
2    and not really all the other symptoms.
3        Generally, her primary care physician
4    would be the one that you should go and see.  And
5    I may tell them, you know, stress is a diagnosis
6    of exclusion after we have ruled out everything
7    else there which may be aggravating her.  So it
8    took awhile before we began to realize that after
9    we had ruled out all other factors, that probably
10   stress is the only thing that may be aggravating
11   her.
12       It could, again, as I said before, it
13   could be a noncompliance possibility, too much
14   salt intake possibility.  Those things will also
15   aggravate the heart failure.  There is no test
16   per se.  It's a very nebulous thing, stress.  And
17   everyone has a different reaction to stress and
18   different ways of handling stress.  So again, I
19   have no expertise in that area that I can say
20   that that is the main factor.
21       Q.  All right.  Well, if you have no
22   expertise, how can you sit here today and say
23   that stress was aggravating her heart condition?
24       A.  It seemed that she had been under

Page 85

1    stress, and it began to appear after many visits.
2    She did not initially even mention ever that that
3    was the condition that was what was aggravating
4    her.  And then we begin to -- We were puzzled why
5    her blood pressure was not coming down despite a
6    lot of medication and everything.  And then we
7    began to realize that it's probably -- this is
8    one of factors, not the sole factor, that may be
9    adding to all of the other problems.
10       Q.  Can you say that that factor is more
11   likely than every other factor?
12       A.  I cannot say it was more likely than
13   every other factor, no.
14       Q.  And if stress was in your opinion
15   aggravating and progressing her cardiac
16   condition, it would have been imperative to put
17   that in her record?
18       A.  Not necessarily.  I mean, our records
19   are not always complete.  We're always rushing
20   and records, they're never thorough and complete.
21   We don't have that much time to be writing all of
22   these things.  They are written.  I'm sure if I
23   go over the hospital records and see, it is
24   probably written somewhere there.

22  (Pages 82 to 85)

Syed Hasanain
February 25, 2015

Page 86

1    Q. Which hospital?
2    A. At Gottlieb.
3    Q. Gottlieb. All right.
4    A. I do not have all the records from
5    Gottlieb.
6    Q. It certainly wasn't in that December,
7    2012 --
8    A. No, it was not.
9    Q. So going back, I know you don't write
10   every detail in your notes --
11   A. Exactly.
12   Q. -- but if she is experiencing a symptom
13   that is aggravating her cardiac condition, as
14   a cardiologist, a treating cardiologist, you want
15   to make sure you put that in your notes.
16   Correct?
17   A. Yes, that's correct. It could still be
18   in the hospital notes somewhere.
19   Q. Well, I'm asking about your office
20   records.
21   A. Office, not necessarily. I mean, it may
22   or may not be. Again, we don't have time to be
23   writing extensive notes in the office when you
24   have too many patients and very little time to be

Page 87

1    writing. And that's definitely a problem with
2    the medical profession in general.
3    Q. Well, wouldn't the office be a better
4    time to gauge a patient's overall stress than
5    trying to ask at the hospital where she is
6    probably just stressed about being in a hospital?
7    A. No, there's no difference. I mean,
8    whether it's in the hospital or office, that's
9    irrelevant. It could be anywhere. The point is,
10   if it's not written, it's not written. But a
11   person may still be experiencing stress.
12   Q. Well, when a person goes to the
13   hospital, there's something seriously wrong.
14   Correct?
15   A. That's true.
16   Q. And you are dealing with that issue at
17   that time, correct?
18   A. Yes.
19   Q. All right. The office is the perfect
20   place to discuss overall symptoms and
21   preventative care moving forward. Correct?
22   A. That's true. Usually the stress part is
23   more by the family physician, internal medicine.
24   From a cardiac standpoint, we generally focus on

Page 88

1    things that a patient is referred to us, what we
2    can do to help from medications, what procedures
3    can be -- We're more focused on that.
4    But in the background, these things
5    are always there, of course. A patient may be
6    taking drugs, and that could be -- We do question
7    them, but don't always mention. That doesn't
8    necessarily mean it's not there.
9    Q. Right. And in an office setting, you
10   get to sit down with them in a quiet exam room
11   and ask questions that could help in developing a
12   treatment plan moving forward versus at a
13   hospital where you are there on an emergent basis
14   to deal with the issue at hand.
15   A. Actually, we have less time in the
16   office where too many patients are here in a
17   relatively short time as opposed to in the
18   hospital, spending a lot more time with the
19   patient because of the nature of the illness,
20   going in detail with their tests, and all sorts
21   of things. They are critically ill, many times.
22   Like she has been multiple times extremely
23   critically ill where the question of whether she
24   should be put on a respirator or not and so on,

Page 89

1    those sort of things. We go in much more detail
2    there than in the office setting.
3    Q. And you have no way of knowing here as
4    we sit here today whether stress is mentioned in
5    any of your hospital records. Correct?
6    A. Again, I don't recall in my notes if I
7    -- I rarely write that, but I can certainly check
8    that.
9    Q. Well, we'll check too. But as far as
10   office records are concerned, and we can keep
11   going through these, you never once mentioned
12   stress as a symptom for Alena Hammer?
13   A. I don't remember. I have not gone
14   through all of these records either. But I can
15   certainly do that.
16   Q. All right. Let's do that. So, we were
17   on November of 2011.
18   A. Before we go too far, I would like to
19   break this and find out how much time we are
20   going to be spending because I have other
21   patients in the hospital to take care of. I
22   cannot spend the whole day here.
23   Q. It depends on --
24   A. We are not going to go through all the

23 (Pages 86 to 89)

Syed Hasanain
February 25, 2015

Page 90

1 records.  We can make another meeting.
2 Q.  Sure.
3 A.  And if you are willing to pay for my
4 time, I will be glad to do that.
5 Q.  Sure.  We will do that.
6 A.  Let's do that because it was supposed to
7 be two hours.  We have gone over that.  It is
8 3:30 now.  So I can certainly be better prepared
9 and review those hospital records and go over
10 these records.  We don't have to spend that much
11 time here, and that will be much shorter that
12 way.
13 Q.  Well, I can't force you to stay, but I
14 do need to go through and make sure we close that
15 loop because I can't have the idea out there that
16 there may be something mentioned about stress in
17 these office records without it being confirmed
18 by you and --
19 A.  I agree.  I understand that.  But as I
20 just said, we have gone way over time.  And I had
21 planned it for two hours, from 1:00 to 3:00.  We
22 are at 3:35.  I have patients to see.  I have to
23 make rounds in the hospital.  There are a lot of
24 things to be done.

Page 91

1        So we can have another session at
2 your convenience.  You tell me whenever.
3 Q.  Do you know -- Who told you this was
4 only going to being two hours?
5 A.  That's what my understanding was, that
6 it was going to be two hours, and I was being
7 paid for two hours.
8 Q.  Who told you that?
9 A.  Whoever discussed this with my staff.
10 It's not going to be a ten-hour meeting here.
11    MR. WOOTEN:  I think the defendants paid
12 for a three-hour session, and I think that's what
13 everybody's understanding was, that it was for
14 three hours.
15    THE WITNESS:  Three hours?
16    MR. WOOTEN:  Uh-huh.
17    THE WITNESS:  No.
18    MR. WOOTEN:  Didn't you write a check for
19 three hours?
20    MR. RYAN:  $1500, uh-huh.
21    MR. LYDON:  Well, I mean, what I can do,
22 is, you know, maybe wrap up with a couple of
23 questions here, but we're going to need to
24 redepose you.

Page 92

1    THE WITNESS:  Fine.
2    THE VIDEOGRAPHER:  I have five minutes
3 left to change the tape.  Should I do that now?
4    MR. WOOTEN:  Let's change the tape and
5 let's go off the record and have a little
6 conversation, and then we can come back on.
7    MR. LYDON:  Sure.
8    THE VIDEOGRAPHER:  This ends Tape No. 1,
9 the continuing deposition of Dr. Syed J. Hasanain.
10 The time is 3:43 p.m.
11      We are off the record.
12     (WHEREUPON, after a short
13      break, proceedings continued
14      as follows:)
15    THE VIDEOGRAPHER:  We are going back on
16 the record.  This is Tape No. 2, the continuing
17 deposition of Dr. Syed J. Hasanain.  The time is
18 3:46 p.m.
19    MR. LYDON:  For the record, we have had a
20 discussion.  The doctor has indicated that his
21 time will not allow him to stay.  At this point,
22 we've proceeded two hours into the deposition, so
23 it's our position that we're going to have to
24 continue this for another session; is that

Page 93

1 correct?
2    MR. RYAN:  If possible.
3    MR. LYDON:  If possible.
4    MR. RYAN:  It was the Plaintiff's burden
5 to produce the doctors, to have the doctors
6 ready.  Otherwise they will be barred.  We are
7 here today.  It's not even two hours, and the
8 doctor's got to go.
9    THE WITNESS:  That's not correct.  It is
10 more than two hours.
11    MR. RYAN:  Okay.
12    THE WITNESS:  It's two hours and 40
13 minutes, 46 minutes.
14    MR. LYDON:  Let's not -- We can't get
15 into an argument about this.  How long have we
16 been going?
17    THE VIDEOGRAPHER:  The actual record
18 time, not including breaks or anything, has been
19 one hour and 51 minutes.
20    MR. LYDON:  And there's been one break of
21 about 10 minutes.
22    THE WITNESS:  Well, we started -- We were
23 supposed to start at 1:00 o'clock.  And I waited
24 here since about 12:30.  And first of all, you

24  (Pages 90 to 93)

Syed Hasanain
February 25, 2015

Page 94

 1 guys came late.  And then my impression was,
 2 okay, well, 1:00 o'clock to 3:00 or 3:30.  But
 3 now it looks like it's going to take forever.  So
 4 in that situation, no.  I can't --
 5         MR. LYDON:  I'm not here to, like, point
 6 fingers.  I'm just making a record of the fact
 7 that you have to leave and we're not finished
 8 with the dep.  That's all I'm doing.
 9         MR. WOOTEN:  And from the Plaintiff's
10 perspective, I understood that we were going to
11 take a three-hour deposition.  Obviously, as the
12 doctor noted, we did start late.  That's
13 obviously, I think, beyond you guys control.  You
14 said you got stuck behind a train, and you were
15 10 or 15 minutes late.  And, you know, you can't
16 affect --
17         I've tried to limit my objections.
18 I've only made one on the record.  Some of the
19 questioning is a little bit redundant.  I
20 understand the reason why.
21         One of the points of contention seem
22 to be whether or not the Doctor has specifically
23 mentioned stress in his records.  I've said that
24 I don't see that term in his office records.  I

Page 95

 1 think the Doctor has said that he doesn't know if
 2 it's in there, but he hasn't looked all the way
 3 through the records.
 4         I think I'm willing to stipulate that
 5 I don't see the term, "stress," as an aggravated
 6 factor listed in his records.  I think the Doctor
 7 has said that he would look to the family or
 8 primary physician to make that sort of record.
 9         I also understand Judge Durkin's
10 concerns about us putting up the doctors and
11 we've arranged the deposition and got the doctor
12 here.
13         Quite honestly, I've never taken a
14 two-hour doctor deposition of a treating
15 physician case.
16         MR. LYDON:  All right.  Well, first of
17 all, if you're going to start throwing barbs back
18 saying --
19         MR. WOOTEN:  No, I'm not trying to throw
20 barbs.
21         MR. LYDON:  -- that I'm being redundant
22 and I'm taking too long of a deposition, number
23 one, Alena Hammer has a very significant medical
24 history.  There were a lot of medical problems.

