IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALENA W. HAMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13 C 6397 |
| | ) |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) Judge Thomas M. Durkin |
| | ) |
| Defendant. | ) |

### DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC.'S, UNOPPOSED MOTION FOR STAY OF JUDGMENT (WITHOUT BOND) PENDING RESOLUTION OF POST-VERDICT MOTIONS

Defendant Residential Credit Solutions, Inc. ("RCS") respectfully requests that the Court exercise its discretion under Federal Rule of Civil Procedure 62(b) to stay execution of the judgment against RCS—without imposing a bond or alternative security—pending disposition of RCS's post-verdict motions under Rules 50 and 59. Plaintiff Alena Hammer does not oppose the requested stay. In further support, RCS states as follows.

The jury in this case entered a $2 million verdict in favor of Hammer and against RCS on April 20, 2015. Doc. No. 174. RCS then timely filed post-verdict motions for judgment as a matter of law under Rule 50 (Doc. No. 189), and for a new trial and remittitur under Rule 59 (Doc. Nos. 183 and 184). RCS's post-verdict motions will be fully briefed by July 20, 2015 (Doc. No. 180), and the Court indicated it anticipates ruling on these motions by July 29, 2015.

The Court entered a $2 million judgment against RCS on the jury verdict on June 19, 2015. (Doc. No. 197). Enforcement of that judgment would normally be stayed for 14 days under Fed. R. Civ. P. 62(a). But because RCS has multiple post-verdict motions pending that could reduce or reverse the judgment, RCS seeks to stay enforcement of the judgment pending

1

resolution of the post-verdict motions. RCS also asks that a bond be waived to avoid the significant cost of such a bond.

The Court has authority to stay enforcement of a judgment pending resolution of motions under Rule 50 and 59. Fed. R. Civ. P. 62(b). The Court is also authorized to enter a stay under Rule 62(b) without requiring a bond. *See, e.g., Wisconsin Alumni Research Foundation v. Xenon Pharmaceuticals, Inc.*, No. 05-C-242-C, 2006 WL 2034577, at *1 (W.D. Wisc. July 18, 2006) (granting stay under Rule 62(b) without a bond where post-trial motions were under advisement) (citing *Intl' Wood Processors v. Power Dry, Inc.*, 102 F.R.D. 212, 215 (D.S.C. 1984)); *Alford v. Aaron Rents, Inc.*, No. 08-cv-0683-MJR, 2011 WL 3903825, at *1 (S.D. Ill. Sept. 6, 2011) ("It is facially apparent from these decisions that the Court has broad discretion in determining whether a bond should be posted or waived…").

RCS respectfully requests that this Court enter an order (a proposed order will be submitted to chambers) staying enforcement of the judgment previously entered against RCS pending resolution of RCS's post-verdict motions. RCS requests that the stay remain in effect for 14 days after this Court rules on RCS's post-verdict motions, which is the same period of time as the automatic stay imposed by Rule 62(a). Hammer does not oppose this relief.

This motion is without prejudice to RCS's right to later seek a further stay of enforcement of the judgment pending appeal in the event RCS decides to appeal after the Court rules on RCS's post-trial motions. Similarly, Hammer's non-opposition to the stay sought by this motion is without prejudice to Hammer's right to later oppose any further stay sought by RCS, including a stay pending appeal.

Dated: June 25, 2015	Respectfully submitted,

Residential Credit Solutions, Inc.

/s/ P. Russell Perdew
P. Russell Perdew
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-1712
rperdew@lockelord.com

John P. Ryan
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000
jryan@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I am an attorney and hereby certify that on June 25, 2015, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              /s/ P. Russell Perdew
                              P. Russell Perdew