### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALENA W. HAMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13 C 6397 |
| | ) |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) Judge Thomas M. Durkin |
| | ) |
| Defendant. | ) |

### ORDER

The Court, having considered Defendant Residential Credit Solutions, Inc.'s Unopposed Motion for Stay of Judgment (Without Bond) Pending Resolution of Post-Verdict Motions, hereby **GRANTS** the Motion and orders that pursuant to Federal Rule of Civil Procedure 62(b), execution of the June 19, 2015 judgment entered in favor of Plaintiff Alena W. Hammer (Doc. No. 197), as well as proceedings to enforce the judgment, shall be stayed until 14 days have passed after entry of this Court's rulings on RCS's pending post-verdict motions for judgment as a matter of law under Rule 50 (Doc. No. 189), and for a new trial and remittitur under Rule 59 (Doc. Nos. 183 and 184). RCS shall not be obligated to post a bond or alternative security in connection with this stay.

**IT IS SO ORDERED.**

Dated: 7/1/15

*Thomas M Durkin*

Honorable Thomas M. Durkin