

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ALENA W. HAMMER, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| | ) | File No. 1:13-cv-6397 |
| v. | ) | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | Honorable Judge Durkin |
| | ) | |

**[PROPOSED] AGREED ORDER AMENDING JUNE 19, 2015 JUDGMENT IN FAVOR OF PLAINTIFF ALENA HAMMER AND AGAINST DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC.**

Plaintiff Alena Hammer ("Hammer") and Defendant Residential Credit Solutions, Inc. ("RCS") hereby agree to amend the Judgment Order entered on June 19, 2015 in favor of Hammer and against RCS as follows. IT IS HEREBY ORDERED:

1. Plaintiff has prevailed on her claim under the Real Estate Settlement Procedures Act, with a mandatory fee shifting provision, and the Court has exercised its discretion to award attorney's fees and costs under the Illinois Consumer Fraud and Deceptive Business Practices Act, over RCS's objection.

2. Hammer and RCS, having complied with Local Rule 54.3, have agreed that a reasonable amount of attorney's fees and costs of litigation incurred by Hammer's counsel through the date of this order is $600,000. In conjunction with the parties' agreement, the Court believes this amount is reasonable considering, *inter alia*, the time and labor required, the experience and ability of Hammer's counsel, and the benefit obtained for Hammer.

3. The Judgment Order entered on June 19, 2015 is hereby amended to reflect that Sulaiman Law Group, Ltd. is awarded $600,000 in costs and attorney's fees, and the total judgment amount is amended from $2,000,000 to $2,600,000.

4. In light of RCS posting a bond in the amount of $2,010,700 on December 16, 2015, enforcement of $2,000,000 of the amended Judgment Order is hereby stayed pending any appeal that is taken in this case. Enforcement of the remaining $600,000 of the Judgment Order is hereby stayed for fourteen days from the date of this Order under Federal Rule of Civil Procedure 62(a). The Court shall stay enforcement of the remaining $600,000 of the Judgment Order pending any appeal upon posting of appropriate additional security by RCS as provided for in Local Rule 62.1.

ENTER:

_____
Honorable Thomas M. Durkin

Dated:     12/17/15