Page 96

 1         And No. 2, I have come onto this case
 2 and was given paperwork to prepare for the
 3 deposition.  As far as never having seen stuff
 4 before, I have never seen a more vague and empty
 5 disclosure, Rule 26 disclosure, in my years of
 6 practice which basically gave me nothing from
 7 which I can derive what the subject matter of
 8 Dr. Hasanain's testimony would be or his
 9 opinions.  Nor would some of the opinions that
10 have come out here in the deposition -- It's the
11 first time I'm hearing them because there's no
12 evidence or documentation in his records.  So
13 pardon me if I'm being redundant or taking too
14 long.
15         MR. WOOTEN:  Well, let me just say this.
16 Let me --
17         MR. LYDON:  That was not the point of
18 making the record in the first place.  The point
19 of making --
20         MR. WOOTEN:  Let me say this.
21         MR. LYDON:  I haven't finished.
22         MR. WOOTEN:  Go ahead.
23         MR. LYDON:  The point was, and I wasn't
24 throwing barbs, was that I had significant

Page 97

 1 questioning to do, and the Doctor said he
 2 couldn't stay.  And I'm not pointing fingers, but
 3 to the extent that that was a comment about us,
 4 as an attorney, I had to respond.
 5         MR. WOOTEN:  And Jim, we've never dealt
 6 with each other before.  I'm not trying to throw
 7 a barb.  As I told John, he knows this, I've
 8 never met with Dr. Hasanain.  This is the first
 9 time I'm hearing his testimony.
10         MR. LYDON:  Well, why not?  I mean, if
11 this is a significant component of your case, why
12 wouldn't you have met with the doctors before you
13 filed suit?  Why wouldn't you have had a record
14 before you filed suit?  Because either that --
15 That's the issue I have with the disclosure which
16 basically told me nothing.
17         So I'm not going to be forced into a
18 situation where, oh, come on, hurry up and take
19 your dep where I'm hearing opinions for the first
20 time.
21         MR. WOOTEN:  As I told Judge Durkin, we
22 are all hearing opinions for the first time.  I
23 will tell you that I tried to reach out to
24 Dr. Hasanain.  Dr. Hasanain instructed me that he

25 (Pages 94 to 97)

Syed Hasanain
February 25, 2015

## Page 98

1    did not feel comfortable talking to the attorneys
2    because he was under subpoena.  So that's the
3    only conversation I had, and that was less than
4    two minutes.  So I didn't know what he was going
5    to say before we got here.  We are hearing it all
6    for the first time right along with you.
7         MR. LYDON:  All right.  We will
8    reschedule.
9         THE WITNESS:  All right.  So you will
10   inform me?
11        MR. WOOTEN:  We'll have to.
12        MR. LYDON:  I can't have direct
13   communications with you.  It will have to be
14   through Plaintiff's attorneys.
15        THE WITNESS:  Whoever.
16        MR. WOOTEN:  Well, he won't talk to us so
17   that's kind of hard to --
18        MR. LYDON:  Can you talk to Alena's
19   attorneys, or do you want to talk to Alena?
20        THE WITNESS:  You know, I don't represent
21   -- I'm not an expert witness for either Alena or
22   you or them.  I am just completely unbiased and
23   neutral in this, whatever.  And so that's why --
24   But in terms of timing, you can talk to my staff.

## Page 99

1    Anyone can call and say, well, is this time
2    reasonable?  And we can agree on a time.  So
3    that's all.
4         If you have a deadline on Monday and
5    you want to come here on the weekend, that's fine
6    with me.  I will do whatever the Court orders.  I
7    can do any time, but as long I know, roughly --
8    You know, I have other obligations.  It's not
9    that this is the only thing I have to do today.
10   Three hours.  It's going to be three hours in
11   about 10 or 15 minutes -- and I have been more
12   than that, almost since 12:30.
13        I usually expect in these matters
14   that the attorneys are there at least a half an
15   hour earlier, and we always get started on time.
16   This is the very first time -- We didn't start
17   until almost 1:35 or so, I think.  So I'm not
18   used to that kind of thing.
19        If you would like to spend eight
20   hours, let me know ahead of time and I will make
21   time for it.
22        MR. LYDON:  Thank you, Doctor.  That's
23   all.
24        THE VIDEOGRAPHER:  This will conclude for

## Page 100

1    today's date.  This ends Tape No. 2 of the
2    deposition of Dr. Syed J. Hasanain for today's
3    date.  The time is 3:53 p.m.
4
5         (WHEREUPON, the deposition was
6    continued sine die.)
7         --oOo--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 101

1    STATE OF ILLINOIS  )
                         )  SS.
2    COUNTY OF COOK    )
3
4         I, DONNA O'CONNOR, a certified shorthand
5    reporter in the State of Illinois, do hereby
6    certify that SYED J. HASANAIN, M. D., was by me
7    first duly sworn to testify to the truth, and
8    that the above matter was recorded
9    stenographically by me and reduced to
10   Computer-Aided Transcription.
11        I FURTHER CERTIFY that the foregoing
12   transcript is a true, correct and complete
13   transcript of the testimony given by the said
14   witness at the time and place specified before.
15        I FURTHER CERTIFY that I am not a relative
16   or employee of any of the parties, nor a relative
17   or employee of the attorneys of record, or
18   financially interested directly or indirectly in
19   this action.
20        IN WITNESS WHEREOF, I have hereunto set my
21   verified digital signature on this 27th day of
22   February, 2015.
23
24        _____

26 (Pages 98 to 101)

Syed Hasanain
March 27, 2015

Page 102

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


ALENA W. HAMMER,                    )

       Plaintiff,            )

    vs.                             )   No. 13 C 6397

RESIDENTIAL CREDIT                  )

SOLUTIONS, INC.,                    )

       Defendant.            )


      The continued videotaped deposition of

SYED J. HASANAIN, M.D., called as a witness for

examination, taken pursuant to the Federal Rules of

Civil Procedure of the United States District Courts

pertaining to the taking of depositions, taken

before KAREN M. SALGADO, a Certified Shorthand

Reporter of said state, at Suite 309, 675 West North

Avenue, Melrose Park, Illinois, on the 27th day of

March, A.D. 2015, at approximately 1:12 p.m.

Syed Hasanain
March 27, 2015

## Page 103

1 PRESENT:
2    SULAIMAN LAW GROUP, LTD.,
     (900 Jorie Boulevard, Suite 150
3    Oak Brook, Illinois  60523
     (630) 575-8181), by:
4    MR. ROSS MICHAEL ZAMBON,
     rzambon@sulaimanlaw.com,
5       appeared on behalf of the Plaintiff;
6    OFFICE OF NICK WOOTEN, LLC,
     P.O. Box 3389
7    Auburn, Alabama  36831
     (334) 887-3000), by:
8    MR. NICK WOOTEN,
     nick@nickwooten.com,
9       appeared on behalf of the Plaintiff;
10   HINSHAW & CULBERTSON, LLP,
     (222 North LaSalle Street, Suite 300
11   Chicago, Illinois  60601
     (312) 704-3000), by:
12   MR. JAMES M. LYDON,
     jlydon@hinshawlaw.com,
13      appeared on behalf of the Defendant.
14 ALSO PRESENT:
15   MR. CRAIG SINNOTT, Videographer,
     Trialvision/Depovision, Ltd.
16   (312) 332-4288.
17
   REPORTED BY:  KAREN M. SALGADO, CSR
18       CSR No. 084-004456.
19
20
21
22
23
24

## Page 104

1            I N D E X
2  WITNESS              EXAMINATION
3  SYED J. HASANAIN, M.D.
4     By Mr. Lydon (Continued)       106
5     By Mr. Wooten                  171
6     By Mr. Lydon (Further)         177
7
8
9          E X H I B I T S
10 EXHIBIT            MARKED FOR ID
11 Nos. 9 and 10             105
12 Nos. 11 and 12            119
13 Nos. 13 through 15        136
14 Nos. 16 through 18        148
15 No. 19                    166
16 No. 20                    168
17
18
19
20
21
22
23
24

## Page 105

1      (WHEREUPON, certain documents were
2      marked Deposition Exhibit Nos. 9 and
3      10, for identification, as of
4      03-27-2015.)
5      THE VIDEOGRAPHER:  We are going on the video
6  record.  My name is Craig Sinnott.  I'm a video
7  technician for Depovision, located at 77 West
8  Washington Street, Chicago, Illinois.  The date is
9  March 27, 2015, and the time is 1:12 p.m.
10     We are present here today at 675 West
11 North Avenue, Melrose Park, Illinois, with reference
12 to the case entitled Alena W. Hammer versus
13 Residential Credit Solutions and Company pending in
14 the United States District Court for the Northern
15 District of Illinois, Eastern Division, bearing Case
16 No. 113 CV 6397.  The witness is Dr. Syed J.
17 Hasanain, and audiovisual recording of this
18 deposition is at the request of the plaintiff.
19     Will the attorneys please identify
20 themselves for the record?
21     THE WITNESS:  My name is Syed J. Hasanain.
22     MR. WOOTEN:  Nick Wooten and Ross Zambon for
23 Ms. Hammer.
24     MR. LYDON:  Jim Lydon on behalf of the

## Page 106

1  defendant.
2      THE VIDEOGRAPHER:  Would the court reporter
3  please identify herself and swear in the witness?
4      THE REPORTER:  Karen Salgado from U.S. Legal
5  Support.
6      Please raise your right hand.
7          (WHEREUPON, the witness was duly
8          sworn.)
9      MR. LYDON:  This is the continued deposition of
10 Dr. Hasanain.
11     If you could provide the doctor
12 Exhibit 9.  And you might as well give him
13 Exhibit 10 too.
14     MR. WOOTEN:  Jim, which -- which date is 9 and
15 which date is 10?
16     MR. LYDON:  9 is the '06.
17     MR. WOOTEN:  Okay.  All right.  I'm with you.
18         SYED J. HASANAIN, M.D.,
19 called as a witness herein, having been first duly
20 sworn, was examined and testified as follows:
21         EXAMINATION (Continued)
22 BY MR. LYDON:
23     Q.  Doctor, looking at Exhibits 9 and 10,
24 these are additional office records from you that we

US Legal Support
312-236-8352

Syed Hasanain
March 27, 2015

Page 107

1    received that were not part of the subpoena --
2    subpoenaed material I want to ask you about.
3        If you look at Exhibit 9, which is dated
4    August 23, 2006, do you see that?
5        A.   I do see it.
6        Q.   All right.  And that's your office record
7    for Alena Hammer on that date?
8        A.   Yes.  These are my office records.
9        Q.   Okay.  And if you look at the history,
10   maybe you could just read the top portion, the
11   history there?
12       A.   Yeah.  60-year-old white female with
13   history of atrial fibrillation for several years,
14   hypertension.  No history of diabetes.  History of
15   gout.  Possible MI in the early '40s, questionable.
16   History of swelling of legs.  Treated for CHF.
17   Surgery, three C-sections.  History of neuropathy,
18   numbness of the legs.
19       Family history:  Both parents have heart
20   problems.  Smoking, none.  Alcohol, socially.
21   Occupation, office work.  I think the rest is part
22   of the review of system.
23       Q.   Right.  You don't have to go into the
24   review of systems.

Page 108

1        A.   Okay.
2        Q.   I was just going into the history --
3        A.   All right.
4        Q.   -- at this point.
5            And you used the term, "CHF," and CHF is
6    the abbreviation for congestive heart failure,
7    correct?
8        A.   That's correct.
9        Q.   All right.  And when you use the term,
10   "possible MI," that's myocardial infarction,
11   correct?
12       A.   That's correct.
13       Q.   And otherwise known as a heart attack?
14       A.   That is correct.
15       Q.   But correct me if I'm wrong.  From your
16   prior testimony, you doubt that was the case because
17   there was no evidence of coronary artery disease?
18       A.   Yes, that's true.
19       Q.   If you look at -- under the vital signs,
20   Alena Hammer's blood pressure was 125 over 80; is
21   that correct?
22       A.   That's correct.
23       Q.   So her hypertension was under control?
24       A.   At that visit, yes.

Page 109

1        Q.   Can you give me an idea, what are the
2    blood pressure reading thresholds for hypertension?
3        A.   Generally, over 140 over 85 or so.
4        Q.   Okay.  And by 140, you're talking about
5    the systolic pressure?
6        A.   The systolic of 140, yes.
7        Q.   And the 85 is the diastolic, correct?
8        A.   That's correct.
9        Q.   And over 140 -- if it's over 140 over 85,
10   initially that would be stage 1 hypertension; is
11   that correct?
12       A.   That's -- that's -- staging is really
13   not -- we don't categorize it as various stages of
14   hypertension.  There are no stages per se.  And the
15   definition has changed many times over the past
16   several years as to what the hypertension is, but
17   any number above what I just mentioned would be
18   considered hypertension.
19       Q.   Okay.  There's no like category of
20   severity once a patient is hypertensive?
21       A.   Well, the severity would be if it's very,
22   very high, say over 200 over 120, then we -- we'll
23   call it malignant hypertension.  If despite
24   medications, blood pressure remains high, then we

Page 110

1    will call it refractory hypertension.
2            There are patients who blood pressure
3    would be high at one time and not so high at another
4    time, so those are the labile hypertension.  So
5    those are the terms rather than staging.
6        Q.   Okay.  When a patient is referred to as
7    having high blood pressure or elevated blood
8    pressure, that refers to systematic -- systemic
9    hypertension?
10       A.   Systemic hypertension.
11       Q.   Correct?
12       A.   That is correct.
13       Q.   And it's sometimes just called
14   hypertension, correct?
15       A.   Exactly.
16       Q.   Looking back at the -- your August 2006
17   record, under "General Appearance," it -- I was
18   trying to read what that says.
19           What does it say?  Looks like a WD.
20       A.   I'm sorry?
21       Q.   If you look at your -- under your
22   physical exam --
23       A.   Okay.
24       Q.   -- it says "General Appearance, WD."  I'm

3 (Pages 107 to 110)

Syed Hasanain
March 27, 2015

Page 111

1 wondering --
2     A.   Yeah, well developed, well nourished, WN.
3     Q.   Okay.
4     A.   It's an abbreviation.
5     Q.   Okay.  Your diagnosis in 2006 was
6 congestive heart failure and atrial fibrillation,
7 correct?
8     A.   That is correct.
9     Q.   If you go to the next exhibit, that's one
10 of your office records for Alena Hammer, and the
11 date is August 27, 2007?
12     A.   That's correct.
13     Q.   And looking at the history, similar to
14 your 2006 history as far as having atrial
15 fibrillation and congestive heart fail -- failure,
16 correct?
17     A.   That is true.
18     Q.   All right.  And additionally, it looks
19 like she was complaining of swelling in her legs and
20 complaining of dyspnea on exertion?
21     A.   That's true.
22     Q.   And those are symptoms of congestive
23 heart failure, correct?
24     A.   That's correct.

Page 112

1     Q.   All right.  And underneath those
2 complaints, what does that say?
3     A.   It says she's under severe stress.
4     Q.   And do you know why you charted that?
5     A.   It's been almost eight years, so I don't
6 recall why I put that.  She -- she was under some
7 sort of a stress, which she might have mentioned,
8 but I don't recall exactly what she told me at that
9 time.
10     Q.   And you don't know what the source of her
11 severe stress was back in 2007, correct?
12     A.   I know it now, but at that time did I
13 know it?  I can't recall that part.
14     Q.   Well, what do you know now about her
15 severe stress back in 2007?
16     A.   Well, obviously, undergoing all these
17 legal issues and so forth, and then I found out very
18 recently that -- home foreclosure proceedings,
19 et cetera, et cetera, so -- but did I know it at
20 that time?  Did she mention that part?  I don't
21 remember.
22     Q.   All right.  But now that you look at it,
23 you can see, looking at your record, when you wrote,
24 "severe stress," the source of that stress was legal

Page 113

1 problems and related to her mortgage foreclosure?
2     A.   I would not be able to answer that
3 because I cannot remember eight years ago what did
4 she mention, what was the source of stress.  I
5 really would not be able to say that.
6     Q.   Okay.  Well, I was just wondering because
7 you said that now you know what the source of her
8 severe stress was.
9     A.   Well, according to her, that this has
10 been going on for a long time, and it appears
11 that -- whether this was operative at that very
12 date, this what I don't know, but I know that -- now
13 I know it's been going on for several years.
14     Q.   Her blood pressure was, at this 2007
15 visit, 120 over 80; is that correct?
16     A.   That's correct.
17     Q.   So her blood pressure was under control,
18 correct?
19     A.   Yes.
20     Q.   Despite the severe stress she was
21 experiencing; is that correct?
22     A.   Yes.
23     Q.   And she was not hypertensive, correct?
24     A.   Not at that visit, no.

Page 114

1     Q.   And she did have symptoms of congestive
2 heart failure despite well-controlled hypertension,
3 correct?
4     A.   That is correct.
5     Q.   If you could go -- it's Exhibit 1.  This
6 was your chart we introduced at your first
7 deposition.  Sorry.
8     A.   Thank you.
9     Q.   I want to go to some of your recent
10 office records for Ms. Hammer.  If you could go to
11 Page 10, if you look at the bottom right-hand
12 corner.
13     A.   I'm looking --
14     Q.   This --
15     A.   -- at it.
16     Q.   This is your office record for Alena
17 Hammer's June 2007 (sic) 2013 visit; is that
18 correct?
19     A.   Yes.
20     Q.   And under the history, it indicates she's
21 complaining of worsening dyspnea, is that correct?
22     A.   Yes.
23     Q.   And again, dyspnea is shortness of breath
24 related to congestive heart failure; is that

4 (Pages 111 to 114)

Syed Hasanain
March 27, 2015

Page 115

1  correct?
2      A.   Dyspnea -- yes.  Dyspnea simply means
3  shortness of breath.  Could be from any reason.
4      Q.   And in Ms. Hammer's case, her shortness
5  of breath symptoms were from, at least in part, her
6  congestive heart failure, correct?
7      A.   That is correct, yes.
8      Q.   It could also be attributable to her
9  pulmonary hypertension, correct?
10     A.   Yes, that could also play a role.
11     Q.   It could also be attributable to her
12 chronic obstructive pulmonary disease too?
13     A.   Sure.
14     Q.   It says she's -- your record in the
15 history indicates that she's gained an extra 20
16 pounds; is that correct?
17     A.   Um-hm, yes, that's true.
18     Q.   And in Ms. Hammer's case, is that related
19 to her congestive heart failure?
20     A.   Yes, due to fluid retention.
21     Q.   So in this visit at least, she was
22 experiencing an aggravation of her symptoms related
23 to her congestive heart failure?
24     A.   That is correct.

Page 116

1      Q.   All right.  If you look at the vital
2  signs, her blood pressure was taken at this visit,
3  and it was 110 over 60; is that correct?
4      A.   Yes.
5      Q.   So her blood pressure was under control;
6  is that correct?
7      A.   Yes.
8      Q.   And she was not hypertensive at this
9  time, correct?
10     A.   No.
11     Q.   And yet she was still experiencing the
12 symptoms related to her congestive heart failure,
13 correct?
14     A.   That's correct.
15     Q.   And as far as her weight at this visit,
16 she was 264 pounds; is that correct?
17     A.   Yes.
18     Q.   At a height of 5, 5, correct?
19     A.   Yes.
20     Q.   And I don't know the exact BMI numbers,
21 but that would probably fall under the category of
22 morbid obesity; is that correct?
23     A.   Yes.
24     Q.   If you look at this June 2013 record, did

Page 117

1  you chart anywhere that she was experiencing any
2  stress or anxiety?
3      A.   No.
4      Q.   If you look at Page 7 of Exhibit 1 of
5  your office records.
6      A.   Okay.
7      Q.   So after Alena Hammer's June 2013 visit,
8  you next saw her on September 10, 2013?
9      A.   I'm looking at that progress note.
10     Q.   Right.  And I'm saying that was
11 subsequent to your -- to Alena Hammer's June 2013
12 visit that we just spoke about?
13     A.   I can't answer that.  I don't know if I
14 saw her -- was she hospitalized in between or I saw
15 her elsewhere.
16     Q.   In the office then.
17     A.   But in the office, yes, that was the next
18 visit, I believe.
19     Q.   And under the history of present illness,
20 does that say, "Breathing has worsened"?
21     A.   Yes.
22     Q.   Also experiencing leg swelling?
23     A.   It says, "Leg swelling about the same."
24     Q.   But it appears that the symptoms of her

Page 118

1  congestive heart failure and pulmonary hypertension
2  were worsening?
3      A.   Based on the breathing deteriorating, I
4  would say that's likely the case.
5      Q.   And you took her blood pressure at this
6  visit, correct?
7      A.   Yes.
8      Q.   And her hypertension was well under
9  control, correct?
10     A.   Yes.
11     Q.   110 over 60?
12     A.   That's correct.
13     Q.   And her weight was still high; is that
14 correct?
15     A.   Yes.
16     Q.   250 pounds?
17     A.   That's correct.
18     Q.   All right.  Is there any notation in this
19 office record of Alena Hammer experiencing any
20 stress or anxiety?
21     A.   No.
22     Q.   I'm going to show you -- we'll call this
23 Exhibit 11.  I'll give you Exhibit 12 too.
24     MR. LYDON:  This is 11.  I'm trying to fumble

5 (Pages 115 to 118)

Syed Hasanain
March 27, 2015

Page 119

1  around here. Can you pass that over? And this will
2  be 12.
3          (WHEREUPON, certain documents were
4          marked Deposition Exhibit Nos. 11
5          and 12, for identification, as of
6          03-27-2015.)
7  THE WITNESS: Thank you.
8  BY MR. LYDON:
9      Q. Exhibit 11 is a discharge summary from
10 Elmhurst Hospital for Alena Hammer; is that correct?
11     A. Yes, I believe so.
12     Q. And it -- this hospitalization, she was
13 admitted October 24, 2013 and was discharged
14 November 5, 2013; is that correct?
15     A. Admission date, October 24; discharge
16 date, November 5, 2013.
17     Q. So this was -- she was admitted a little
18 over a month after your September 2013 visit; is
19 that correct?
20     A. Yes, that's correct.
21     Q. All right. And on October, according to
22 this discharge summary -- strike that question.
23         This discharge summary was prepared by
24 Dr. Phillips; is that correct?

Page 120

1      A. Let me see who wrote this. Dictated --
2  dictating doctor, Ofelia Phillips, yes, that's --
3  that's correct.
4      Q. So Dr. Phillips was apparently Alena
5  Hammer's attending physician for this Elmhurst
6  hospitalization; is that correct?
7      A. Yes.
8      Q. All right. And going back to the first
9  page, the discharge summary indicates that Alena
10 Hammer was admitted on October 24, 2013 for
11 congestive heart failure exacerbation, correct?
12     A. Yes, that's what it says.
13     Q. And symptom wise, if you look at that
14 first page, she was experiencing severe exertional
15 dyspnea; is that correct?
16     A. I have to read this.
17     Q. If you look at the history of present
18 illness.
19     A. This 68-year-old female patient was
20 admitted to the hospital on October 24, 2013 for
21 management of acute CHF exacerbation and severe
22 exertional dyspnea, that's correct.
23     Q. And if you look at the hospital course
24 notes, it also appears that Alena Hammer was fluid

Page 121

1  overloaded; is that correct?
2      A. That's what it says here.
3      Q. All right. And again, the severe dyspnea
4  and the fluid overload were related to Alena
5  Hammer's preexisting congestive heart failure and
6  pulmonary hypertension?
7      A. I did not see her. I'm not on staff at
8  Elmhurst Hospital. So apparently, a different group
9  of cardiologists saw this patient, so I really would
10 not have any opinion as to what -- what the
11 reasoning and what transpired there.
12     Q. Well, you had seen her for a number of
13 years before --
14     A. Right.
15     Q. -- this October 2013 visit?
16     A. Well, that's correct. However, this
17 particular admission could be anything. I mean, I
18 can't speak for --
19     Q. So in your September 2013 visit, you can
20 attribute her dys -- dyspnea and fluid swelling to
21 congestive heart failure --
22     A. I -- I would assume --
23     Q. -- but --
24     A. -- that that was the likely scenario;

Page 122

1  however, one can never be sure. Whether additional
2  factors have happened for that, I would not have any
3  knowledge.
4      Q. Right. But as her treating cardiologist
5  in looking at this record, you can determine that
6  the symptoms that she were -- was experiencing, the
7  dyspnea and the fluid overload, were related to her
8  underlying congestive heart failure and pulmonary
9  hypertension, true?
10     A. I -- really, this is the first time -- I
11 mean, I may have seen it before, but just to refresh
12 my memory -- I have not read this -- let me read it.
13         The patient was found to be fluid
14 overloaded and started on aggressive diuretic
15 therapy. A nephrology consultation and cardiology
16 consultation was called.
17         So whether at this point her kidneys were
18 failing and that's why a nephrology consultation,
19 again, I don't have the various labs here. Maybe
20 it's on the second page. I'll read that.
21     Q. Well, look at the discharge diagnosis.
22 The first two discharge diagnoses on the first page
23 are acute --
24     A. The discharge diagnosis.

6 (Pages 119 to 122)

Syed Hasanain
March 27, 2015

Page 123

1     Q.   Wait.  The first two diagnoses on the
2  first page are acute chronic diastolic heart failure
3  and pulmonary hypertension.
4        Do you see those?
5     A.   Yeah, I see that.
6     Q.   All right.  So are you saying in looking
7  at this record that you can't determine whether the
8  symptoms she was experiencing, the dyspnea and the
9  fluid overload, were related to her congestive heart
10  failure and pulmonary hypertension?
11     A.   Well, there's another factor.  No. 3,
12  chronic kidney disease, now it's stage III, which is
13  fairly advanced kidney problem, so that itself can
14  cause, but it could be any of those.  I'm not
15  arguing that -- which one was dominant factor.
16        I'm just saying I did not see the patient
17  and, based on someone else diagnosis, whether, A, I
18  don't know if these are correct diagnosis, but
19  chronic kidney disease stage III can by itself also
20  cause fluid retention.  So either way, these things
21  are possible, and very likely it was exacerbation of
22  heart failure and pulmonary hypertension.
23     Q.   Okay.  So if you look at the description
24  in the hospital course on the first page there, is

Page 124

1  there any mention of Alena Hammer being admitted or
2  having uncontrolled hypertension or elevated blood
3  pressure?
4     A.   Let me read it.  Patient was found to be
5  fluid overloaded.  She was started on aggressive
6  diuretic therapy.  Nephrology consults and
7  cardiology consults was called.  She was closely
8  monitored.  It was noted that the patient is
9  bleeding per rectum and her blood counts have been
10  significantly decreased, requiring blood
11  transfusion.
12        At this point a GI consult was called.
13  Patient was prepped.  An EGD and colonoscopy was
14  done which revealed large bleeding hemorrhoids but
15  no polyps, tumors or ulcers.  A surgical
16  consultation was called.  Patient underwent
17  hemorrhoidal surgery.  She did well postoperatively.
18  Her blood counts stabilized.  She received loading
19  doses of iron as well as vitamins.
20        Patient's condition stabilized.  She lost
21  in excess of 10 pounds during this admission.  Her
22  exertional dyspnea improved significantly as well as
23  the mobility of the patient.  It was found that the
24  patient could be discharged home in a stable

Page 125

1  condition on November 5, 2013.
2     Q.   So in answering my question, is there any
3  mention of Alena Hammer being admitted or having
4  uncontrolled hypertension or elevated blood
5  pressure?
6     A.   Not in this discharge summary, that does
7  not say that.
8     Q.   And in the discharge diagnosis, there's
9  no mention of uncontrolled hypertension, correct?
10     A.   I don't see it.
11     Q.   And in the hospital course and discharge
12  diagnosis, there's no mention of psychological
13  stress or anxiety; is that correct?
14     A.   It's not written here.
15     Q.   Yet it appears very likely she was having
16  an aggravation of her congestive heart failure and
17  pulmonary hypertension, correct?
18     A.   That's correct.
19     Q.   If you look at the -- I think we're at --
20  is it Exhibit 12?
21        This was -- if you look at it, does this
22  appear to be the initial cardiology consult when she
23  was admitted on October 24, 2013 to Elmhurst?
24     A.   This is --

Page 126

1     Q.   If you look at the first page where it
2  says, "Cardiology Consult."
3     A.   I see -- exactly.  I see that.  I'm just
4  trying to see who the author of this report is.
5  Okay.  I see it.  Dr. Serajian dictating.
6     Q.   Okay.  So this was a cardiologist report
7  when she was admitted to Elmhurst Hospital on
8  October 24, 2013, correct?
9     A.   Correct.
10     Q.   All right.  And in the history, on the
11  very first page, does it say anything about Alena
12  Hammer being admitted with elevated blood pressure
13  or aggravated hypertension?
14     A.   I have to read it.  I have not --
15     Q.   And you don't have to read it out loud.
16  If you could just read it in silence and then --
17     A.   Sure.
18     Q.   -- answer.
19     A.   I'm sorry.  What was the question?
20     Q.   In the initial history taken from the
21  cardiologist, there's no mention about Alena Hammer
22  having elevated blood pressure or aggravated
23  hypertension; is that correct?
24     A.   I don't see that.

7 (Pages 123 to 126)

Syed Hasanain
March 27, 2015

Page 127

1    Q.   All right.  And the reason for the
2  cardiologist consultation as it states right here
3  was congestive heart failure, correct?
4    A.   That's correct.
5    Q.   And she was experiencing weight gain and
6  shortness of breath on minimal activity, correct?
7  From the paragraph you just read.
8    A.   I believe it said that she gained 30
9  pounds since she was discharged from Gottlieb
10  Hospital.  So apparently, there was a recent
11  admission at Gottlieb Hospital, and then she's
12  gained 30 pounds and also decreased appetite as well
13  as shortness of breath on minimal exertion.  So
14  symptoms are clearly worse.
15    Q.   Right.  And those symptoms are related to
16  Alena Hammer's preexisting congestive heart failure
17  and pulmonary hypertension, correct?
18    A.   Very likely.
19    Q.   If you look at Page 2 of this cardiology
20  consult, when she was admitted, the cardiologist
21  performed a physical examination, correct?
22    A.   I -- I've not gotten to that.
23    Q.   Page 2.  Second page of the consult at
24  the --

Page 128

1    A.   Yes, I see the physical examination.
2    Q.   All right.  And the cardiologist took her
3  blood pressure.  It was 112 over 75; is that
4  correct?
5    A.   That's what was recorded.
6    Q.   So her hypertension was well under
7  control, correct?
8    A.   I would say it was -- it was a normal
9  blood pressure at that moment.
10    Q.   It says her weight is 120.2 kilograms; is
11  that correct?
12    A.   I -- I have to see that.  I don't know
13  where.
14    Q.   It's right below the normal blood
15  pressure.
16    A.   Blood pressure is 112 over 75.
17    Q.   And then the next is general.
18    A.   It says, "Afebrile, pulse of 62."
19    Q.   Next -- next par -- next sentence down.
20    A.   General, yes.  Patient is in no acute
21  distress.  Her weight is 120.2 kilograms.
22    Q.   And that's -- do you know how to convert
23  that to pounds?
24    A.   Yeah.  You multiply by 2.2.

Page 129

1    Q.   About 260 pounds; is that correct?
2    A.   I would -- I would say I need a
3  calculator to calculate.
4    Q.   You can tell looking at it, it --
5    A.   It's about 240 plus -- it's 240 something
6  I would say, roughly.
7    Q.   All right.  And the patient was in no
8  acute distress; is that correct?
9    A.   Yes, she was in no acute distress.
10    Q.   And if you look at the primary -- the
11  impression of the cardiologist when she was
12  admitted.
13    A.   Impression, yes, I'm looking at it.
14    Q.   And just to summarize, it appears that it
15  was his impression she was having an aggravation of
16  congestive heart failure and pulmonary hypertension.
17  And you don't have to read it out loud.  Just tell
18  me if I'm correct after you --
19    A.   Well, his first impression was that she
20  has left ventricular diastolic and right ventricular
21  systolic failure, essentially congestive heart
22  failure, with moderate pulmonary hypertension, and
23  he believed that this is probably secondary to
24  pulmonary hypertension.  He's suspecting obstructive

Page 130

1  sleep apnea and also C02 retention.  That's his
2  first impression.
3    Q.   All right.  So his first impression is
4  she was having an aggravation of her congestive
5  heart failure and her pulmonary hypertension; is
6  that correct?
7    A.   Correct.
8    Q.   And the obstructed -- he suspected
9  obstructive sleep apnea.
10       That would be related to Ms. Hammer's
11  obesity, correct?
12    A.   Not necessarily, but it can be.  You can
13  have obstructive sleep apnea without obesity.
14    Q.   In Ms. Hammer's case, do you believe her
15  obstructive sleep apnea --
16    A.   In her case, yes, it's probably due to
17  obesity.
18    Q.   So on October 24, 2013, when she was
19  admitted to the hospital for an exacerbation of her
20  congestive heart failure and pulmonary hypertension,
21  she was experiencing symptoms related to those
22  diseases without elevated blood pressure or
23  aggravated systemic hypertension, correct?
24    A.   Again, I do not have all the hospital

8 (Pages 127 to 130)

Syed Hasanain
March 27, 2015

Page 131

1   records and notes to say what the blood pressure
2   readings was, but the time he examined, the blood
3   pressure is recorded as normal.
4       Q.   And he took her blood pressure on the day
5   she was admitted, correct?
6       A.   I have no idea if he took it himself or
7   he's recording what the pressure taken by a nurse
8   prior to his seeing, so I have no knowledge of that.
9       Q.   Well, regardless, his cardiology report
10  from October 24, 2013, the day she was admitted,
11  indicates her blood pressure was 112 over 75?
12      A.   That's correct.
13      Q.   If you can go back to your office record,
14  Exhibit 1.
15      A.   Okay.
16      Q.   Go to Page 6.
17      A.   Page 6, yes.
18      Q.   This is your office record for Alena
19  Hammer's November 19, 2013 visit; is that correct?
20      A.   Yes, that's correct.
21      Q.   About two weeks after she had been
22  discharged from Elmhurst Hospital; is that correct?
23      A.   That's correct.
24      Q.   And you were seeing her for follow-up for

Page 132

1   severe diastolic congestive heart failure and
2   pulmonary hypertension?
3       A.   That's correct.
4       Q.   She had -- to summarize what you have
5   written here, she'd improved, but she was still
6   complaining of dyspnea on exertion or shortness of
7   breath?
8       A.   Yes.
9       Q.   If you look at her vitals, her blood
10  pressure was 110 over 60; is that correct?
11      A.   That's correct.
12      Q.   Well-controlled blood pressure?
13      A.   Yes.  It was normal at that time.
14      Q.   And her weight was still high; is that
15  correct?
16      A.   Her weight is recorded that day as 252
17  pounds.
18      Q.   And her BMI is 41.9; is that correct?
19      A.   That's correct.
20      Q.   And BMI is your body --
21      A.   Mass index.
22      Q.   -- mass index, right?
23      A.   Yes.
24      Q.   And 41.9 would be in the category of

Page 133

1   morbid obesity; is that correct?
2       A.   That's true.
3       Q.   And you noted in this record upon
4   examination that Ms. Hammer was in no acute
5   distress; is that correct?
6       A.   During her physical exam, yes, she was in
7   no acute distress.
8       Q.   And there are no notes of any complaints
9   of psychological stress or anxiety; is that correct?
10      A.   Not written here, no.
11      Q.   If you go to the page before it, Page 5
12  of Exhibit 1.
13      A.   Okay.
14      Q.   It looks like the next time you saw her
15  was February 20, 2014?
16      A.   This is -- Page 5 is for December 22,
17  2014, I think.
18      Q.   That's when you signed it.  Look when you
19  saw her.
20      A.   Seen on -- I'm sorry.  Seen on, yes,
21  Thursday, February 20, 2014.
22      Q.   So this was about three months after the
23  November --
24      A.   Right.

Page 134

1       Q.   -- 2013 visit --
2       A.   Right.
3       Q.   -- right?
4       A.   Correct.
5       Q.   And in this February 2014 visit, it looks
6   like Ms. Hammer wasn't doing very well, correct?
7       A.   At this time she was complaining of
8   worsening of shortness of breath and weight gain.
9       Q.   And she also --
10      A.   And swelling of legs.
11      Q.   -- she also had swelling, correct?
12      A.   That's right.
13      Q.   Edema, correct?
14      A.   Right.
15      Q.   Those are all -- the dyspnea, the weight
16  gain, and the edema in -- in Ms. Hammer's case were
17  all symptoms of her congestive heart failure?
18      A.   That's correct.
19      Q.   And pulmonary hypertension, correct?
20      A.   Yes.
21      Q.   And it appears that her congestive heart
22  failure and pulmonary hypertension were aggravated,
23  correct?
24      A.   Yeah.  That would be one of the reasons.

9 (Pages 131 to 134)

Syed Hasanain
March 27, 2015

Page 135

1    Again, one of the -- another thing could be also
2    additional factor of kidney problems.
3        Q.   Right.
4            If you look at her vitals, her blood
5    pressure at this no -- February 2014 visit was 120
6    over 70, correct?
7        A.   That's correct.
8        Q.   Normal, correct?
9        A.   That blood pressure was normal.
10       Q.   Her weight was up to 270; is that
11   correct?
12       A.   Yes.
13       Q.   And her BMI was now 44.9; is that
14   correct?
15       A.   Yes.
16       Q.   Morbid obesity, correct?
17       A.   That -- that is correct.  However, a lot
18   of this weight is water, so I don't know if we just
19   call everything morbid obesity because a massive
20   amount of fluid gain can do that, that type of
21   weight change, but she -- she was obese to begin
22   with.
23       Q.   Your impression was worsening chronic
24   diastolic heart failure, correct?

Page 136

1        A.   That's correct.
2        Q.   And this was despite the fact that her
3    blood pressure was well under control, correct?
4        A.   Yes.
5        Q.   If you look -- actually, I'm going to
6    show you another exhibit.
7            Actually, you still have the record in
8    front of you from February of 2014.  Is there any
9    notation in there about Ms. Hammer experiencing
10   psychological stress or anxiety?
11       A.   No.
12       MR. LYDON:  I think we're on 13.  It will be
13   13, 14 and 15.
14           (WHEREUPON, certain documents were
15            marked Deposition Exhibit Nos. 13
16            through 15, for identification, as
17            of 03-27-2015.)
18   BY MR. LYDON:
19       Q.   Doctor, looking at Exhibit 13, this is a
20   Loyola Hospital record from March 17, 2014?
21       A.   This -- the date here is March 17, that's
22   correct.
23       Q.   She came to the emergency room?
24       A.   Yes.

Page 137

1        Q.   And this was about a month after your
2    February 2014 visit where Ms. Hammer's symptoms were
3    worsening, correct?
4        A.   Yes.
5        Q.   And among Alena Hammer's complaints was
6    the fact that she was experiencing shortness of
7    breath; is that correct?
8        A.   Once again, I have not even seen these
9    records before, so --
10       Q.   I understand.  But if you -- when she
11   first arrived, looking at the -- just the very top
12   portion of this ED admission, Ms. Hammer was
13   complaining of shortness of breath?
14       A.   Arrival, walked in, loss -- arrival
15   complaint, doctor referral; loss of hearing in right
16   ear; shortness of breath even with oxygen.
17       Q.   And right below that, you see the chief
18   complaints, correct?
19       A.   Chief complaint, multiple complaints.
20   Complained of BLE edema, weeping.  Worsening
21   shortness of breath, hearing loss suddenly to right
22   ear two days ago.  Call primary care physician and
23   told to come to emergency department.
24       Q.   And looking at this record, considering

Page 138

1    you had just seen her for similar complaints, you
2    can tell that the shortness of breath and the edema
3    were related to Ms. Hammer's underlying congestive
4    heart failure and pulmonary hypertension, which was
5    worsening; is that correct?
6        A.   Yes.
7        Q.   If you look at the next page of that
8    record, do you see towards the bottom there was a
9    history and physical performed by the emergency room
10   doctor, Dr. Lew?
11       A.   There's a history of present illness.
12       Q.   What page are you looking at, at the
13   bottom right-hand corner?
14       A.   Page 1039.
15       Q.   All right.  Do you see the bottom half of
16   that record right there?
17       A.   History and physical by George Lew.
18       Q.   Okay.  And this was performed when she
19   was admitted on March 17, 2014, correct?
20       A.   This -- March 18.
21       Q.   Note time?
22       A.   I'm sorry.  Version 3/17 at 2355, so
23   probably that was the time that she was seen.  Seen
24   immediately upon assigning to the patient.  Yes, I'm

10 (Pages 135 to 138)

Syed Hasanain
March 27, 2015

Page 139

1  looking at it.
2      Q.   So this was the emergency room doctor
3  that saw her when she came to the emergency room,
4  correct?
5      A.   I believe so.
6      Q.   And this is his note of his history and
7  physical, correct?
8      A.   Yes.
9      Q.   All right.  It says in his history of
10 present illness that Alena Hammer had been sent by
11 her primary care physician; is that correct?
12     A.   Let me see.  Yes, that she was sent there
13 by her primary care physician.
14     Q.   That's Dr. Phillips, correct?
15     A.   Yes.
16     Q.   And if you look at the history, the
17 doctor noted that she had progressive DOE; is that
18 correct?
19     A.   Patient with about a week of progressive
20 dyspnea on exertion.
21     Q.   And that is a symptom related to her
22 congestive heart failure and pulmonary hypertension,
23 correct?
24     A.   Again, I would be assuming.  I didn't see

Page 140

1  her.  I'm going by different people's history and
2  physical, but I -- that would be the most likely
3  scenario again.
4      Q.   And it looks like Dr. Phillips wanted
5  Alena Hammer admitted because of her worsening
6  symptoms, correct?
7      A.   Again, I have --
8      Q.   Just read the -- if you could read to
9  yourself the history of present illness.
10     A.   Yeah.  I do recall, after I saw her and
11 she was worsening, I sent her to pulmonary
12 hypertension clinic at Loyola, and we were making
13 arrangement to start her on certain special drugs
14 for pulmonary hypertension, and they can only be
15 given at certain institution like Loyola.  And
16 that's what I discussed with Dr. Phillips, told her
17 that if she gets any worse that she should be sent
18 to Loyola.
19     Q.   Okay.  And so Alena Hammer's congestive
20 heart failure and pulmonary hypertension symptoms
21 did get worse apparently from this history?
22     A.   Yes.
23     Q.   All right.  Look at the next page.
24     A.   That's Page 1040?

Page 141

1      Q.   1040, right.
2      A.   Okay.
3      Q.   The doctor -- emergency room doctor
4  performed a physical examination, correct?
5      A.   I would -- yes, it's here.
6      Q.   He took her blood pressure, and it was
7  120 over 60; is that correct?
8      A.   That's correct.
9      Q.   So despite the fact that Ms. Hammer's
10 congestive heart failure and pulmonary hypertension
11 symptoms were worsening, her blood pressure was
12 under control, correct?
13     A.   That's correct.
14     Q.   If you look at 14, it's the -- put that
15 one aside.  The next one you have should be 14.
16     A.   Oh, okay.  I have it.
17     Q.   This is a record from the same
18 hospitalization, is that correct, at Loyola?
19     A.   This one is for admission date of
20 3/17/2004 (sic) and discharge date of 3/23/2014.
21     Q.   Right.  The same hospital admission that
22 we just spoke about in --
23     A.   Yes.
24     Q.   -- the last exhibit, correct?

Page 142

1      A.   That's correct.
2      Q.   All right.  And at the bottom, there is a
3  cardiac consult note, correct?
4      A.   I'm sorry.  Bottom of which page?
5      Q.   The bottom of -- it says 1073.
6      A.   Page 1?  Oh, okay.
7      Q.   1073.
8      A.   I see it, yes.  Cardiology service admit
9  H&P.
10     Q.   And the cardiologist saw Ms. Hammer the
11 next day, March 18, correct?
12     A.   The date of this consult, yes, it's 3/18.
13     Q.   And looking at the history taken from the
14 cardiologist, if you could just read it silently to
15 yourself, but I want you to tell me after you do
16 whether the cardiologist noted anything about
17 Ms. Hammer having elevated blood pressure or
18 aggravated hypertension.
19          You turned the page there.  I think it
20 was all just -- I just wanted you to look at the
21 history.
22     A.   I -- I -- yes, I went to the history.
23     Q.   All right.  And there's nothing about
24 Alena Hammer coming to the hospital with elevated

11 (Pages 139 to 142)

Syed Hasanain
March 27, 2015

Page 143

1 blood pressure, correct?
2 A. No, that's not mentioned.
3 Q. All right. And it does mention that she
4 had the symptoms of shortness of breath and weight
5 gain, correct?
6 A. That's correct.
7 Q. And those are symptoms indicating that
8 Ms. Hammer's congestive heart failure and pulmonary
9 hypertension were worsening, correct?
10 A. Yes.
11 Q. If you could go to page -- the fourth
12 page of the cardiologist's examination, I think at
13 the bottom, it says 1076.
14 A. 1076? Yes. Okay.
15 Q. The cardiologist has -- has noted
16 Ms. Hammer's vital signs since she had been admitted
17 to the hospital?
18 A. Yes, I see them.
19 Q. There's four blood pressure readings,
20 correct?
21 A. That's correct.
22 Q. All four of those readings from March 17
23 and March 18 of 2014 were within normal limits?
24 A. That's correct.

Page 144

1 Q. Do you see that the cardiologist also
2 notes that Ms. Hammer is obese; is that correct? He
3 has it in bold letters?
4 A. Yes.
5 Q. If you go to Page 7 of this record,
6 that's 1079 at the bottom.
7 A. 1079. I'm looking at it.
8 Q. The cardiologist's conclusion and
9 assessment was that Ms. Hammer was experiencing an
10 exacerbation of her congestive heart failure,
11 diastolic heart failure and pulmonary hypertension,
12 correct?
13 A. Assessment and plan, worsening dyspnea,
14 etiology likely progression of the disease. Patient
15 with known diastolic dysfunction, and then diastolic
16 CHF, and then pulmonary hypertension. Basically,
17 he's saying that's the progression of the disease.
18 Q. Right. She was experiencing an
19 exacerbation of her diastolic heart failure and
20 pulmonary hypertension despite normal blood
21 pressures?
22 A. Yes.
23 Q. If you look at the last record we have --
24 is that 15 -- this is the Loyola discharge summary

Page 145

1 for this hospitalization, dated March 23, 2014.
2 A. Hospital discharge summary, yes.
3 Q. If you look at the -- the summary of
4 admission status and hospital course down at the
5 bottom, do you see that?
6 A. I --
7 Q. And you --
8 A. I am looking at it.
9 Q. You may need a second to read it. Go
10 ahead.
11 A. Okay.
12 Q. Silently. And we'll -- I'll have a
13 question about that.
14 A. I've read that.
15 Q. Okay. Well, first, it doesn't say
16 anything about the patient having elevated blood
17 pressures, aggravated -- or aggravated systemic
18 hypertension?
19 A. No, it doesn't.
20 Q. And it does note that there were findings
21 of elevated pressures inside the heart and the
22 pulmonary arteries, correct?
23 A. That's correct.
24 Q. And the -- those are -- those increased

Page 146

1 pressures in the heart and in the lungs are from her
2 congestive heart failure and pulmonary hypertension,
3 correct?
4 A. That's correct.
5 Q. And despite those increased pressures in
6 the heart and the lungs, her blood pressure readings
7 were normal for --
8 A. Yes.
9 Q. And her systemic hypertension was not
10 aggravated, correct?
11 A. That's correct.
12 Q. And, in fact, if you look at the next
13 page, there's some additional blood pressure
14 readings from this hospitalization up at the top,
15 correct?
16 A. Yes.
17 Q. Four more?
18 A. Yes. I'm looking at those.
19 Q. From March 22 and March 23, 2014?
20 A. Yes.
21 Q. So at the time they were finding these
22 increased pressures in the heart and the lungs, her
23 blood pressure was within normal limits, correct?
24 A. Yes.

12 (Pages 143 to 146)

Syed Hasanain
March 27, 2015

Page 147

1     Q.   And despite having normal blood
2   pressures, her congestive heart failure and
3   pulmonary hypertension had been aggravated, correct?
4     A.   Yes.
5     Q.   Is it fair to say in looking at this
6   discharge summary that something other than high
7   blood pressure or systematic hypertension was
8   exacerbating her cardiac conditions?
9     A.   Yes, that's very true.
10    Q.   And just one more hospitalization that I
11  want to show you.
12         (WHEREUPON, there was a short
13         interruption.)
14    MR. LYDON:  Do you want to go off the record
15  for a second, Doctor?
16    THE WITNESS:  Yes, just for a second.
17    MR. LYDON:  Okay.
18    THE VIDEOGRAPHER:  We're going -- we're going
19  off the record at 2:08 p.m.
20         (WHEREUPON, a short break was
21         taken.)
22
23
24

Page 148

1          (WHEREUPON, certain documents were
2          marked Deposition Exhibit Nos. 16
3          through 18, for identification, as
4          of 03-27-2015.)
5     THE VIDEOGRAPHER:  We're going back on the
6   record at 2:12 p.m.
7   BY MR. LYDON:
8     Q.   Doctor, looking at Exhibit 16, this
9   appears to be a Loyola Hospital record for April 1,
10  2014?
11    A.   This says April 1, that's correct.
12    Q.   And she was seen by a doctor for a
13  post-hospitalization follow-up; is that correct?
14    A.   I have to --
15    Q.   Look towards the bottom where it says,
16  "Reason for visit."
17    A.   Reason for visit, yes,
18  post-hospitalization follow-up for pulmonary
19  hypertension.
20    Q.   And if you look at the history of her
21  present illness, and you can -- it's not that long.
22  It's about a paragraph.  It ends on the next page.
23  Take a look at that, and I'll ask you a couple
24  questions.

Page 149

1     A.   Okay.
2          Yeah, I read that.
3     Q.   Okay.  It looks like she was still
4   experiencing some shortness of breath and swelling;
5   is that correct?
6     A.   That's correct.
7     Q.   And she had gained 14 pounds since the
8   last week; is that correct?
9     A.   I see gained 4 pounds in the last two
10  days and --
11    Q.   If you look at the last sentence of the
12  history --
13    A.   On the first page?
14    Q.   It carries into the next.
15    A.   Yeah.  So last line is, Patient states
16  after she was discontinued on diuretics, she gained
17  4 pounds in two days.  Patient was not started on
18  sildenafil.
19    Q.   Right.  And the last sentence of the
20  history, it says, 14 pounds gained in the last week?
21    A.   Chronic low back problem and has limited
22  ability.  14 pounds gain in the past one week, yes.
23    Q.   Okay.  So it appears that despite her
24  hospitalization at Loyola from the month before, her

Page 150

1   symptoms were -- her congestive heart failure
2   symptoms appeared to be continuing to worsen?
3     A.   Correct.
4     Q.   And on -- when Ms. Hammer came back to
5   Loyola on April 1, 2014, her blood pressure was
6   taken.  If you look at the third page, it says 147
7   at the bottom.
8     A.   Blood pressure, physical exam, 97 over
9   51.
10    Q.   Blood pressure under control, correct?
11    A.   Yes.
12    Q.   If you look at the next page.
13    A.   Sure.
14    Q.   It looks like the doctor had noted the
15  findings from the right heart catheterization from
16  March of 2014?
17    A.   I see it.
18    Q.   And I don't know how to read all that,
19  but in looking at that, does that indicate that in
20  March -- are these the findings that show that Alena
21  Hammer had increased pressures in the heart and
22  lungs?
23    A.   It shows pulmonary hypertension.
24    Q.   Does it also show increased pressures in

13 (Pages 147 to 150)

Syed Hasanain
March 27, 2015

Page 151

1   the heart, these -- these findings?
2      A.  Yeah.  That's what pulmonary hypertension
3   is.
4      Q.  Well, correct me if I'm wrong.
5   There's -- the pulmonary hypertension would be
6   increased pressures in the pulmonary arteries caused
7   by --
8      A.  Correct.
9      Q.  -- increased pressures within the
10  ventricles of the heart; is that true?
11     A.  Not necessarily.  There are different
12  types of pulmonary hypertension.  Some are and
13  others are not.
14      This test was done to see the effect of
15  her drug and af -- before and after giving that
16  drug.  Some of these very, very expensive drugs are
17  not given to patients without this test, so that's
18  the purpose of doing this.
19     Q.  Fair enough.
20      But there was evidence that she had
21  increased pressures in the heart and lungs?
22     A.  Definitely.
23     Q.  And this doctor's impression when she
24  came back for the follow-up on April 1, 2014 was

Page 152

1   that she was having a congestive heart failure
2   exacerbation, if you look on the one that says 149.
3      A.  149.
4      Q.  Right at the top.
5      A.  H&P by Ghana Khadka.  Seems to have acute
6   on chronic CHF exacerbation, that's true.
7      Q.  And that was despite well-controlled
8   blood pressure, correct?
9      A.  Yes.
10     Q.  If you look at the next one, I think it's
11  17.
12      This was the cardiology consult after
13  Ms. Hammer got admitted again for the exacerbation
14  of her congestive heart failure on April 1, 2014?
15     A.  This is April 1, yes, 2014.
16     Q.  Right.  And this was the cardiologist's
17  report of his -- his examination?
18     A.  I have to see who did this exam.
19     MR. WOOTEN:  It's on the top of the first page,
20  Doctor.
21     THE WITNESS:  Does it say?
22     MR. WOOTEN:  Cardiology --
23  BY MR. LYDON:
24     Q.  Cardiology admission history and

Page 153

1   physical.
2      A.  It does say, "Cardiology Admission
3   History and Physical," but you're asking me if a
4   cardiologist did it.  That's why -- I don't know.
5   It could be a medical student doing it.
6      Q.  Okay.
7      A.  It could be anybody.
8      Q.  It looks like it --
9      A.  Who signed it?
10     MR. WOOTEN:  Looks like it's cosigned by
11  Dr. Rabbat.
12  BY MR. LYDON:
13     Q.  Dr. Rabbat is a cardiologist at Loyola,
14  correct?
15     A.  Let me see.  Admitted by -- it says, H&P,
16  admitted by Mohamed, Aly.
17     Q.  Is he a cardiology -- cardiology resident
18  maybe?
19     A.  I have no idea who this person is.
20     Q.  Well, it says, "resident," next to his
21  name.  Do you see that?
22     A.  Could be.
23     Q.  And it's signed -- cosigned by --
24     A.  Yes, you're right, resident/fellow.  It

Page 154

1   could be the resident or a fellow.
2      Q.  And Dr. Rabbat would be -- is the M.D. or
3   the cardiologist at Loyola, correct?
4      A.  If there is one, I don't personally know
5   him.  I haven't heard that name.
6      Q.  All right.  In any event, this record is
7   entitled, "Cardiology Admission History and
8   Physical," correct?
9      A.  That's right.
10     Q.  All right.  And in looking at the history
11  of her present illness, they detail Ms. Hammer's
12  symptoms and the findings from the March
13  hospitalization?
14     A.  I'm sorry.  What was the question?
15     Q.  Just look at the short little paragraph
16  here on the --
17     A.  First page?
18     Q.  -- history -- yeah, history of present
19  illness.
20     The -- in this cardiology report, they
21  describe -- or the doctor describes Ms. Hammer's
22  symptoms and some of the findings from the March
23  hospitalization?
24     A.  Okay.  Let me just read --

14 (Pages 151 to 154)

Syed Hasanain
March 27, 2015

Page 155

1    Q.   Just read to yourself, if you could --
2    A.   Sure.
3    Q.   -- and then confirm what I just said.
4    A.   Yes.
5    Q.   Thank you.
6    A.   Yes, um-hm, that's --
7    Q.   Okay.
8    A.   -- that's what it says.
9    Q.   And the -- the cardiologist says nothing
10   about aggravated systemic hypertension, correct?
11   A.   Yeah.  Whoever dictated or read -- wrote
12   this does not say anything about that, that's
13   correct.
14   Q.   And if you look at his assessment on the
15   last page, bottom right corner, it says 1728.
16   A.   1728, assessment.
17   Q.   It's his assessment that she was
18   experiencing a congestive heart failure exacerbation
19   in the setting of pulmonary hypertension, correct?
20   A.   That's correct.
21   Q.   He doesn't say anything about elevated
22   blood pressure being the culprit here?
23   A.   That's correct.
24   Q.   And in his plan -- well, strike that.

Page 156

1        If you look at the last one, it's 18.
2    A.   Okay.
3    Q.   And that looks like a -- that's the
4    discharge summary for this April 2014 admission on
5    April 6, 2014, if you look at the bottom, the very
6    bottom.
7    A.   Yes.  I see hospital discharge summary.
8    Q.   And right above it, April 6, 2014?
9    A.   April 6, 2014.
10   Q.   And if you look at the next page, there's
11   a summary of this -- the admission, Alena Hammer's
12   admission status and hospital course.
13   A.   Yeah, I'm looking at it.
14   Q.   Okay.  When you look at it, let me know
15   if you see anything about Ms. Hammer being admitted
16   with or having elevated blood pressure or aggravated
17   systemic hypertension.
18   A.   Okay.
19       No, there's no mention of that.
20   Q.   And at discharge, Ms. Hammer's blood
21   pressure was under control, if you look at the next
22   section?
23   A.   Medical conditions at discharge, blood
24   pressure was normal.

Page 157

1    Q.   Just like it was at the -- at her
2    admission; is that correct?
3    A.   That's correct.
4    Q.   Yet she was having an exacerbation of her
5    congestive heart failure and pulmonary hypertension,
6    correct?
7    A.   Yes.
8    Q.   So it appears that something other than
9    elevated blood pressure was causing an aggravation
10   of Ms. Hammer's cardiac conditions?
11   A.   Yes.
12   Q.   Now, I just want to quickly go through,
13   if you go back to 1, your office record subsequent
14   to her April 2014 hospital admission.  If you go to
15   Page 4 --
16   A.   Page 4.
17   Q.   -- that's an April 17, 2014 visit?
18   A.   April 17, 2014, that's correct.
19   Q.   Looks like about 11 days after she was
20   discharged from Loyola --
21   A.   Yes.
22   Q.   -- correct?
23       Real quickly, her -- her blood pressure
24   was still under control, correct?

Page 158

1    A.   Yes.
2    Q.   110 over 60?
3    A.   That's correct.
4    Q.   Weight is still high, correct?
5    A.   Yes.
6    Q.   Appears to be doing much better after
7    Loyola, correct?
8    A.   She is -- feels much better after
9    increasing Adcirca.
10   Q.   So they changed her medications around at
11   Loyola, and that may have helped her?
12   A.   I -- I guess, yeah, that's the
13   medication.  Probably they adjusted the medicine.
14   Q.   If you go to the next visit, appears to
15   be on --
16   A.   I'm sorry.  What page?
17   Q.   Page 3.  It's a May 15, 2014 visit.
18   A.   May 15, yes.
19   Q.   Still doing better, correct?
20   A.   Dyspnea is improving, feels much better,
21   that's correct.  Leg swelling and shortness --
22   Q.   The medication adjustment from Loyola,
23   the Adcirca --
24   A.   Yes.

15 (Pages 155 to 158)

Syed Hasanain
March 27, 2015

## Page 159

1    Q.   -- was helping?
2    A.   Definitely.
3    Q.   Blood pressure under control, correct?
4    A.   Blood pressure is normal.
5    Q.   Next visit was August 19, 2014?
6    A.   Yes.
7    Q.   Normal blood pressure, correct?
8    A.   Blood pressure is normal.
9    Q.   Weight's still high though, correct?
10    A.   230.  It's much better than before.
11    Q.   But still high, correct?
12    A.   Yes.
13    Q.   Still in the category of obesity,
14    correct?
15    A.   Definitely.
16    Q.   Is there any indication in these 2014
17    records of Ms. Hammer experiencing any psychological
18    stress or anxiety?
19    A.   Not in this note, no.
20    Q.   In the two prior ones, is there any
21    indication she was experiencing psychological
22    stress?
23    A.   Not in the one from May 15, 2014 or April
24    2014.

## Page 160

1    Q.   And just to -- I'm sorry, I have to do
2    this to close the loop on you.  Other than --
3    because I didn't see any notation of stress in your
4    office records for Alena Hammer other than the 2007
5    note.
6    Is there any indication in your
7    records --
8    A.   No, none.
9    Q.   -- that -- let me just finish the
10    question.  Then we'll be done with it.
11    A.   Sure.
12    Q.   Other than the 2007, is there any
13    indication in your records that Ms. Hammer was
14    experiencing any psychological stress or anxiety?
15    A.   No.
16    Q.   Okay.  I want to ask you just -- and
17    we're almost done -- some general concepts on the
18    heart's function.
19    When the heart contracts and squeezes, it
20    pumps out blood to the rest of the body, correct?
21    A.   Yes.
22    Q.   And if the heart is not effectively
23    pumping out blood to the rest of the body, that
24    would be systolic heart failure?

## Page 161

1    A.   Systolic heart failure is when -- we
2    categorize when the ejection fraction is low; in
3    other words, the heart muscle weakness, so it's not
4    pumping as vigorously.
5    Q.   Right.  And I was just trying to bring it
6    down to, you know, layman's terms like me.
7    A.   Sure.
8    Q.   It's -- systolic heart -- heart failure
9    is when the heart's not effectively pumping blood
10    out?
11    A.   Well, all heart failure, blood is not
12    being effectively pumped.  The difference between
13    systolic and diastolic is solely based on if there's
14    a weakness of the heart muscle, that's systolic.  If
15    there's no weakness, it's diastolic.
16    Q.   Okay.  Well, maybe we'll talk about
17    diastolic because that's Ms. Hammer's condition,
18    correct?
19    A.   Yes.
20    Q.   Is it true that diastolic heart failure
21    is when the heart cannot relax and fill up properly?
22    A.   Well, that is true.  That's what
23    diastolic is.  However, diastolic heart failure, any
24    condition that leads to heart failure and is not due

## Page 162

1    to weakness of the heart muscle, we sort of lump
2    them into that category of diastolic heart failure.
3    So it could be due to irregular heartbeat, fast
4    heart rate.  It could be due to valve problems.  It
5    could be due to high blood pressure with thickening
6    of the heart muscle.  It could be due to pulmonary.
7    Could --
8    Q.   Right.
9    A.   It's a whole variety of conditions could
10    be causing diastolic heart failure.
11    Q.   Right.  But the heart squeezes and then
12    relaxes, correct?
13    A.   Yes.
14    Q.   And diastolic heart failure is when
15    there's a problem in the relaxed mode, correct?
16    A.   Once again, it does not necessarily have
17    to be a problem in relaxation.  That is one of the
18    categories.  But sometimes fluid overload can do
19    that and many other --
20    Q.   Right.
21    In Ms. Hammer's case, her heart is not
22    relaxing properly; hence, the increased pressures in
23    her heart, correct?
24    A.   To some degree, that's correct.

16 (Pages 159 to 162)

Syed Hasanain
March 27, 2015

Page 163

1    Q.   And in turning --
2         (WHEREUPON, there was a short
3         interruption.)
4    MR. WOOTEN:  We need to go off the record.  She
5    might --
6    MR. LYDON:  Well, I'm in the middle of a
7    question.  Then we -- and then I -- all right.
8    Sorry.
9    THE VIDEOGRAPHER:  We're going off the record
10   at 2:30 p.m.
11        (WHEREUPON, a discussion was had off
12        the record.)
13   THE VIDEOGRAPHER:  We're going back on the
14   record at 2:30 p.m.
15   BY MR. LYDON:
16   Q.   And in turn, the increased pressures
17   inside Ms. Hammer's heart have led to increased
18   pressures in her pulmonary arteries or her lungs;
19   hence, the pulmonary hypertension, true?
20   A.   That -- that is not necessarily true.
21   You can have pulmonary hypertension due to heart
22   failure and increased pressures in the left heart
23   which are reflected back.  That's called secondary
24   pulmonary hypertension.

Page 164

1         Then the primary pulmonary hypertension,
2    where all the other heart pressures except the right
3    side of the heart could be normal and yet you have a
4    high pulmonary artery pressure.  And because of
5    pulmonary artery pressure being high, then the right
6    ventricular pressure, because it has to pump against
7    that pressure, would be high.
8    Q.   So either could be causing the other, is
9    that what you're saying?
10   A.   The secondary hypertension, secondary
11   pulmonary hypertension is caused by elevated left
12   heart pressures.
13   Q.   Okay.
14   A.   Primary pulmonary hypertension is not
15   caused by that.  Very often, again --
16   Q.   Unknown etiology?
17   A.   Most of the times.
18   Q.   Okay.  Hypertension or systemic
19   hypertension is high blood pressure in the arteries
20   in the rest of the body, correct?
21   A.   Yes.
22   Q.   And I guess the heart has to work that
23   much harder to pump the blood because of the
24   increased pressure?

Page 165

1    A.   That's correct.
2    Q.   And the heart's left ventricle is where
3    the blood is pumped from the heart to the rest of
4    the body?
5    A.   Yes.
6    Q.   And longstanding, uncontrolled systemic
7    hypertension can lead to a thickening of the muscle
8    walls in the left ventricle, correct?
9    A.   That's true.
10   Q.   That would be left ventricular
11   enlargement, or hypertrophy?
12   A.   That's correct.
13   Q.   And left ventricle hypertrophy, or
14   enlargement, can then lead to diastolic heart
15   failure when -- because the heart becomes stiff --
16   A.   That's correct.
17   Q.   -- right?  As a result of the
18   enlargement, it becomes stiff, correct?
19   A.   Yes.
20   Q.   And can't relax, correct?
21   A.   Yes.
22   Q.   Ms. Hammer did not have left ventricular
23   enlargement or hypertrophy, did she?
24   A.   I --

Page 166

1    Q.   Or does she, I should say?
2    A.   Yeah, I believe she did.  But again, I
3    have to look at -- one of the tests would be to
4    echocardiogram.
5    Q.   Let's look at one.
6    MR. LYDON:  What is it, 19?
7         (WHEREUPON, a certain document was
8         marked Deposition Exhibit No. 19,
9         for identification, as of
10        03-27-2015.)
11   BY MR. LYDON:
12   Q.   Doctor, this is an echocardiogram from
13   March of 2014 for Ms. Hammer, correct?
14   A.   That's correct.
15   Q.   And this echocardiogram report reflects
16   that Ms. Hammer had normal left ventricular size,
17   correct?
18   A.   That's correct.
19   Q.   Would you agree that systemic
20   hypertension is not the only cause of diastolic
21   heart failure?
22   A.   Absolutely.
23   Q.   All right.  And have you considered
24   Ms. Hammer's obesity and its effect on her worsening

17 (Pages 163 to 166)

Syed Hasanain
March 27, 2015

Page 167

1    diastolic congestive heart failure?
2        A.   Obesity per se does not cause heart
3    failure.  It could aggravate the symptoms of
4    dyspnea.  For instance, a patient would have
5    probably worse time breathing because of -- well,
6    obesity plus that these people generally are -- they
7    get out of breath easily, and then you add heart
8    failure, and it will be worse.
9        Q.   Have you ever seen any cardiac literature
10   that provides that obesity can affect the heart's
11   metabolism which leads to heart failure?
12       A.   I've seen that of course metabolism can
13   be affected but not heart failure just from obesity.
14   Everything else being normal, obesity itself will
15   not cause heart failure.  It can cause many other
16   things indirectly.  It could of course -- it could
17   lead to that.
18       Q.   You've never heard of the heart's -- for
19   an obese patients, the heart's free fatty acid
20   utilization leading to cardiac toxicity?
21       A.   Free fatty acids do not cause cardiac
22   toxicity.  They may cause -- rarely, very rarely may
23   cause cardiac arrhythmias.  They may cause -- there
24   is a condition where fat could get deposited in the

Page 168

1    heart wall muscle, the muscles of the heart, but
2    that's not a regular run-of-the-mill obesity.
3        MR. LYDON:  If we could just take two seconds,
4    I'm -- I think I'm done, but I may have a couple
5    more.
6        Can we go off the record?
7        THE VIDEOGRAPHER:  Sure.  We're going off the
8    record at 2:36 p.m.
9        (WHEREUPON, a short break was
10       taken.)
11       (WHEREUPON, a certain document was
12       marked Deposition Exhibit No. 20,
13       for identification, as of
14       03-27-2015.)
15       THE VIDEOGRAPHER:  We're going back on the
16   record at 2:20 -- 2:37 p.m.
17   BY MR. LYDON:
18       Q.   Okay.  Looking at Exhibit No. 20, Doctor,
19   this is a letter from Ms. Hammer's attorneys dated
20   November 19, 2014 to you; is that correct?
21       A.   Yes.
22       Q.   And if you look at the first paragraph
23   where it says, "As a result of the never-ending
24   stress and anxiety caused by the wrongful

Page 169

1    foreclosures that have spanned for several years,
2    Ms. Hammer suffered medical injuries between
3    August 1, 2010 and the present," do you see that
4    sentence?
5        A.   I do see it.
6        Q.   Had you ever, prior to this letter, told
7    Ms. Hammer that?
8        A.   I never told Ms. -- actually, I did not
9    know much about it until very recently.
10       Q.   How did you learn about it very recently?
11       A.   I believe about the time that all this --
12   these letters begin to and there was a question of
13   deposition, et cetera, and then I did ask, and
14   she -- she then recited that she's in for -- she's
15   been undergoing foreclosure issues and problems.
16       Q.   And she told you that stress was causing
17   her medical problems?
18       A.   No, she never said that.  She -- I don't
19   let people tell me what the cause of their problem.
20   Usually I make that diagnosis.  No.  She -- she
21   generally -- in general, she was just very stressed
22   out for -- this was going on for a very long time,
23   and --
24       Q.   But I was just asking about that letter

Page 170

1    and the timing of that.
2        Before November of 2014, had --
3        A.   Would you believe --
4        Q.   Doctor, I'm just --
5        A.   I'm sorry.
6        Q.   Let me finish.
7        Before November of 2014, had Ms. Hammer
8    told you anything about stress over the mortgage
9    foreclosure?
10       A.   Somewhere in 2014, I learned about this
11   stress -- not stress.  I would say this history of
12   mortgage foreclosure.
13       As far as this letter is concerned, I'll
14   be very honest with you.  I didn't even -- this is
15   the first time I'm looking at it.  My staff usually
16   looks at these things and say, "Well, someone is
17   asking for a record.  Should we send it?"
18       And I would -- you know, I would say, you
19   know, "Go ahead," and whatever.  That's -- but I
20   have not personally looked at this, so this is the
21   first time I'm reading that this was a wrongful
22   foreclosure or rightful.  I had --
23       Q.   Okay.
24       A.   -- not looked at it before.

18 (Pages 167 to 170)

Syed Hasanain
March 27, 2015

Page 171

1    Q.   So just to close the loop on that, you
2  just don't -- sometime in 2014, you just don't know
3  when, you learned about this mortgage foreclosure?
4    A.   Exactly.
5    MR. LYDON:  No questions.
6         EXAMINATION
7  BY MR. WOOTEN:
8    Q.   Doctor, just to be clear, your testimony
9  is that Ms. Hammer's been stressed out for a number
10 of years; you just didn't know why?
11   A.   That is correct.
12   Q.   Okay.  We talked a lot this afternoon
13 about Ms. Hammer's blood pressure being under
14 control at various points in these admissions
15 related to her congestive heart failure.
16        Is there a medical reason you can point
17 to that her blood pressure would have been under
18 control in these hospitalizations?
19   A.   I'm sorry.  What's -- medical reason for
20 blood pressure being not in control?
21   Q.   Let me ask the question a better way.
22        Is there a logical explanation for why
23 her blood pressure readings were always fairly
24 consistent despite the fact that she was having this

Page 172

1  exaggerated congestive heart failure?
2    A.   Well, blood -- high blood pressure is due
3  to many -- it's multifactorial, of course, and so
4  whenever a patient comes in with high blood pressure
5  or pressure not being controlled, we look into many
6  factors:  The salt intake, whether compliance with
7  medications, stress, all kind -- all sorts of
8  things.
9         But someone this sick here, it's a normal
10 thing for patients who have -- it's a
11 life-threatening condition, pulmonary hypertension
12 as well as congestive heart failure, so they're
13 always stressed out.  So I'm not surprised when I
14 see a patient who looks very stressful, and I don't
15 usually sit down -- there's enough reason for them
16 to appear to be under severe stress.  Two
17 life-threatening conditions, that -- that would
18 stress out anyone.
19        So -- and she did not sit with me and
20 recited what other factors were going on outside, so
21 I really -- I don't recall discussing those issues
22 with her before.
23   Q.   Let me ask my question a different way.
24        In each of the hospitalizations that we

Page 173

1  went over this afternoon, Ms. Hammer was on blood
2  pressure medication?
3    A.   Yeah, of course.
4    Q.   And that was to control her blood
5  pressure?
6    A.   Yes.
7    Q.   And those medications would have some
8  effect regardless of any other factor such as stress
9  or anxiety?
10   A.   Oh, they would control any blood
11 pressure, yes, definitely, whether you're having
12 stress or not.  Well, that's what our job is, to
13 bring the blood pressure down to normal, and so
14 even -- then after that, a patient is under severe
15 stress or not, the pressure will be controlled.
16   Q.   Right.  And -- and I just want to be
17 clear because I have not asked you any questions in
18 either session of your deposition.
19        But you are not suggesting to anyone that
20 any of these very, very serious cardiac conditions
21 that Ms. Hammer has were caused by the stress that
22 she's experienced that we know --
23   A.   No, these conditions are not caused
24 per se by stress.  Stress could aggravate them, but

Page 174

1  they're not -- they do not lead to, they do not
2  begin to -- will not give you pulmonary hypertension
3  by itself.
4    Q.   If I -- if I understood you correctly,
5  and I'm trying to recall from the first session, but
6  I think your position was if somebody had all the
7  things going on that Ms. Hammer has, which we all
8  agree are very, very serious, they just don't need
9  unnecessary stress, right?
10   A.   Well --
11   MR. LYDON:  Objection to the form.
12 BY MR. WOOTEN:
13   Q.   You can answer.
14   A.   Say it again.
15   Q.   All right.  Ms. Hammer has, I think we've
16 talked about four very serious cardiac conditions?
17   A.   Yeah, I would say.
18   Q.   And I think I recall that you -- your
19 point is that people with her condition don't
20 need extra stress?
21   A.   No question about it.
22   Q.   And that's the only point you were making
23 in -- about how her existing health condition, it
24 could be made worse by having unnecessary stress,

19 (Pages 171 to 174)

Syed Hasanain
March 27, 2015

Page 175

1 right?
2     A.   Well, I think that's pretty much common
3 sense, I mean, more than medicine, that if you are
4 sick, you don't want someone to be adding, you know,
5 more problems.  That's -- but that's -- from a
6 medical standpoint, when a person comes in and
7 condition is -- is not improving or deteriorate, we
8 look into a myriad of other things that we can
9 control, frankly, things which are beyond our
10 control.  If somebody is getting a divorce or
11 whatever, that's not something we can do much.
12          We usually do not dwell on that as much
13 or focus our attention as much because, you know, we
14 are not counselors or whatever.  So that's why most
15 of our notes will reflect strictly what the medical
16 problem is.
17     Q.   And that's all you can fix; there's no
18 appeal for you to resolve somebody's personal
19 problems?
20     A.   No.
21     Q.   And can you just briefly explain what
22 norepinephrine is?
23          (WHEREUPON, there was a short
24          interruption.)

Page 176

1     THE WITNESS:  Excuse me.  Let me --
2     THE VIDEOGRAPHER:  We're going off the record
3 at 2:45 p.m.
4          (WHEREUPON, a short break was
5          taken.)
6     THE VIDEOGRAPHER:  We're going back on the
7 record at 2:48 p.m.
8 BY MR. WOOTEN:
9     Q.   So, Doctor, I -- I think I asked you
10 before we broke, could you please explain for us
11 what norepinephrine is?
12     A.   Norepinephrine is one of the hormones in
13 the body that has many functions.  It's a group of
14 hormones called catecholamines, or adrenalin.
15 That's another commonly used word.  When we are
16 excited, we are exercising, stress situation, it
17 will increase.  When we are relaxed and resting or
18 during sleep, it usually is lower levels.
19     Q.   And is it fair to say that norepinephrine
20 is one-half of the fight-or-flight response
21 hormonally?
22     A.   It's one of the components of that.
23     Q.   And is it also medically understood that
24 when your body produces norepinephrine that your

Page 177

1 heart rate increases and your blood pressure
2 increases?
3     A.   That's correct.
4     MR. WOOTEN:  I don't have anything further.
5          FURTHER EXAMINATION
6 BY MR. LYDON:
7     Q.   Let me just follow up.
8          There's been nothing wrong with Alena
9 Hammer's heart rate looking at your records,
10 correct?
11     A.   I did not see any fast heart rates, no.
12     Q.   Right.  And your records and these
13 hospital records that we've seen over the past few
14 years that we've gone over here today indicate that
15 something other than elevated blood pressure or
16 systematic hypertension is causing an aggravation to
17 Ms. Hammer's cardiac conditions, correct?
18     A.   Well, I would not be making that
19 assumption.  Each admission or each time conditions
20 worsen, there's a myriad of factors that may be
21 playing.  And there were times when her pressure, I
22 do vividly remember, was extremely high, very
23 difficult to control several years ago, and I
24 remember readings as high as like 240 over 140 at

Page 178

1 times.  And --
2     Q.   240 over 1 -- which hospitalization was
3 that?
4     A.   I don't recall whether it was in the
5 hospital or in my -- or in the office, but the --
6 there were readings above 200.  Let me put it that
7 way.
8     Q.   That couldn't have been caused by stress,
9 right?
10     A.   It -- it can be caused by stress.  It may
11 be without stress.  A person's condition can also
12 produce that.  And -- but that's not -- we were able
13 to control that.  And for many years, her blood
14 pressure has been under control.
15     Q.   Right.  Over the past few years, her
16 blood pressure has been --
17     A.   It's been --
18     Q.   -- well controlled?
19     A.   It's been normal now.
20     Q.   Right.  But yet she's still having an
21 exacerbation of her congestive heart failure and
22 pulmonary hypertension, correct?
23     A.   Yes.  I think for the past several years,
24 pulmonary hypertension has been the most major

20 (Pages 175 to 178)

Syed Hasanain
March 27, 2015

## Page 179

1  factor. And now that we have controlled it, her
2  condition begins to improve.
3  Q. Right. And my only point was over the
4  past few years, since her blood pressure has been
5  well controlled, something other than systematic
6  hypertension has been causing an exacerbation of her
7  congestive heart failure --
8  A. Yes.
9  Q. -- and pulmonary hypertension, correct?
10  A. We don't know what causes pulmonary
11  hypertension, but we do know that the heart failure
12  exacerbation would happen with -- with a whole large
13  number of factors --
14  Q. Right.
15  A. -- as I --
16  Q. But over the past few years, something
17  other than systematic hypertension is the culprit
18  for her heart failure problems?
19  A. Ever since her blood pressure has been
20  controlled, yes.
21  Q. And you don't know when she had this
22  elevated blood pressure?
23  A. Several years ago.
24  Q. Okay.

## Page 180

1  A. I don't recall exactly what year it was.
2  MR. LYDON: That's all I have.
3  MR. WOOTEN: We're done. Thank you, Doctor.
4  THE WITNESS: Okay. Thank you very much.
5  THE VIDEOGRAPHER: This concludes the
6  deposition of Dr. Syed J. Hasanain. The time is
7  2:52 p.m. We are off the record.
8  (FURTHER DEPONENT SAITH NOT.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 181

1  STATE OF ILLINOIS )
2  ) SS:
3  COUNTY OF C O O K )
4  I, KAREN M. SALGADO, a Certified
5  Shorthand Reporter, CSR No. 084-004456, of the State
6  of Illinois, do hereby certify:
7  That previous to the commencement of the
8  examination of the witness herein, the witness was
9  duly sworn to testify the whole truth concerning the
10  matters herein;
11  That the foregoing deposition transcript
12  was reported stenographically by me, was thereafter
13  transcribed under my personal direction and
14  constitutes a true, complete and correct record of
15  the testimony given and the proceedings had;
16  That the said deposition was taken before
17  me at the time and place specified;
18  That the reading and signing by the
19  witness of the deposition transcript was agreed upon
20  as stated herein;
21  That I am not a relative or employee or
22  attorney or counsel, nor a relative or employee of
23  such attorney or counsel for any of the parties
24  hereto, nor interested directly or indirectly in the

## Page 182

1  outcome of this action.
2  IN WITNESS WHEREOF, I do hereunto set my
3  hand at Chicago, Illinois, this 31st day of March
4  2015.
5
6
7  KAREN M. SALGADO, CSR
8  CSR No. 084-004456.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

21 (Pages 179 to 182)